# EXHIBIT 4

(19)中华人民共和国国家知识产权局



(12)实用新型专利



(10)授权公告号 CN 206986034 U
(45)授权公告日 2018.02.09

(21)申请号 201621360437.7

(22)申请日 2016.12.12

(30)优先权数据
62/266,411 2015.12.11 US
62/320,095 2016.04.08 US
62/364,687 2016.07.20 US
62/365,534 2016.07.22 US

(73)专利权人 康宁股份有限公司
地址 美国纽约州

(72)发明人 T·M·格罗斯　胡广立
R·V·鲁斯夫　C·M·史密斯
唐中帜　S·A·蒂切

(74)专利代理机构 上海专利商标事务所有限公司 31100

代理人 项丹

(51)Int.Cl.
*C03C 21/00*(2006.01)
*C03C 3/097*(2006.01)

(ESM)同样的发明创造已同日申请发明专利

权利要求书2页　说明书66页　附图38页

(54)实用新型名称
基于玻璃的制品及包含其的装置

(57)摘要

本实用新型涉及基于玻璃的制品及包含其的装置。基于玻璃的制品,其包括第一表面和与第一表面相对的第二表面,其限定了小于或等于约3毫米(例如,小于或等于约1毫米)的厚度(t)以及应力分布,其中,在约为0t至高至0.3t以及大于约0.7t至t的厚度范围内的应力分布的所有点包括如下正切,其斜率的绝对值大于约0.1MPa/微米。在一些实施方式中,基于玻璃的制品包括非零金属氧化物浓度,其沿着至少一部分的厚度(例如,0t至约为0.3t)变化,以及还包括小于约71.5/√(t)(MPa)的最大中心张力。在一些实施方式中,金属氧化物或碱金属氧化物的浓度从第一表面降低到位于所述第一表面和第二表面之间的一个点,并且从该点增加到所述第二表面。金属氧化物的浓度在整个厚度上可以是约为大于或等于0.05摩尔%或者约为大于或等于0.5摩尔%。



1.一种基于玻璃的制品,其特征在于,其包括:

第一表面和与所述第一表面相对的第二表面,其限定了小于约3毫米的厚度(t);以及沿着所述厚度延伸的应力分布,

其中,在约为0t至高至0.3t以及大于约0.7t至t的厚度范围内的应力分布的所有点包括如下正切,其斜率的绝对值大于约0.1MPa/微米,

其中,所述应力分布包括最大CS、DOC和小于约71.5/$\sqrt{(t)}$ (MPa)的最大CT,其中,最大CT与最大CS的绝对值之比约为0.01至约为2,以及其中,所述DOC大于或等于约0.1t,以及

其中,当所述基于玻璃的制品破裂时,所述基于玻璃的制品破裂成小于或等于2块碎片/英寸$^2$,其中,测试的样品尺寸为5cm乘5cm,即2英寸乘2英寸平方。

2.一种基于玻璃的制品,其特征在于,其包括:

第一表面和与所述第一表面相对的第二表面,其限定了厚度(t)(mm);

金属氧化物的浓度,其是非零的并且沿着从约为0t到约为0.3t的厚度范围变化;以及中心张力(CT)区域,其包括小于约71.5/$\sqrt{(t)}$的最大CT(MPa),

其中,所述制品展现出以下至少一种性质:

(i)当制品被弯曲以赋予100MPa的拉伸应力时,阈值失效冲击力大于500牛顿;以及

(ii)当制品被弯曲以赋予100MPa的拉伸应力时,在受到800N的冲击力之后,保留强度大于或等于125MPa。

3.一种基于玻璃的制品,其特征在于,其包括:

第一表面和与所述第一表面相对的第二表面,其限定了小于约3毫米的厚度(t);以及沿着所述厚度延伸的应力分布,

其中,在约为0t至高至0.3t以及大于约0.7t至t的厚度范围内的应力分布的所有点包括如下正切,其斜率的绝对值大于约0.1MPa/微米,

其中,所述应力分布包括最大CS、DOC和小于约71.5/$\sqrt{(t)}$ (MPa)的最大CT,其中,最大CT与最大CS的绝对值之比约为0.01至约为2,以及其中,所述DOC大于或等于约0.1t,以及

其中,所述制品展现出以下至少一种性质:

(i)当制品被弯曲以赋予100MPa的拉伸应力时,阈值失效冲击力大于500牛顿;以及

(ii)当制品被弯曲以赋予100MPa的拉伸应力时,在受到800N的冲击之后,保留强度大于或等于125MPa。

4.如权利要求1-3中任意一项所述的基于玻璃的制品,其在约为380nm至约为780nm的波长范围还展现出大于或等于约88%的透光率。

5.如权利要求1-3中任一项所述的基于玻璃的制品,其在CIE光源F02条件下还展现出如下CIELAB色空间坐标:L*值大于或等于约88,a*值约为-3至约为+3,以及b*值约为-6至+6。

6.如权利要求1-3中任一项所述的基于玻璃的制品,其特征在于,所述基于玻璃的制品包括大于或等于约0.65MPa•m$^{1/2}$的断裂韧度(K$_{IC}$)。

7.如权利要求1-3中任一项所述的基于玻璃的制品,其包括小于80GPa的杨氏模量。

8.如权利要求1-3中任一项所述的基于玻璃的制品,其特征在于,所述t包括小于或等于约1微米。

9.如权利要求1-3中任一项所述的基于玻璃的制品,其包括大于或等于约100kP的液相

线粘度。

10.一种装置,其特征在于,其包括:

具有前表面、后表面和侧表面的外壳;

至少部分位于所述外壳内的电子组件;

位于所述外壳的前表面或者与所述外壳的前表面相邻的显示器;以及

布置在显示器上的覆盖基材,其中,所述覆盖基材包括权利要求1-3中任一项所述的基于玻璃的制品。

# 基于玻璃的制品及包含其的装置

[0001]　　相关申请的交叉引用

[0002]　　本申请依据35 U.S.C.§119要求2016年7月22日提交的美国临时申请序列号 62/365534、2016年7月20日提交的美国临时申请序列号62/364687、2016年4 月8日提交的美国临时申请序列号62/320095和2015年12月11日提交的美国临时申请序列号62/266411的优先权,上述文献的内容作为本申请的基础,并通过引用全文纳入本文。

## 技术领域

[0003]　　本实用新型涉及可熔合成形的基于玻璃的制品,其展现出包括改善的耐断裂性在内的改善的耐损坏性,更具体而言,本实用新型涉及可熔融成形的玻璃和玻璃陶瓷制品,其展现出非零的金属氧化物浓度梯度或沿着大部分厚度而变化的浓度。

## 背景技术

[0004]　　基于玻璃的制品经常经历会将大瑕疵引入这些制品表面内的严重的冲击。这些瑕疵可从表面延伸至不超过约200微米($\mu m$)的深度处。通常,使用经过热钢化的玻璃来防止因这些瑕疵被引入玻璃内而导致的失效,因为经过热钢化的玻璃经常展现出大的压缩应力(CS)层(例如玻璃总厚度的约21%),所述压缩应力层能够防止瑕疵进一步蔓延入玻璃内,进而防止失效。由热钢化而产生的应力分布的一个例子示于图1。图1中,经过热处理的玻璃制品100包含第一表面101、厚度$t_1$和表面CS 110。经过热处理的玻璃制品100的CS在从第一表面101至压缩深度130的区间内减小,如本文所定义,在所述压缩深度130处,应力从压缩应力转变为拉伸应力,并且达到最大中心张力(CT)120。

[0005]　　目前,热钢化被限制为只对基于厚玻璃的制品(即,厚度$t_1$约为3毫米或更厚的基于玻璃的制品)使用,因为,为了实现热强化和所需的残余应力,必须在这些制品的芯体与表面之间形成足够的热梯度。这些厚的制品在许多应用中是不希望的或没有实用性,所述应用如显示器(例如消费电子产品,包括手机、平板电脑、计算机、导航系统等)、建筑物(例如窗户、淋浴面板、台面等)、运输工具(例如汽车、火车、飞行器、航海器等)、家用电器或任何需要具有优异的耐断裂性同时薄且重量轻的制品的应用。

[0006]　　虽然化学强化不会以与热钢化相同的方式受限于基于玻璃的制品的厚度,但已知的经过化学强化的基于玻璃的制品未能展现出经过热钢化的基于玻璃的制品的应力分布。由化学强化(例如通过离子交换法)而产生的应力概况的一个例子示于图2。图2中,经过化学强化的基于玻璃的制品200包含第一表面201、厚度$t_2$和表面CS 210。基于玻璃的制品200的CS在从第一表面201至DOC 230的区间内减小,如本文所定义,在所述深度DOC 230处,应力从压缩应力转变为拉伸应力,并且达到最大CT220。如图2所示,该分布展现出基本上平坦的CT区域或沿着CT区域的至少一部分具有恒定或接近恒定的拉伸应力的CT区域。相比于图1中所示的最大中心数值,已知的经过化学强化的基于玻璃的制品经常展现出更低的最大CT值。

[0007]　　因此,需要能够展现出改善的耐断裂性的薄的基于玻璃的制品。

## 实用新型内容

[0008]　　本实用新型的第一方面涉及一种基于玻璃的制品,其包含第一表面和与第一表面相对的第二表面,其限定出以毫米(mm)为单位的厚度(t)、非零且沿着约 0•t～约0.3•t 范围内的厚度而变化的金属氧化物的浓度;以及具有小于约71.5/ $\sqrt{(t)}$ (MPa) 的最大中心张力(CT)区域。在一种或多种实施方式中,利用Z.Tang 等人在《用于测量经过强化的玻璃的易碎性和碎片化的自动化设备》(Automated Apparatus for Measuring the Frangibility and Fragmentation of Strengthened Glass) 中所描述的"易碎性测试"进行测量,当基于玻璃的制品断裂时,该基于玻璃的制品断裂成最多2块碎片/英寸[2]。《试验机理》(Experimental Mechanics) (2014) 54:903～912。碎片的数量除以被测样品的面积(单位:平方英寸),其中,所使用的样品尺寸为5cm×5cm(2英寸×2英寸)平方。

[0009]　　在一种或多种实施方式中,金属氧化物的浓度非零且沿着整个厚度变化。在一种或多种实施方式中,金属氧化物沿着上述厚度范围产生了应力。上述金属氧化物的一价离子可具有基于玻璃的基材内所有金属氧化物的一价离子中最大的离子半径。金属氧化物的浓度可在从第一表面至第一表面与第二表面之间的一个点的区间内减小,并且在从该点至第二表面的区间内增大。例如,金属氧化物在第一表面处的浓度可约为金属氧化物在等于约0.5•t的深度处的浓度的1.5倍(或更大)。在一些例子中,金属氧化物的浓度在整个厚度中约为0.05摩尔%或更大(例如,在约1摩尔%～约15摩尔%的范围内)。在一些例子中,金属氧化物的浓度可在从第一表面至第一表面与第二表面之间一个点处的数值的区间内减小,并且在从该数值至第二表面的区间内增大。上述金属氧化物可包含$Li_2O$、$Na_2O$、$K_2O$、$Rb_2O$和$Cs_2O$中的一种或多种。在一种或多种实施方式中,基于玻璃的制品的CT 区域中可存在金属氧化物的浓度梯度。

[0010]　　在一种或多种实施方式中,基于玻璃的制品包含沿着厚度延伸的应力分布,其中,厚度范围在约0•t～高至0.3•t以及大于约0.7•t至t内的应力分布上的所有点都具有斜率的绝对值大于约0.1MPa/μm的切线(即,斜率值小于约-0.1 MPa/μm或大于约0.1MPa/μm的切线)。在一些实施方式中,切线可与"局部梯度"交换着描述和使用,所述"局部梯度"定义为随着深度增加接近零,应力大小随深度的变化。在一些实施方式中,应力分布包含最大CS、DOC和小于约71.5/ $\sqrt{(t)}$ (MPa) 的最大CT,其中,最大CT与最大CS的绝对值的比值在约0.01～约0.2的范围内,且DOC约为0.1•t或更大。

[0011]　　在一种或多种实施方式中,本文所述的基于玻璃的制品展现出某种断裂特性。例如,在一种或多种实施方式中,当基于玻璃的制品因单一事件而断裂时 (即,诸如坠落或与工具发生一次冲击这样的单一冲击),该基于玻璃的制品断裂成最多2块碎片/英寸[2],其中,所使用的样品尺寸为5cm×5cm(2英寸×2英寸)平方。

[0012]　　一种或多种实施方式的基于玻璃的制品可具有约300MPa或更大、或约400 MPa或更大的表面压缩应力(CS)。在一些实施方式中,基于玻璃的制品具有约 200MPa或更大的表面CS、以及约0.4•t或更深的化学层深度。在一种或多种实施方式中,CS可从第一表面延伸至DOC,且DOC约为0.1•t或更深。一些实施方式中的基于玻璃的制品的最大CT与表面CS(可包括最大CS)的绝对值的比值在约0.01～约0.2的范围内。可选地,表面CS大于最大CT。

[0013]　　在一种或多种实施方式中,基于玻璃的制品包含第一金属氧化物浓度和第二金属

氧化物浓度，其中，约0•t～约0.5•t的第一厚度范围内的第一金属氧化物浓度在约0摩尔%～约15摩尔%的范围内，且约0微米～约25微米的第二厚度范围内的第二金属氧化物浓度在约0摩尔%～约10摩尔%的范围内。可选地，基于玻璃的制品包含第三金属氧化物。

[0014]　　　在一种或多种实施方式中，基于玻璃的制品包含非零且沿着约0•t～约0.3•t（或约0•t～约0.4•t，或约0•t～约0.45•t）的厚度范围变化的金属氧化物的浓度、大于约200MPa或更大的表面压缩应力；以及最大CT小于约71.5/√(t)　(MPa)的CT区域，其中"71.5"的单位是MPa•(mm)^^0.5，"t"的单位是毫米。

[0015]　　　基于玻璃的制品可具有约3毫米或更薄或约1毫米或更薄的厚度t。基于玻璃的制品可具有无定形结构、晶体结构或它们的组合。基于玻璃的制品可在约380 nm～约780nm的波长范围内具有约88%或更大的透射率。另外，在一些实施方式中，基于玻璃的制品在CIE光源F02下可具有以下CIELAB色空间坐标：L*　值为88或更大、a*值在约-3～约+3的范围内、b*值在约-6～约+6的范围内。

[0016]　　　在一种或多种实施方式中，基于玻璃的制品具有小于80GPa的杨氏模量。本文所述的杨氏模量值通过标题为"用于检测金属和非金属部件中的缺陷的共振超声光谱的标准指南"(Standard Guide for Resonant Ultrasound Spectroscopy for Defect Detection in Both Metallic and Non-metallic Parts)的ASTM E2001-13中所述的通用类型的共振超声光谱技术测量。基于玻璃的制品具有约100千泊(kP)　或更大的液相线粘度。

[0017]　　　基于玻璃的制品的组成可具有以下中的一项或多项：包含总量大于约15摩尔%的$Al_2O_3$和$Na_2O$的组合物、包含大于约4摩尔%的$Na_2O$的组合物、基本上不含$B_2O_3$、$ZnO$或基本上不含$B_2O_3$和$ZnO$的组合物、$P_2O_5$的量不为零的组合物。

[0018]　　　基于玻璃的制品在约460℃下可具有约450$\mu m^2$/小时或更大的一价离子（例如钠离子或钾离子）扩散率。在一种或多种实施方式中，该一价离子扩散率在大于约0.15•t的DOC下展现，且表面CS为最大CT的1.5倍或更大

[0019]　　　在一些实施方式中，基于玻璃的制品具有约0.7MPa•$m^{1/2}$或更大的断裂韧度（$K_{1C}$）。

[0020]　　　在一种或多种实施方式中，基于玻璃的制品展现出大于约0J/m²至小于40J/m²的储存的拉伸能。

[0021]　　　在一种或多种实施方式中，基于玻璃的制品包含具有CS区域和CT区域的应力分布，其中CT区域利用等式：应力(x)＝MaxT－(((CTn•(n+1))/0.5n)•|(x/t)-0.5|n)　近似得到，其中，MaxT是最大张力值，$CT_n$小于或等于MaxT且是以MPa为单位的正值，x沿厚度(t)的位置（单位是微米），n在1.5～5（或1.5～2）的范围内。在一些实施方式中，CT区域包含约50MPa～约250MPa范围内的最大CT　值，且该最大CT值位于约0.4t～约0.6t范围内的深度处。在一些例子中，在约　0t～约0.1t的厚度范围内，应力分布包含量级（以绝对值计）在约20MPa/μm～约200MPa/μm范围内的斜率。在一种或多种实施方式中，该应力分布通过结合多个在0.5t～表面范围内测得的误差函数来近似得到。

[0022]　　　本实用新型的第二方面涉及一种玻璃组合物在经过强化的基于玻璃的制品中的用途，所述玻璃组合物包含（以摩尔%计）：量在约60～约75范围内的$SiO_2$、量在约12～约20范围内的$Al_2O_3$、量在约0～约5范围内的$B_2O_3$、量在约2～约　8范围内的$Li_2O$、量大于4的$Na_2O$、量不为零的$P_2O_5$、量在约0～约5范围内的　$MgO$、量在约0～约3范围内的$ZnO$、量在约0～约5范

围内的CaO,其中,所述玻璃组合物是可离子交换的且是无定形的,且Al$_2$O$_3$和Na$_2$O的总量大于约15 摩尔%,所述玻璃组合物基本上不含成核剂,所述玻璃组合物具有约100kP或更大的液相线粘度。在一种或多种实施方式中,玻璃组合物基本上不含B$_2$O$_3$、ZnO 或基本上不含B$_2$O$_3$和ZnO。

[0023]　　本实用新型的第三方面涉及一种玻璃基材,其组分包含(以摩尔%计):量在约60～约75范围内的SiO$_2$、量在约12～约20范围内的Al$_2$O$_3$、量在约0～约5 范围内的B$_2$O$_3$、量在约2～约8范围内的Li$_2$O、量大于4的Na$_2$O、量在约0～约 5范围内的MgO、量在约0～约3范围内的ZnO、量在约0～约5范围内的CaO、量不为零的P$_2$O$_5$,其中,所述玻璃基材是可离子交换的且是无定形的,且组合物中Al$_2$O$_3$和Na$_2$O的总量大于约15摩尔%,所述玻璃组合物基本上不含成核剂且具有约100kP或更大的液相线粘度。

[0024]　　在一些实施方式中,玻璃基材是无定形的且经过强化,其中,Na$_2$O的浓度会变化,且该组合物基本上不含成核剂,组合物中Al$_2$O$_3$和Na$_2$O的总量大于约15 摩尔%,所述玻璃组合物基本上不含成核剂且具有约100kP或更大的液相线粘度。在一些实施方式中,玻璃基材包含量不为零的P$_2$O$_5$。

[0025]　　本实用新型的第四方面涉及一种装置,其包含:具有正面、背面和侧面的外壳;至少部分位于所述外壳内的电子组件;位于或毗邻所述外壳的正面的显示器;设置在所述显示器上的覆盖基材,其中,所述覆盖基材包含根据本文所述的实施方式的基于玻璃的制品。

[0026]　　在以下的详细描述中给出了本实用新型的其他特征和优点,其中的部分特征和优点对本领域的技术人员而言,根据所作描述就容易看出,或者通过实施包括以下详细描述、权利要求书以及附图在内的本文所述的各种实施方式而被认识。

[0027]　　应理解,前面的一般性描述和以下的详细描述都仅仅是示例性,用来提供理解权利要求的性质和特性的总体评述或框架。所附附图提供了对本实用新型的进一步理解,附图被结合在本说明书中并构成说明书的一部分。附图说明了本实用新型的一个或多个实施方式,并与说明书一起用来解释各种实施方式的原理和操作。


**附图说明**

[0028]　　图1是穿过一种已知的经过热钢化的玻璃制品的厚度的截面图;

[0029]　　图2是穿过一种已知的经过化学强化的玻璃制品的厚度的截面图;

[0030]　　图3是穿过根据本实用新型的一种或多种实施方式的穿过化学强化的基于玻璃的制品的厚度的截面图;

[0031]　　图4是例示根据本实用新型的一种或多种实施方式的各种压力分布的图表;

[0032]　　图5A～5B是显示根据一种或多种实施方式的最大拉伸应力(MPa)随施加于基于玻璃的制品的表面上的法向负荷(N)而变化的图表。

[0033]　　图6是一种环上环形设备的示意性截面图。

[0034]　　图7是用于进行本文所述的倒球在砂纸(IBoS)上的测试的设备的一种实施方式的示意性截面图;

[0035]　　图8是因通常在用于便携或手持电子装置的基于玻璃的制品中发生的损伤引入和弯曲而导致的失效的主要机理示意性截面图;

[0036]　　图9是一种用于在如本文所述的设备中进行IBoS测试的方法的流程图;

[0037]　图10是显示实施例1A～1G的最大CT值随离子交换时间而变化的图表；

[0038]　图11是显示所测得的实施例1E的应力随从实施例1E的基于玻璃的制品的表面延伸入基于玻璃的制品内的深度而变化的图表；

[0039]　图12是显示根据实施例2A的基于玻璃的制品在不同负荷或压力下磨损之后的失效负荷值的图表；

[0040]　图13是显示根据实施例2A的基于玻璃的制品在坠落至180粒度砂纸上并随后坠落至30粒度砂纸上之后发生失效的高度的图表；

[0041]　图14是显示根据实施例3A和比较例3B的基于玻璃的制品在坠落至30粒度砂纸上之后发生失效的高度的图表。

[0042]　图15是对根据实施例3A和比较例3B的基于玻璃的制品在经历25psi的负荷或压力的磨损之后的平均失效负荷进行比较的图表。

[0043]　图16是对根据实施例3A和比较例3B的基于玻璃的制品在经历45psi的负荷或压力的磨损之后的平均失效负荷进行比较的图表。

[0044]　图17是显示实施例4A-1～4A-6的应力分布随深度而变化的图表；

[0045]　图18是显示实施例4A-1～4A-6的最大CT和DOC值随离子交换时间而变化的图表；

[0046]　图19是显示实施例4B-1～4B-6的应力分布随深度而变化的图表；

[0047]　图20是显示实施例4B-1～4B-6的最大CT和DOC值随离子交换时间而变化的图表；

[0048]　图21是显示实施例4C-1～4C-6的应力分布随深度而变化的图表；

[0049]　图22是显示实施例4C-1～4C-6的最大CT和DOC值随离子交换时间而变化的图表；

[0050]　图23是显示实施例4D-1～4D-6的应力分布随深度而变化的图表；

[0051]　图24是显示实施例4D-1～4D-6的最大CT和DOC值随离子交换时间而变化的图表；

[0052]　图25是显示比较例5A和实施例5B的应力分布随深度而变化的图表；

[0053]　图26是显示比较例5A和实施例5B的储存的拉伸能随最大CT而变化的图表；

[0054]　图27是显示比较例5C和实施例5D的储存的拉伸能随最大CT而变化的图表；

[0055]　图28是一种结合有本文所述的基于玻璃的制品的一种或多种实施方式的电子装置的正面俯视图。

[0056]　图29是一种用于基于玻璃的制品的测试设备的侧视图；

[0057]　图30是图29中所示的测试设备的一部分的侧视图；

[0058]　图31是图29中所示的测试设备的后立体图；

[0059]　图32是图29中所示的测试设备的前立体图；

[0060]　图33是一种用于基于玻璃的制品的测试设备的侧视图；

[0061]　图34是图29中所示的测试设备的一部分的侧视图；

[0062]　图35是显示各种玻璃样品的平均冲击力随在图29中所示的测试设备上得到的旋角数据而变化的图表；

[0063]　图36是显示各种玻璃样品在图29中所示的测试设备上得到的中值冲击位置数据的柱状图；

[0064]　图37是显示各种样品的保留强度值的图表。


**具体实施方式**

[0065]　　下面详细参考各种实施方式,这些实施方式的例子在所附实施例和附图中示出。

[0066]　　在下面的描述中,在图中所示的多个视图中,类似的附图标记表示类似或对于的部分。还应理解,除非另外指出,术语如"顶部","底部","向外","向内"等是常用词语,不构成对术语的限制。此外,应理解,描述一个基团为包含元素的基团和它们的组合中的至少一个时,该基团可包含许多系列元素,或单独的或相互的组合,或者由它们组成,或者主要由它们组成。类似的,每当将一个组描述为由一组要素中的至少一个要素或它们的组合组成时,应将其理解为所述组可以单个要素或相互组合的形式以任何数量的这些所列要素组成。除非另外说明,列举的数值范围同时包括所述范围的上限和下限,以及所述上限和下限之间的任意范围。除非另外说明,否则本文所用的不定冠词"一个"或"一种"及其相应的定冠词"该"表示至少一(个/种),或者一(个/种)或多(个/种)。还应理解,本说明书和附图所批露的各种特征可以任意和全部组合来使用。

[0067]　　如本文所使用,术语"基于玻璃的制品"和"基于玻璃的基材"以它们最广泛的意义来使用,包括全部或部分由玻璃制成的任何物体。基于玻璃的制品包含玻璃和非玻璃材料的层压件、玻璃和晶体材料的层压件以及玻璃-陶瓷(包含无定形相和晶体相)。除非另外说明,所有组成都表示为摩尔百分数(摩尔%)。

[0068]　　应注意,本文可用术语"基本上"和"约"表示可由任何定量比较、数值、测量或其它表示方法造成的内在不确定性。在本文中还使用这些术语表示数量的表示值可以与所述的参比值有一定的偏离程度,但是不会导致争议的主题的基本功能改变。

[0069]　　除非另有说明,否则所有的温度通过摄氏度(℃)来表达。如本文所使用,术语"软化点"指玻璃粘度是约$10^{7.6}$泊(P)的温度,术语"退火点"指玻璃粘度是约 $10^{13.2}$泊的温度,术语"200泊温度($T^{200P}$)"指玻璃粘度是约200泊的温度,术语"$10^{11}$泊温度"指玻璃粘度是约$10^{11}$泊的温度,术语"35kP温度($T^{35kP}$)"指玻璃粘度是约35千泊(kP)的温度,且术语"160kP温度($T^{160kP}$)"指玻璃粘度是约160 kP的温度。

[0070]　　参见所有附图,并具体参见图1-3,应理解这些图的目的是描述本实用新型的具体实施方式,这些图不构成对本实用新型的说明或所附权利要求书的限制。为了清楚和简明起见,附图不一定按比例绘制,所示的附图的某些特征和某些视图可能按比例放大显示或以示意性方式显示。

[0071]　　如本文所使用,DOC指基于玻璃的制品之内应力从压缩变化到拉伸应力处的深度。在DOC处,应力从正的(压缩)应力交叉到负(拉伸)应力(例如,图1中的 130),因此呈现零的应力数值。

[0072]　　如本文所使用,术语"化学深度"、"化学层深度"和"化学层的深度"可互换使用,且指如通过电子探针微量分析(EPMA)或辉光放电-光学发射光谱 (GD-OES)所测定,金属氧化物或碱金属氧化物的离子(例如金属离子或碱金属离子) 扩散进入基于玻璃的制品的深度,以及离子浓度达到最小值时的深度。具体来说,为了评估$Na_2O$扩散或者$Na+$的深度,可使用EPMA和表面应力计(如下文所更加详细描述)来测定离子浓度。

[0073]　　根据本领域中常用的协议,压缩表示为负(<0)应力,拉伸表示为正(>0)应力,除非另有明确说明。然而,在本说明书全文中,当通过压缩应力CS进行讨论时,没有考虑正的或负的数值,即,如本文所述,CS=|CS|。

[0074]　　本文所述的是薄的、化学强化的基于玻璃的制品,其包含玻璃例如包含含碱玻璃

9

的硅酸盐玻璃,以及玻璃-陶瓷,其可用作用于移动电子装置和触摸实现的显示器的盖板玻璃。基于玻璃的制品还可用于显示器(或用作显示器制品)(例如广告牌、销售系统的点、电脑、导航系统等)、建筑制品(墙、夹具、面板、窗户等)、运输制品(例如在汽车应用中、火车、飞机、舰船等)、电器(如洗衣机、烘干机、洗碗机、冰箱等),或需要一些耐破裂性的任何制品。

[0075]　　具体来说,本文所述的基于玻璃的制品是薄的,且呈现通常只有通过回火厚玻璃制品(例如,具有约2mm或3mm或更大的厚度)才能获得的应力分布。基于玻璃的制品沿着其厚度呈现独特的应力分布。在一些情况下,本文所述的基于玻璃的制品呈现比回火玻璃制品更大的表面CS。在一种或多种实施方式中,基于玻璃的制品具有压缩应力层,其更深地延伸进入基于玻璃的制品(其中CS比己知的化学强化的基于玻璃的制品更规则地下降和增加),从而基于玻璃的制品呈现基本上改善的耐破裂性,甚至当基于玻璃的制品或包含该基于玻璃的制品的装置掉落在硬表面(例如,花岗岩)或硬和粗糙表面(例如,沥青)上时亦是如此。一种或多种实施方式的基于玻璃的制品呈现比一些己知化学强化基于玻璃的材更大的最大CT数值。

[0076]　　使用本技术领域所公知的方法,来测量CS和钾离子的深度("钾DOL")。钾DOL不同于DOC,因为其表示因离子交换过程导致的钾渗透深度。对于本文所述的制品而言,钾DOL通常小于DOC。CS和钾DOL通过表面应力计(FSM)来测量,其使用市售仪器例如FSM-6000,其由日本折原工业有限公司(Orihara Industrial Co.,Ltd.)制造。表面应力测量依赖于应力光学系数(SOC)的精确测量,其与玻璃的双折射相关。进而根据题目为"用于玻璃应力光学系数测量的标准测试方法"ASTM标准C770-98(2013)中所述的过程C的修改的版本来测量SOC,该文的全部内容通过引用纳入本文。修改包括使用玻璃盘作为样品,其具有5-10mm的厚度和 12.7mm的直径,其中盘是各向同性和均匀的,芯钻孔的,且两个表面进行抛光并是平行的。修改还包括计算待施加的最大力,Fmax。所述力应足以产生20MPa 或更大的压缩应力。如下所述来计算Fmax:

[0077]　　Fmax＝7.854*D*h

[0078]　　其中:

[0079]　　Fmax＝单位为牛顿的力

[0080]　　D＝盘的直径

[0081]　　h＝光路径的厚度

[0082]　　对于每一施加的力,如下所述来计算应力:

[0083]　　$\sigma_{MPa}=8F/(\pi*D*h)$

[0084]　　其中:

[0085]　　F＝单位为牛顿的力

[0086]　　D＝盘的直径

[0087]　　h＝光路径的厚度

[0088]　　DOC和最大CT数值使用散射光偏光器(SCALP)来测量。折射近场(RNF)法或SCALP可用来测量应力分布。当利用RNF时,使用通过SCALP提供的最大CT数值。具体来说,将通过RNF方法测量的应力分布力平衡和校准到通过SCALP测量提供的最大CT数值。RNF方法的描述参见美国专利号8,854,623,其题目为"测量玻璃样品分布特征的系统和方法",该文的全部内

10

容通过引用纳入本文。具体来说，RNF方法包括邻近参比块设置基于玻璃的制品，以1Hz-50Hz的速率产生在正交偏振之间切换的偏振切换的光束，测量在偏振切换光束中的功率的量和产生偏振切换的参比信号，其中在正交偏振的每一种中测量的功率的量在彼此的50%之内。所述方法还包括通过玻璃样品和参比块传输偏振切换的光束，用于进而玻璃样品的不同深度，然后使用转播光学系统将传输的偏振切换的光束转播（relay）到信号光电检测器，且信号光电检测器产生偏振切换的检测器信号。所述方法还包括用检测器信号除以参比信号来形成标准化检测器信号，且从标准化的检测器信号测定玻璃样品的分布特征。然后对RNF分布进行平滑，用于CT区域。如上所述，将FSM技术用于靠近表面的CS区域中的表面CS和应力分布的斜率。

[0089]　　如上所述本文所述的基于玻璃的制品是通过离子交换化学强化的，且呈现不同于已知强化玻璃制品的应力分布。在本说明书中，基于玻璃的基材通常是未强化的，且基于玻璃的制品通常指已经强化（通过例如，离子交换）的基于玻璃的基材。在此方法中，用具有相同价态或氧化态的较大的离子代替或交换基于玻璃的制品表面处或附近的离子。在基于玻璃的制品包含碱性铝硅酸盐玻璃的那些实施方式中，玻璃表面层中的离子以及较大离子是一价的碱金属离子，例如Li$^+$（当存在于基于玻璃的制品中的时候）、Na$^+$、K$^+$、Rb$^+$以及Cs$^+$。或者，表面层中的一价阳离子可以用碱金属离子以外的一价阳离子，例如Ag$^+$等代替。在这种实施方式中，交换进入基于玻璃的基材的一价离子（或阳离子）在所得基于玻璃的制品中产生应力。

[0090]　　离子交换法通常是通过将基于玻璃的基材浸泡在熔盐浴（或者两个或多个熔盐浴）中来进行的，所述熔盐浴包含要与基于玻璃的基材中的较小离子交换的较大离子。应指出，也可使用水性盐浴。此外，浴的组成可包括多于一种的较大离子（例如，Na+和K+）或单一较大离子。本领域技术人员能够理解，离子交换工艺的参数包括但不限于浴的组成和温度，浸没时间，所述基于玻璃的制品在一种或多种盐浴中的浸没次数，多种盐浴的使用，其它的步骤，例如退火、洗涤等，通常是由以下的因素决定的：基于玻璃的制品的组成（包括制品的结构和存在的任何晶体相），以及所需的从强化得到的基于玻璃的制品的DOC和CS。例如，基于玻璃的基材的离子交换可以通过以下方式实现：在至少一个包含盐的熔盐浴中浸泡基于玻璃的基材，所述盐包括较大碱金属离子的盐，例如但不限于硝酸盐、硫酸盐和氯化物。典型的硝酸盐包括KNO$_3$，NaNO$_3$，LiNO$_3$，NaSO$_4$及其组合。所述熔融盐浴的温度通常约为380℃至最高约450℃，浸泡时间约为15分钟至最高100小时，这取决于玻璃厚度、浴温度和玻璃（或一价离子）扩散系数。但是，也可以采用不同于上述条件的温度和浸泡时间。

[0091]　　在一种或多种实施方式中，基于玻璃的基材可在具有约370℃-约480℃温度的100%NaNO$_3$的熔盐浴中浸没。在一些实施方式中，基于玻璃的基材可在包含约5%-约90%KNO$_3$和约10%-约95%NaNO$_3$的熔融的混合盐浴中浸没。在一些实施方式中，基于玻璃的基材可在熔融的混合盐浴中浸没，所述熔融的混合盐浴包含Na$_2$SO$_4$和NaNO$_3$并具有更宽的温度范围（例如，最高达约500℃）。在一种或多种实施方式中，在第一浴中浸没之后，基于玻璃的制品可在第二浴中浸没。在第二浴中的浸没可包括在包含100%KNO$_3$的熔盐浴中浸没15分钟-8小时。

[0092]　　在一种或多种实施方式中，基于玻璃的基材可为在熔融的、混合的盐浴中浸没小于约5小时或甚至约4小时或更多，所述盐浴包含NaNO$_3$和KNO$_3$（例如，49%/51%，50%/

50%,51%/49%)并具有小于约420℃(例如,约400℃或约380℃)的温度。

[0093]　可调节离子交换条件来在所得基于玻璃的制品的表面处或表面附近提供"尖峰"或增加应力分布的斜率。因为本文所述的基于玻璃的制品中所用的玻璃组合物的独特性质,这种尖峰可通过具有单一组成或者混合组成的单一浴或多个浴来获得。

[0094]　如图3所示,一种或多种实施方式的基于玻璃的制品300包含第一表面302和与第一表面相对的第二表面304,其限定厚度t。在一种或多种实施方式中,厚度t可为约3毫米或更少(例如,是约0.01毫米-约3毫米,约0.1毫米-约3毫米,约0.2毫米-约3毫米,约0.3毫米-约3毫米,约0.4毫米-约3毫米, 约0.01毫米-约2.5毫米,约0.01毫米-约2毫米,约0.01毫米-约1.5毫米,约0.01毫米-约1毫米,约0.01毫米-约0.9毫米,约0.01毫米-约0.8 毫米,约0.01毫米-约0.7毫米,约0.01毫米-约0.6毫米,约0.01毫米- 约0.5毫米,约0.1毫米-约0.5毫米,或约0.3毫米-约0.5毫米)。

[0095]　基于玻璃的制品包含从第一表面302延伸到第二表面304(或沿着厚度t的整体长度)的应力分布。在图3所示的实施方式中,显示了如本文所述的用SCALP 或RNF测量的应力分布312。y-轴表示应力数值,x-轴表示基于玻璃的制品之内的厚度或深度。

[0096]　如图3所示,应力分布312包含CS层315(具有表面CS 310),CT层325 (具有最大CT 320)和DOC 330,其中应力分布312从压缩转变到拉伸。CS层具有从表面302,304延伸到DOC 330相关的深度或长度317。CT层325也具有相关的深度或长度327(CT区域或层)。

[0097]　表面CS 310可为约150MPa或更大或约200MPa或更大(例如,约250MPa 或更大,约300MPa或更大,约400MPa或更大,约450MPa或更大,约500MPa或更大,或约550MPa或更大)。表面CS 310可为最高达约900MPa,最高达约1000 MPa,最高达约1100MPa,或最高达约1200MPa。本文的表面CS数值还可包含最大CS。在一些实施方式中,表面CS小于最大CS。

[0098]　最大CT 320可为小于约$71.5/\sqrt{(t)}$,其中t是厚度(mm)。在一种或多种实施方式中,最大CT 320可为大于约$45/\sqrt{(t)}$。在一种或多种实施方式中,最大 CT可为80MPa或更少,约75MPa或更少,或约70MPa或更少(例如,约60MPa 或更少,约55MPa或更少,50MPa或更少,或约40MPa或更少)。在一种或多种实施方式中,最大CT的下限可为25MPa,40MPa或50MPa。在一些实施方式中,最大CT 320可为约25MPa-约80MPa(例如,约25MPa-约75MPa,约25MPa -约70MPa,约25MPa-约65MPa,约40MPa-约80MPa,约40MPa-约75MPa, 约40MPa-约70MPa,约40MPa-约65MPa,约45MPa-约80MPa,约50MPa- 约80MPa,或约60MPa-约80MPa)。

[0099]　最大CT 320可设置为约0.3・t-约0.7・t,约0.4・t-约0.6・t或约0.45・t- 约0.55・t。应指出,表面CS 310和最大CT 320中的任意一种或多种可取决于基于玻璃的制品的厚度。例如,具有约0.8mm厚度的基于玻璃的制品可具有约75 MPa或更少的最大CT。当基于玻璃的制品厚度下降时,最大CT可增加。换句话说, 最大CT随着厚度下降(或者随着基于玻璃的制品变薄)而增加。

[0100]　在一些实施方式中,最大CT 320和表面CS 310绝对值的比例是约0.01- 约0.2(例如,约0.01-约0.18,约0.01-约0.16,约0.01-约0.15,约0.01- 约0.14,约0.01-约0.1,约0.02-约0.2,约0.04-约0.2,约0.05-约0.2,约 0.06-约0.2,约0.08-约0.2,约0.1-约0.2,或约0.12-约0.2)。在一些实施方式中,表面CS可为最大CT的1.5倍(或2倍或2.5倍)或更大。在一些实施方式中,表面CS可为最大CT的最高达48倍,最大CT的最高达40倍,最大CT的最高达20倍,最大CT的最高达10倍,或最大CT的最高达8倍。表面CS 可为最大CT约5倍到最高

说　明　书

达约50倍。

[0101]　　在一种或多种实施方式中，应力分布312包含最大CS，其通常是表面CS 310，且可在第一表面302和第二表面304中的一个或两个出现。在一种或多种实施方式中，CS层或区域315沿着厚度317的一部分延伸到DOC 330和最大 CT 320。在一种或多种实施方式中，DOC 330可为约0.1·t或更大。例如，DOC 330 可为约0.12·t或更大，约0.14·t或更大，约0.15·t或更大，约0.16·t或更大，0.17·t或更大，约0.18·t或更大，0.19·t或更大，0.20·t或更大，约0.21·t或更大，或最高达约0.25·t。在一些实施方式中，DOC330小于所述化学深度。化学深度可为约0.4·t或更大，0.5·t或更大，约0.55·t或更大，或约0.6·t或更大。

[0102]　　在一种或多种实施方式中，基于玻璃的制品包含约6微米-约20微米的钾 DOL。在一些实施方式中，钾DOL可表示为基于玻璃的制品厚度t的函数。在一种或多种实施方式中，钾DOL可为约0.005t-约0.05t。在一些实施方式中，钾 DOL可为约0.005t-约0.05t，约0.005t-约0.045t，约0.005t-约0.04t，约 0.005t-约0.035t，约0.005t-约0.03t，约0.005t-约0.025t，约0.005t- 约0.02t，约0.005t-约0.015t，约0.005t-约0.01t，约0.006t-约0.05t，约0.008t -约0.05t，约0.01t-约0.05t，约0.015t-约0.05t，约0.02t-约0.05t，约0.025t-约0.05t，约0.03t-约0.05t，或约0.01t-约0.02t。

[0103]　　在一种或多种实施方式中，在钾DOL深度处的压缩应力数值可为约50MPa- 约300MPa。在一些实施方式中，在钾DOL深度处的压缩应力数值可为约50MPa- 约280MPa，约50MPa-约260MPa，约50MPa-约250MPa，约50MPa-约240MPa， 约50MPa-约220MPa，约50MPa-约200MPa，约60MPa-约300MPa，约70MPa -约300MPa，约75MPa-约300MPa，约80MPa-约300MPa，约90MPa-约300MPa， 约100MPa-约300MPa，约1100MPa-约300MPa，约120MPa-约300MPa，约130MPa-约300MPa，或约150MPa-约300MPa。

[0104]　　在一种或多种实施方式中，应力分布312可描述为具有抛物线状的形状。在一些实施方式中，沿着呈现拉伸应力的基于玻璃的制品的区域或深度，应力分布呈现抛物线状形状。在一种或多种具体实施方式中，应力分布312不含平坦应力 （压缩或拉伸）部分或呈现基本上恒定应力(压缩或拉伸)的部分。在一些实施方式中，CT区域呈现应力分布，其基本上不含平坦应力或不含基本上恒定的应力。在一种或多种实施方式中，在约0t到最高达约0.2·t和大于0.8·t到t(或约0·t- 约0.3·t和大于0.7·t)的厚度范围之间的应力分布312的所有点包含切线，所述切线具有小于-0.1MPa/微米或大于约0.1MPa/微米的斜率。在一些实施方式中，切线的斜率可为小于约-0.2MPa/微米或大于0.2MPa/微米。在一些更具体的实施方式中，切线的斜率可为小于约-0.3MPa/微米或大于0.3MPa/微米。在一些甚至更具体的实施方式中，切线的斜率可为小于-0.5MPa/微米或大于约 0.5MPa/微米。换句话说，沿着这些厚度范围(即，0·t到最高达约0.2·t和大于 0.8·t，或约0t-约0.3·t和0.7·t或更大)的一种或多种实施方式的应力分布排除了具有含有零斜率，或斜率接近零，或平坦斜率的切线的点。虽然无意受限于理论，但已知误差函数或准线性应力分布沿着这些厚度范围(即，约0·t到最高达约 0.2·t和大于0.8·t，或约0·t-约0.3·t和0.7·t或更大)具有含有斜率零或数值接近零的切线的点，即是大于约-0.1MPa/微米到小于约0.1MPa/微米(表示沿着这种厚度范围的平坦或零斜率应力分布，如图2,220所示)。本实用新型的一种或多种实施方式的基于玻璃的制品不呈现这种沿着这些厚度范围具有平坦或

零斜率应力分布的应力分布,如图3所示。

[0105]    在一种或多种实施方式中,基于玻璃的制品在约0.1·t到0.3·t和约0.7·t到0.9·t的厚度范围呈现应力分布,其包含最大-斜率切线和最小-斜率切线。在一些情况下,最大-斜率切线和最小-斜率切线之间的差异是约3.5MPa/微米或更少,约3MPa/微米或更少,约2.5MPa/微米或更少,或约2MPa/微米或更少。

[0106]    在一种或多种实施方式中,基于玻璃的制品包含基本上不含任何平坦片段的应力分布312,其沿着深度方向或沿着基于玻璃的制品厚度t的至少一部分延伸。换句话说,应力分布312沿着厚度t基本上连续地增加或下降。在一些实施方式中,沿着深度方向,应力分布是基本上不含具有下述长度的任何平坦片段:约 10微米或更多,约50微米或更多,或约100微米或更多,或约200微米或更多。如本文所使用,术语"平坦"指沿着平坦片段斜率具有小于约0.5MPa/微米,或小于约0.2MPa/微米的大小。在一些实施方式中,距离第一表面或第二表面中的一个或两个的约5微米或更大(例如,10微米或更大,或15微米或更大),在基于玻璃的制品之内的深度处存在沿着深度方向基本上不含任何平坦片段的应力分布的一个或多个部分。例如,沿着距离第一表面约0微米到小于约5微米的深度,应力分布可包含线性片段,但从距离第一表面约5微米或更大的深度,应力分布可基本上不含平坦片段。如本文所使用,术语"线性"包含具有平坦斜率的线片段以及不具有平坦斜率的线片段;对于后者的示例,参见图11在距离表面约12微米的深度之内。

[0107]    在一些实施方式中,应力分布可在约0t到最高达约0.1t的深度包含线性片段,且在约0.1t-约0.4t的深度可基本上不含平坦片段。在一些实施方式中,对于约0t-约0.1t范围的厚度,应力分布可具有斜率,其大小(绝对值)是约20 MPa/微米-约200MPa/微米。如本文所述,可通过单一离子交换过程或多个(例如,2个或更多)离子交换过程来形成这种实施方式,通过单一离子交换过程所浴包括两种或更多种碱性盐或是混合的碱性盐浴。

[0108]    在一种或多种实施方式中,基于玻璃的制品可通过沿着CT区域(图3中的 327)的应力分布形状来描述。例如,在一些实施方式中,沿着CT区域(其中应力处于拉伸)的应力分布可通过公式(1)来近似:

[0109]    应力(x)=MaxT-(((CT$_n$·(n+1))/0.5$^n$)·∣(x/t)-0.5∣$^n$)        (1)

[0110]    在公式(1)中,应力(x)是在位置x处的应力数值。这里,应力是正的(张力)。在公式(1)中,MaxT是最大张力数值,和CT$_n$是在n处的张力数值,且小于或等于于MaxT。MaxT和CT$_n$都是单位为MPa的正的数值。数值x是单位为微米的沿着厚度(t)的位置,其范围是0-t;x=0是一个表面(302,图3),x=0.5t是基于玻璃的制品的中央(在该位置应力(x)=MaxT),和x=t是相对的表面(304,图3)。公式(1)中所用的MaxT等于最大CT,其可小于约71.5/√(t)。在一些实施方式中, 公式(1)中所用的MaxT可为约50MPa-约80MPa(例如,约60MPa-约80MPa,约70MPa-约80MPa,约50MPa-约75MPa,约50MPa-约70MPa,或约50MPa -约65MPa),和n是1.5-5(例如,2-4,2-3或1.8-2.2)或约1.5-约2的拟合参数。在一种或多种实施方式中,n=2可提供抛物线应力分布,偏离n=2的指数提供具有接近抛物线应力分布的应力分布。图4的图片显示根据本实用新型的一种或多种实施方式的各种应力分布,其基于拟合参数n的变化。

[0111]    在一种或多种实施方式中,CTn可小于MaxT,其中在基于玻璃的制品的一个或两个主要表面上存在压缩应力尖峰。在一种或多种实施方式中,当在基于玻璃的制品的一个或两个主要表面上不存在压缩应力尖峰时,CTn等于MaxT。

[0112]　　在一些实施方式中,应力分布可通过热处理来改变。在这种实施方式中,热处理可在任何离子交换过程之前进行,在离子交换过程之间进行,或在全部离子交换过程之后进行。在一些实施方式中,热处理可降低表面处或附近的应力分布斜率的绝对值大小。在一些实施方式中,当在表面处需要更陡或更大斜率时,可利用热处理之后的离子交换过程,来提供"尖峰"或增加在表面处或表面附近的应力分布的斜率。

[0113]　　在一种或多种实施方式中,因为沿着厚度的一部分变化的金属氧化物的非零浓度,产生应力分布312。如上所述,金属氧化物浓度的变化在本文中可称作金属氧化物浓度梯度。在一些实施方式中沿着约0·t到0.3·t的厚度范围,金属氧化物浓度是非零的且变化。在一些实施方式中,沿着0·t-约0.35·t,约0·t- 约0.4·t,约0·t-约0.45·t或约0·t-约0.48·t的厚度范围,金属氧化物浓度是非零的且变化。金属氧化物可描述为在基于玻璃的制品中产生应力。沿着如上所述的厚度范围,浓度变化可为连续的。浓度变化可包括沿着约100微米的厚度片段的约0.2摩尔%的金属氧化物浓度变化。这个变化可通过本技术领域所公知的方法来测量,包括微探针,如实施例1所示。浓度为非零且沿着厚度的一部分变化的金属氧化物可描述为在基于玻璃的制品中产生应力。

[0114]　　沿着如上所述的厚度范围,浓度变化可为连续的。在一些实施方式中,沿着约10微米-约30微米的厚度片段,浓度变化可为连续的。在一些实施方式中,金属氧化物的浓度从第一表面下降到第一表面和第二表面之间的点,并从该点增加到第二表面。

[0115]　　金属氧化物浓度可包含多于一种金属氧化物(例如,$Na_2O$和$K_2O$的组合)。在一些实施方式中,当利用两种金属氧化物且其中离子半径彼此不同时,在更浅的深度处具有更大半径的离子浓度大于具有更小半径的离子浓度,但在更深的深度处,具有更小半径的离子浓度大于具有更大半径的离子浓度。例如,当在离子交换过程中使用单一含Na和K的浴时,在更浅的深度处,基于玻璃的制品中K+离子浓度大于Na+离子浓度,但在更深的深度处,Na+浓度大于K+离子浓度。这部分地是因为交换进入玻璃用于更小一价离子的一价离子的尺寸。在这种基于玻璃的制品中,因为在表面处或表面附近更大量的较大离子(即,K+离子),在表面处或表面附近的区域包括更大的CS。这个更大的CS可通过在表面处或表面附近具有更陡斜率的应力分布(即,在表面处的应力分布中的尖峰)来呈现。

[0116]　　如上文所述,浓度梯度或一种或多种金属氧化物的变化通过下述来形成:化学强化基于玻璃的基材,其中用多个第二金属离子交换基于玻璃的基材中的第一金属离子。第一离子可以是锂、钠、钾和铷的离子。第二金属离子可以是钠、钾、铷和铯的一种的离子,前提是第二碱金属离子的离子半径大于第一碱金属离子的离子半径。第二金属离子作为其氧化物存在于基于玻璃的基材中(例如,$Na_2O$、$K_2O$、 $Rb_2O$、$Cs_2O$或其组合)。

[0117]　　在一种或多种实施方式中,金属氧化物浓度梯度延伸穿过厚度t的大多数部分或基于玻璃的制品的整体厚度t,包含CT层327。在一些实施方式中,沿着基于玻璃的制品的整体厚度,金属氧化物浓度可为约0.5摩尔%或更大(例如,约1 摩尔%或更大),且在第一表面302和/或第二表面304处最大,且在第一表面302 和第二表面304之间基本上恒定地降低到一个点。在该点处,金属氧化物浓度是沿着整体厚度t最少的;然而,该浓度在该点处也是非零的。换句话说,特定金属氧化物的非零浓度沿着厚度t的大多数部分(如本文所述的)或整体厚度t延伸。在一些实施方式中,特定金属氧化物的最低浓度在CT层327中。基于玻璃的制品中特定金属氧化物的总浓度可为约1摩尔%-约20摩尔%。

[0118]　在一种或多种实施方式中，基于玻璃的制品包含第一金属氧化物浓度和第二金属氧化物浓度，从而沿着约0t-约0.5t的第一厚度范围，第一金属氧化物浓度是约0摩尔%-约15摩尔%，且从约0微米-约25微米（或约0微米-约 12微米）的第二厚度范围，第二金属氧化物浓度是约0摩尔%-约10摩尔%；然而，沿着大多数部分或整体基于玻璃的制品厚度，第一金属氧化物和第二金属氧化物一种或两种的浓度是非零的。基于玻璃的制品可包含任选的第三金属氧化物浓度。第一金属氧化物可包含$Na_2O$，同时第二金属氧化物可包含$K_2O$。

[0119]　可在进行改性以包含这种金属氧化物的浓度梯度之前，从基于玻璃的制品中金属氧化物的基线量来测定金属氧化物浓度。

[0120]　在一种或多种实施方式中，基于玻璃的制品可通过它们如何破裂以及从这种破裂导致的碎片来描述，如通过"脆性测试"来测量，其如下述文献所述：Z.唐 (Tang)等，《用于测量强化玻璃的脆性和破裂的自动化设备》，《实验机械 (Experimental Mechanics)》(2014)54:903-912。在一种或多种实施方式中，当破裂时，基于玻璃的制品破裂成2或更少碎片/平方英寸（或/6.4516平方厘米）基于玻璃的制品（在破裂之前），且所用样品尺寸是5cm×5cm（2英寸×2英寸）正方形。

[0121]　在一种或多种实施方式中，在化学强化基于玻璃的制品之后，所得基于玻璃的制品的应力分布312提供改善的耐破裂性。例如，在一些实施方式中，在破裂时，基于玻璃的制品包含碎片，其具有小于或等于约2·t（例如，1.8·t，1.6·t，1.5·t，1.4·t，1.2·t或1.·t或更少）的平均最长横截面尺寸，如通过"脆性测试"来测量，其如下述文献所述：Z.唐等，《用于测量强化玻璃的脆性和破裂的自动化设备》，实验机械（Experimental Mechanics)》(2014)54:903-912。用碎片数目除以被测试的样品的面积（单位是平方英寸），且所用的样品尺寸是5cm×5 cm（2英寸×2英寸）正方形。

[0122]　在一种或多种实施方式中，基于玻璃的制品可呈现约$0.7MPa·m^{1/2}$或更大的断裂韧度（$K_{1C}$）。在一些情况下，断裂韧度可为约$0.8MPa·m^{1/2}$或更大，或约$0.9MPa·m^{1/2}$或更大。在一些实施方式中，断裂韧度可为约$0.7MPa·m^{1/2}$-约$1MPa·m^{1/2}$。

[0123]　在一些实施方式中，基材还可表征为具有约500HVN-约800HVN（千克力 (kgf)/$mm^2$）的硬度，如通过200g负载下维氏（Vicker's）硬度测试所测定。在一些实施方式中，基于玻璃的制品可包含约600HVN-约800HVN的维氏硬度。

[0124]　本文所述的基于玻璃的制品可呈现大于$0J/m^2$和$40J/m^2$的存储拉伸能。在一些情况下，存储拉伸能可为约$5J/m^2$-约$40J/m^2$，约$10J/m^2$-约$40J/m^2$， 约$15J/m^2$-约$40J/m^2$，约$20J/m^2$-约$40J/m^2$，约$1J/m^2$-约$35J/m^2$，约$1J/m^2$ -约$30J/m^2$，约$1J/m^2$-约$25J/m^2$，约$1J/m^2$-约$20J/m^2$，约$1J/m^2$-约$15J/m^2$， 约$1J/m^2$-约$10J/m^2$，约$10J/m^2$-约$30J/m^2$，约$10J/m^2$-约$25J/m^2$，约$15J/m^2$ -约$30J/m^2$，约$15J/m^2$-约$25J/m^2$，约$18J/m^2$-约$22J/m^2$，约$25J/m^2$-约$40J/m^2$， 或约$25J/m^2$-约$30J/m^2$。一种或多种实施方式的热强化和化学强化的基于玻璃的制品可呈现$6J/m^2$或更大，约$10J/m^2$或更大，约$15J/m^2$或更大，或约$20J/m^2$或更大的存储拉伸能。

[0125]　存储拉伸能使用下述公式（2）来计算：

[0126]　存储拉伸能$(J/m^2) = [(1-v)/E] \int (\sigma^2)(dt)$　　　（2）

[0127]　其中v是泊松比，E是杨氏模量（单位为MPa），σ是应力（单位为MPa），且只越过拉伸区域的厚度（单位为微米）计算积分。

[0128]　本文所述的基于玻璃的制品通常具有杨氏模量或小于约80GPa（例如，约75 GPa或

　　　　　　　说　明　书　　　　　　　

更少,约70GPa或更少,约65GPa或更少,或约60GPa或更少)的杨氏模量。杨氏模量的下限可为大于约65GPa。杨氏模量对于基于玻璃的制品的组合物而言是内在的,并可向由其制备的最终基于玻璃的制品提供所需的高刚度(其是外在的性质)。

[0129]　　在一些实施方式中,基于玻璃的制品包含高液相线粘度,其使得通过下拉技术(例如,融合拉制、狭缝拉制和其它类似方法)来形成基于玻璃的制品,其可提供高度精确的表面光滑度。在本文中,术语"液相线粘度"表示在液相线温度下熔融玻璃的粘度,而术语"液相线温度"指当熔融的玻璃从熔融温度冷却时首次出现晶体的温度(或者当温度从室温升高的时候,最后一点晶体熔化时的温度)。液相线粘度通过下述方法来测定。首先,根据ASTM C829-81 (2015)来测量玻璃的液相线温度,其题目为"用于通过梯度炉方法测量玻璃液相线温度的标准操作"。接下来,根据ASTM C965-96 (2012)测量在液相线温度下的玻璃粘度,其题目为"在软化点以上测量玻璃粘度的标准操作"。一般来说,本文所述的基于玻璃的制品(或用于形成这种制品的组合物)的液相线粘度是约100千泊(kP)或更大。在其中需要更高的液相线粘度来用于下拉加工能力的情况下,基于玻璃的制品(或用于形成这种制品的组合物)呈现约200kP或更多(例如,约600kP或更大)的液相线粘度。

[0130]　　在一种或多种实施方式中,基于玻璃的制品呈现下述Knoop横向断裂刮擦阈值(Knoop Lateral Cracking Scratch Threshold):约4N-约7N,约4.5N- 约7N,约5N-约7N,约4N-约6.5N,约4N-约6N,或约5N-约6N。如本文所使用,Knoop横向断裂刮擦阈值是横向断裂的起点(在5个压痕事件中的3 个或更多中)。在Knoop横向断裂刮擦阈值测试中,首先在动态或升高的负载下,使用Knoop压痕仪刮擦基于玻璃的材和制品的样品,从而确定样品数量的横向裂纹起点负载范围。一旦确定了可应用的负载范围,进行一系列增加的恒定负载刮擦(最小3或更多/负载),从而确定Knoop刮擦阈值。可通过比较测试样品和下述 3种失效模式中的一种来测定Knoop刮擦阈值:1)大于凹槽宽度两倍的持续横向表面裂纹;2)在凹槽中包含损坏,但存在横向表面裂纹,其小于凹槽宽度的两倍,且存在肉眼可见的损坏,或者3)存在较大的压表面横向裂纹,其大于凹槽宽度的两倍/在刮擦的顶点存在中等裂纹。

[0131]　　在一种或多种实施方式中,基于玻璃的制品呈约10kgf或更大,约12kgf 或更大,或约15kgf或更大的维氏压痕断裂阈值。如本文所使用,维氏压痕断裂阈值是从压痕位点的至少一个角落延伸的中等/径向断裂(在5个压痕事件中的3 个或更多中)的起点。在维氏压痕断裂阈值测试中,在增加的负载下,用金刚石尖(以136°角度)反复地挤压基于玻璃的材和制品的样品。每一压痕潜在地产生4 个径向裂纹,1个来自压痕(indent)的每一角落。通过对在每一压痕负载下的径向裂纹的平均数目进行计数,裂纹阈值是存在平均2个裂纹/压痕(或50%裂纹阈值)时的负载。

[0132]　　在一种或多种实施方式中,本文所述的基于玻璃的制品的耐刮擦性可通过下述来测量:滑动500微米玻璃球,其具有与本文所述的基于玻璃的基材相同的组合物。例如,球的组合物可包含约64摩尔%$SiO_2$,15.67摩尔%$Al_2O_3$,6.4摩尔%$Li_2O$,10.8摩尔%$Na_2O$,1.2摩尔%$ZnO$,0.04摩尔%$SnO_2$,和2.5摩尔%$P_2O_5$。图5A-B显示当将其应用到一种或多种实施方式的基于玻璃的制品表面时,从玻璃球施加到表面的最大拉伸应力(单位是MPa)。在图5A-5B中,将接触力(菱形数据点)和假定摩擦系数为0.1的滑动接触力(正方形数据点)和假定摩擦系数为0.2的滑动接触力(三角形数据点),显示为施加的标准负载(N)的函数。在图5A中,基于玻璃的制品具有约500MPa的表面CS。在图5B中,基于玻璃的制品具有约 750MPa

的表面CS。

[0133]　　在一种或多种实施方式中,当进行磨损环叠环(AROR)测试时,基于玻璃的制品呈现改善的表面强度。材料强度是发生破裂的应力。AROR测试是用于测试平坦玻璃样品的表面强度测量,且题目为"用于在环境温度下先进陶瓷的单调等双轴挠曲强度的标准测试反复"的ASTM C1499-09 (2013)用作本文所述的AROR测试方法的基础。ASTM C1499-09的全部内容通过引用纳入本文在一种实施方式中,在环叠环测试之前,用90粒度碳化硅(SiC)颗粒磨损玻璃样品,其使用在题目为"用于通过挠曲的玻璃强度的标准测试方法(测定断裂模量)"的ASTM C158-02 (2012)的题目为"磨损步骤"的附录A2中所述的方法和设备递送到玻璃样品。ASTM C158-02及其附录2的全部内容通过引用纳入本文。

[0134]　　在环叠环测试之前,根据ASTM C158-02,附录2所述来磨损基于玻璃的制品的表面,从而使用ASTM C158-02的图A2.1所示的设备来标准化和/或控制样品的表面缺陷条件。通常使用304kPa(44psi)的空气压力,在15psi的负载下,将磨损材料喷砂到基于玻璃的制品的表面110上;但在下文的实施例中,在其它负载(例如25psi或45psi)下,将磨损材料喷砂到表面110上。在形成空气流动之后,将5cm³的磨损材料加入漏斗,在引入磨损材料之后,将样品喷砂5秒。

[0135]　　对于AROR测试,将如图6所示的具有至少一个磨损表面410的基于玻璃的制品设置在具有不同尺寸的两同心环之前,以测定等双轴挠曲强度(即,当经受两个同心环之间的挠曲时材料所能保持的最大应力),也如图6所示。在AROR构造 400中,磨损的基于玻璃的制品410通过具有直径D2的支撑环420来支撑。通过具有直径D1的负载环430,用负载单元(load cell)(未显示)将力F施加到基于玻璃的制品表面。

[0136]　　负载环和支撑环的直径比例D1/D2可为约0.2-约0.5。在一些实施方式中, D1/D2是约0.5。负载环和支撑环130,120应同心地对齐到支撑环直径D2的0.5%之内。在选定范围的任何负载下,用于测试的负载单元应精确到±1%之内。在一些实施方式中,在23±2℃的温度和40±10%的相对湿度下进行测试。

[0137]　　对于固定器设计,负载环430的凸起表面的半径r,h/2≤r≤3h/2,其中, h是基于玻璃的制品410的厚度。负载环和支撑环430,420通常由硬度HRc>40 的硬化钢制成。AROR固定器是市售的。

[0138]　　用于AROR测试的预期失效机理是观察在负载环430之内源自表面430a的基于玻璃的制品410的破裂。从数据分析中忽略在该区域外侧发生的失效-即在负载环430和支撑环420之间。然而,因为基于玻璃的制品410的薄和高强度,有时观察到超过样品厚度h的1/2的较大挠曲。因此,常常观察到源自负载环430下方的高百分比失效。在不知道环里面和下方的应力形成(通过应变量规分析)和每一样品中失效来源的情况下,不能准确地计算应力。因此,AROR测试聚焦于失效时的峰值负载作为测量的响应。

[0139]　　基于玻璃的制品的强度取决于表面瑕疵的存在。但是,不能准确预测存在的给定尺寸的瑕疵的可能性,因为玻璃强度性质上是统计学的。因此,概率分布可通常用作所得数据的统计学表示。

[0140]　　在一些实施方式中,本文所述的基于玻璃的制品具有20kgf或更多,和最高达约30kgf的表面或等双轴挠曲强度,如通过AROR测试所测定,其使用25psi 或甚至45psi的负载来磨损表面。在其它实施方式中,表面强度是25kgf或更多,又在其它实施方式中,是

说　明　书

30kgf或更多。

[0141]    在一些实施方式中,本文所述的基于玻璃的制品可通过砂纸上的倒转球 (IboS)测试中的性能来描述。IBoS测试是动态组件水平测试,其模仿因为损坏引入加上弯曲造成的主要失效机理,其通常在用于移动或手持电子装置的基于玻璃的制品中发生,如图7示意性地显示。在该领域中,损坏引入 (图8中的a)出现在基于玻璃的制品的顶部表面上。破裂在基于玻璃的制品的顶部表面上引发,且损坏渗透基于玻璃的制品 (图8中的b)或者破裂从顶部表面上的弯曲传播或者从基于玻璃的制品的内部传播(图8中的c)。设计IBoS测试来同时引入损坏到玻璃表面并在动态负载下施加弯曲。在一些情况下,与如果相同基于玻璃的制品不含有压缩应力相比,当其包括压缩应力时,基于玻璃的制品呈现改善的掉落性能。

[0142]    IBoS测试设备如图6示意性地显示。设备500包含测试台510和球530。球530是刚性或固体球,例如,例如不锈钢球等。在一种实施方式中,球530是 4.2克不锈钢球,其具有直径10mm。球530从预定高度h直接掉落到基于玻璃的制品样品518上。测试台510包含固体底座512,其包含硬的刚性材料例如花岗岩等。在表面上设置有磨料的片材514设置在固体底座512的上表面上,从而具有磨料的表面朝上。在一些实施方式中,片材514是具有30粒度表面的砂纸,在其它实施方式中,是具有180粒度表面的砂纸。通过样品固定器515,将基于玻璃的制品样品518在片材514上方固定到位,从而在基于玻璃的制品样品518和片材514之间存在空气间隙516。片材514和基于玻璃的制品样品518 之间的空气间隙516使得基于玻璃的制品样品518在被球530冲击时弯曲,并到达片材514的磨料表面上。在一种实施方式中,越过所有的角落夹持基于玻璃的制品样品218,从而保持弯曲只包含到球冲击的点,以确保重复性。在一些实施方式中,样品固定器514和测试台510适于容纳最高达约2mm的样品厚度。空气间隙516是约50μm-约100μm。空气间隙516适于调节材料刚度(杨氏模量,Emod) 的差异,但也包含杨氏模量和样品厚度。可适于粘合剂胶带520来覆盖基于玻璃的制品样品的上表面,以收集球530冲击时基于玻璃的制品样品518破裂事件中的碎片。

[0143]    可将各种材料用作磨料表面。在一种具体实施方式中,磨料表面是砂纸,例如碳化硅或氧化铝砂纸,工程砂纸或具有可比拟硬度和/或锐度的本技术领域所公知的任何磨料。在一些实施方式中,可使用具有30粒度的砂纸,因为其表面形貌与混凝土或沥青更一致,且粒度和锐度产生所需水平的样品表面损坏。

[0144]    在一方面中,使用如本文所述的设备500进行IBoS测试的方法600参见图9。在步骤610中,将基于玻璃的制品样品 (图6中的218)设置在测试台510 中,如上所述,并固定在样品固定器515中,从而在基于玻璃的制品样品518和具有磨料表面的片材514之间形成空气间隙516。方法600假定具有磨料表面的片材514已经设置在测试台510中。在一些实施方式中,然而,方法可包含在测试台510中设置片材514,从而具有磨料的表面朝上。在一些实施方式中(步骤610a),将粘合剂胶带520施加到基于玻璃的制品样品518的表面,然后在样品固定器510中固定基于玻璃的制品样品518。

[0145]    在步骤520中,将具有预定质量和尺寸的实心球530从预定高度h掉落到基于玻璃的制品样品518的上表面上,从而球530在上表面的约中心处(即,在中心的1毫米之内、或3毫米之内或者5毫米之内或10毫米之内)冲击上表面(或固定到上表面的粘合剂胶带520)。在步骤520中的冲击之后,测定基于玻璃的制品样品518的损坏范围(步骤630)。如上所述,本文中术语"破裂"指当基材掉落或被物体冲击时,裂纹越过基材的整体厚度和/或整体表

19

说　明　书

面传播。

[0146]   在方法600中,在每次掉落之后,可更换具有磨料表面的片材518,以避免"老化"效果,其在其它类型(例如混凝土或沥青)的掉落测试表面反复使用中观察到。

[0147]   各种预定掉落高度h和增量通常用于方法600。测试可例如使用最小掉落高度来开始(例如,约10~20cm)。然后,可通过设定的增量或可变的增量,对于后续的掉落增加高度。当基于玻璃的制品样品518破碎或破裂时停止方法600中所述的测试(步骤631)。或者,如果掉落高度h在没有破裂的情况下达到最大掉落高度(例如,约100cm),也可停止掉落测试方法300,或者可在最大高度处重复步骤520,直到出现破裂。

[0148]   在一些实施方式中,在每一预定高度h下,只在每一基于玻璃的制品样品 518上进行一次方法600的IBoS测试。然而,在其它实施方式中,在每一高度下,可对每一样品进行多次测试。

[0149]   如果基于玻璃的制品样品518的破裂已出现(图9的步骤631),根据方法 600的IBoS测试结束(步骤640)。如果没有观察到来自在预定掉落高度下掉落的球的破裂(步骤632),将掉落高度增加预定增量(步骤634)-例如,如5,10 或20cm-并重复步骤620和630,直到观察到样品破裂(631)或在没有样品破裂的情况下达到最大测试高度(636)。当到达步骤631或636时,根据方法600的测试结束。

[0150]   当进行如上所述的砂纸上倒转球(IBoS)测试时,本文所述的基于玻璃的制品的实施方式具有约60%或更多存活率,当球从100厘米的高度掉落到玻璃表面上时。例如,在下述情况下基于玻璃的制品描述为具有60%存活率:当从给定高度掉落时,当从预定高度(本文中,100cm)掉落时,5个相同(或几乎相同)样品(即,具有大致相同组成,当强化时具有大致相同的压缩应力和压缩深度或压缩应力层,如本文所述)有3个在没有破裂的情况下存活IBoS掉落测试。在其它实施方式中, 强化基于玻璃的制品在100cm IBoS测试中的存活率是约70%或更多,在其它实施方式中,约80%或更多,以及又在其它实施方式中,约90%或更多。在其它实施方式中,在IBoS测试中从100cm高度掉落的强化基于玻璃的制品的存活率是约 60%或更多,在其它实施方式中,约70%或更多,又在其它实施方式中,约80%或更多,以及在其它实施方式中,约90%或更多。在一种或多种实施方式中,IBoS测试中从150cm高度掉落的强化基于玻璃的制品的存活率是约60%或更多,在其它实施方式中,约70%或更多,又在其它实施方式中,约80%或更多,以及在其它实施方式中,约90%或更多。

[0151]   为了使用如上所述的IBoS测试方法和设备测定当从预定高度掉落时的基于玻璃的制品的存活率,测试了基于玻璃的制品的至少5个相同(或几乎相同)样品 (即,具有约相同的组合物,当强化时具有约相同的压缩应力和压缩深度或层深度),但可对更大数目的(例如10,20,30等)的样品进行测试,以提高测试结果的信服水平。从预定高度(例如,100cm或150cm)单次掉落每一样品,或者从没有破裂的逐渐更高的高度掉落每一样品直到达到预定高度,且视觉地(即,使用裸眼) 来检测破裂的证据(裂纹形成以及越过样品表面的整体厚度和/或整体表面的传播)。如果在从预定高度掉落之后,没有观察到破裂,认为样品从掉落测试"存活",如果当样品从小于或等于预定高度的高度掉落观察到破裂时,认为样品"失效(或者未存活)"。存活率通过从掉落测试存活的样品数量的百分比来测定。例如,如果当从预定高度掉落时一组10个样品的7个样品不破裂,则玻璃的存活率是 70%。

[0152]   本文所述的基于玻璃的制品可为透明的。在一个或多个实施方式中,基于玻璃的

说 明 书

制品可具有约1毫米或更少的厚度,且在约380nm-约780nm的波长上呈现约88%或更大的透射率。

[0153]   基于玻璃的制品还可呈现基本上白色。例如,在CIE光源F02下,基于玻璃的制品可呈现下述CIELAB颜色空间坐标:L*值为约88和更大,a*值为约-3到约+3,和b*值为约-6到约+6。

[0154]   没有特别限定基材的选择。在一些实施例中,基于玻璃的制品可描述为具有有用于离子交换的高的阳离子扩散系数。在一种或多种实施方式中,玻璃或玻璃-陶瓷具有快速离子交换能力,即其中460℃下扩散系数是大于$500\mu m^2$/小时或可表征为大于$450\mu m^2$/小时。在一种或多种实施方式中,玻璃或玻璃-陶瓷呈现在 460℃下约$450\mu m^2$/小时或更大或者在460℃下约$500\mu m^2$/小时或更大的钠离子扩散系数。在一种或多种实施方式中,玻璃或玻璃-陶瓷呈现在460℃下约450 $\mu m^2$/小时或更大或者在460℃下约$500\mu m^2$/小时或更大的钾离子扩散系数。

[0155]   基于玻璃的制品可包含无定形基材、晶体基材或其组合(例如,玻璃-陶瓷基材)。在一种或多种实施方式中,基于玻璃的制品基材(在进行如本文所述的化学强化之前)可包含玻璃组合物,以摩尔百分数(摩尔%)计,其包含:

[0156]   约40-约80的$SiO_2$,约10-约30的$Al_2O_3$,约0-约10的$B_2O_3$,约0- 约20的$R_2O$,和约0-约15的RO。如本文所使用的,$R_2O$指碱金属氧化物例如$Li_2O$、$Na_2O$,$K_2O$,$Rb_2O$,和$Cs_2O$的总量。如本文所使用的,RO指碱土金属氧化物例如MgO, CaO,SrO,BaO,ZnO等的总量。在一些情况下,组合物可包含约0摩尔%-约5摩尔%的$ZrO_2$和约0-约15摩尔%的$P_2O_5$中的一种或两种。可存在约0摩尔%-约 2摩尔%的$TiO_2$。

[0157]   在一些实施方式中,以摩尔%计,玻璃组合物可包含下述量的$SiO_2$:约45-约 80,约45-约75,约45-约70,约45-约65,约45-约60,约45-约65,约45- 约65,约50-70,约55-70,约60-约70,约70-约75,约70-约72,约50- 约65,或约60-约65。

[0158]   在一些实施方式中,玻璃组合物中以摩尔%表示的$Al_2O_3$含量为约5-28,约5-26,约5-25,约5-24,约5-22,约5-20,约6-30,约8-30,约10-30,约12-30,约14-30,约15-30,或12-18。

[0159]   在一些实施方式中,玻璃组合物中以摩尔%表示的$B_2O_3$含量为约0-8,约0-6,约0-4,约0.1-8,约0.1-6,约0.1-4,约1-10,约2-10,约4-10,约2-8,约0.1-5,或约1-3。在一些情况下,玻璃组合物可基本上不含$B_2O_3$。如本文所用,就组合物的组分而言的用语"基本上不含"意指在初始配料过程中不主动或特意将组分加入组合物中,但该组分可作为杂质以少于约0.001摩尔%的量存在。

[0160]   在一些实施方式中,玻璃组合物可包含一种或多种碱土金属氧化物,如MgO,CaO或ZnO。在一些实施方式中,所述一种或多种碱土金属氧化物的总量可为非零至最高约15摩尔%。在一个或多个具体的实施方式中,任何碱土金属氧化物的总量可为非零至最高约14摩尔%,至最高约12摩尔%,至最高约10摩尔%,至最高约8摩尔%,至最高约6摩尔%,至最高约4摩尔%,至最高约2摩尔%,或最高约1.5摩尔%。在一些实施方式中,所述一种或多种碱土金属氧化物以摩尔%表示的总量可为约 0.01-10,约0.01-8,约0.01-6,约0.01-5,约0.05-10,约0.05-2,约0.05-1。MgO的含量范围为约0-5摩尔%(例如约0.001-1,约0.01-2,约2-4摩尔%)。ZnO的含量范围为约0-2摩尔%(例如约1-2摩尔%)。CaO的含量可为约0-2

摩尔%。在一个或多个实施方式中，玻璃组合物可含MgO，并且可基本上不含CaO和ZnO。在一个变化方式中，玻璃组合物可包含CaO或ZnO中的任意一种，并且可基本上不含MgO，CaO和ZnO中的其他氧化物。在一个或多个具体的实施方式中，玻璃组合物可仅包含碱土金属氧化物MgO,CaO和ZnO中的两种，并且可基本上不含所述碱土金属氧化物中的第三种。

[0161]　　玻璃组合物中以摩尔%表示的碱金属氧化物$R_2O$的总量可为约5-20,约5-18,约5-16,约5-15,约5-14,约5-12,约5-10,约5-8,约5-20,约6-20,约7-20,约8-20,约9-20,约10-20,约11-20,约12-18,或约14-18。

[0162]　　在一个或多个实施方式中，玻璃组合物中$Na_2O$的含量为约0-18摩尔%，0-16摩尔%或0-14摩尔%，约0-12摩尔%，约2-18摩尔%，约4-18摩尔%，约6-18摩尔%，约8-18摩尔%，约8-14摩尔%，约8-12摩尔%，或约10-12摩尔%。在一些实施方式中，组合物可包含约4摩尔%或更多的$Na_2O$。

[0163]　　在一些实施方式中，将$Li_2O$和$Na_2O$的含量控制为具体的量或比例，以平衡可成形性和可离子交换性。例如，随着$Li_2O$含量增加，液相线粘度可能减小，从而妨碍一些成形方法的使用；然而，这种玻璃组合物可离子交换至更深的如本文所定义的 DOC水平。$Na_2O$的含量能改善液相线粘度，但会抑制离子交换至更深的DOC水平。

[0164]　　在一个或多个实施方式中，玻璃组合物中$K_2O$的含量可小于约5摩尔%，小于约 4摩尔%，小于约3摩尔%，小于约2摩尔%，或小于约1摩尔%。在一个或多个替代实施方式中，玻璃组合物可如本文定义基本上不含$K_2O$。

[0165]　　在一个或多个实施方式中，玻璃组合物中$Li_2O$的含量可为约0-18摩尔%，约0-15摩尔%，或约0-10摩尔%，约0-8摩尔%，约0-6摩尔%，约0-4摩尔%，或约0-2摩尔%。在一些实施方式中，玻璃组合物中$Li_2O$的含量可为约2-10摩尔%，约4-10摩尔%，约6-10摩尔%，或约5-8摩尔%。在一个或多个替代实施方式中，玻璃组合物可如本文定义基本上不含$Li_2O$。

[0166]　　在一个或多个实施方式中，玻璃组合物可包含$Fe_2O_3$。这样的实施方式中，$Fe_2O_3$的含量小于约1摩尔%，小于约0.9摩尔%，小于约0.8摩尔%，小于约0.7摩尔%，小于约0.6摩尔%，小于约0.5摩尔%，小于约0.4摩尔%，小于约0.3摩尔%，小于约0.2摩尔%，小于约0.1摩尔%，以及它们之间的所有范围和子范围。在一个或多个替代实施方式中，玻璃组合物可如本文定义基本上不含$Fe_2O_3$。

[0167]　　在一个或多个实施方式中，玻璃组合物可包含$ZrO_2$。这样的实施方式中，$ZrO_2$的含量小于约1摩尔%，小于约0.9摩尔%，小于约0.8摩尔%，小于约0.7摩尔%，小于约0.6摩尔%，小于约0.5摩尔%，小于约0.4摩尔%，小于约0.3摩尔%，小于约0.2摩尔%，小于约0.1摩尔%，以及它们之间的所有范围和子范围。在一个或多个替代实施方式中，玻璃组合物可如本文定义基本上不含$ZrO_2$。

[0168]　　在一个或多个实施方式中，玻璃组合物中$P_2O_5$的含量可为约0-10摩尔%，约0-8 摩尔%，约0-6摩尔%，约0-4摩尔%，约0.1-10摩尔%，约0.1-8摩尔%，约2-8摩尔%，约2-6摩尔%，或约2-4摩尔%.在一些情况下，玻璃组合物可基本上不含$P_2O_5$。

[0169]　　在一个或多个实施方式中，玻璃组合物可包含$TiO_2$。在这样的实施方式中，$TiO_2$的含量小于约6摩尔%，小于约4摩尔%，小于约2摩尔%，或小于约1摩尔%。在一个或多个替代实施方式中，玻璃组合物可如本文定义基本上不含$TiO_2$。在一些实施方式中，$TiO_2$的含量

为约0.1-6摩尔%,或约0.1-4摩尔%。

[0170]　在一些实施方式中,玻璃组合物可包括各种组成关系。例如,玻璃组合物中Li$_2$O的含量(以摩尔%计)与R$_2$O的总量(以摩尔%计)之比可为约0-1,约0-0.5,约0-0.4,约0.1-0.5,或约0.2-0.4。

[0171]　在一些实施方式中,玻璃组合物中R$_2$O的总量(以摩尔%计)与Al$_2$O$_3$的含量(以摩尔%计)之差(R$_2$O-Al$_2$O$_3$)可为约0-5(例如,约0-4,约0-3,约0.1-4,约0.1-3,约0.1-2,或约1-2)。

[0172]　在一些实施方式中,玻璃组合物中R$_x$O的总量(以摩尔%计)与Al$_2$O$_3$的含量(以摩尔%计)之差(R$_x$O-Al$_2$O$_3$)可为约0-5(例如,约0-4,约0-3,约0.1-4,约0.1-3,约1-3,或约2-3)。如本文所用,R$_x$O包括本文所定义的R$_2$O和RO。

[0173]　在一些实施方式中,玻璃组合物中R$_2$O的总量(以摩尔%计)与Al$_2$O$_3$的含量(以摩尔%计)之比(R$_2$O/Al$_2$O$_3$)可为约0-5(例如,约0-4,约0-3,约1-4,约1-3,或约1-2)。

[0174]　在一个或多个实施方式中,玻璃组合物中Al$_2$O$_3$和Na$_2$O的合并含量大于约15摩尔%(例如大于18摩尔%,大于约20摩尔%,或大于约23摩尔%)。Al$_2$O$_3$和Na$_2$O 的合并含量可高达并包括约30摩尔%,约32摩尔%,或约35摩尔%。

[0175]　一个或多个实施方式的玻璃组合物中MgO的含量(以摩尔%计)与RO总量(以摩尔%计)之比为约0-2。

[0176]　在一些实施方式中,玻璃组合物可基本上不含成核剂。典型的成核剂的例子有TiO$_2$,ZrO$_2$等。成核剂可用功能描述,即成核剂是能够引发玻璃中微晶的形成的玻璃组分。

[0177]　在一些实施方式中,用于玻璃基材的组合物可配料有0-2摩尔%的选自下组的至少一种澄清剂,该包括:Na$_2$SO$_4$、NaCl、NaF、NaBr、K$_2$SO$_4$、KCl、KF、KBr和SnO$_2$。根据一个或多个实施方式的玻璃组合物还可包含SnO$_2$,其含量范围为约0-2,约0-1,约0.1-2,约0.1-1,或约1-2。本文所述的玻璃组合物可基本上不含As$_2$O$_3$和/或Sb$_2$O$_3$。

[0178]　在一个或多个实施方式中,组合物可具体包含:约62-75摩尔%SiO$_2$;约10.5-17摩尔%Al$_2$O$_3$;约5-13摩尔%Li$_2$O;约0-4摩尔%ZnO;约0-8摩尔%MgO;约2-5 摩尔%TiO$_2$;约0-4摩尔%B$_2$O$_3$;约0-5摩尔%Na$_2$O;约0-4摩尔%K$_2$O;约0-2摩尔%ZrO$_2$;约0-7摩尔%P$_2$O$_5$;约0-0.3摩尔%Fe$_2$O$_3$;约0-2摩尔%MnO$x$;约0.05-0.2 摩尔%SnO$_2$。

[0179]　在一个或多个实施方式中,组合物可具体包含:约67-74摩尔%SiO$_2$;约11-15 摩尔%Al$_2$O$_3$;约5.5-9摩尔%Li$_2$O;约0.5-2摩尔%ZnO;约2-4.5摩尔%MgO;约3-4.5摩尔%TiO$_2$;约0-2.2摩尔%B$_2$O$_3$;约0-1摩尔%Na$_2$O;约0-1摩尔%K$_2$O;约 0-1摩尔%ZrO$_2$;约0-4摩尔%P$_2$O$_5$;约0-0.1摩尔%Fe$_2$O$_3$;约0-1.5摩尔%MnO$x$;约0.08-0.16摩尔%SnO$_2$。

[0180]　在一个或多个实施方式中,组合物可包含:约70-75摩尔%SiO$_2$;约10-15摩尔%Al$_2$O$_3$;约5-13摩尔%Li$_2$O;约0-4摩尔%ZnO;约0.1-8摩尔%MgO;约0-5摩尔%TiO$_2$;约0.1-4摩尔%B$_2$O$_3$;约0.1-5摩尔%Na$_2$O;约0-4摩尔%K$_2$O;约0-2 摩尔%ZrO$_2$;约0-7摩尔%P$_2$O$_5$;约0-0.3摩尔%Fe$_2$O$_3$;约0-2摩尔%MnO$x$;约0.05-0.2 摩尔%SnO$_2$。

[0181]　在一个或多个实施方式中,组合物可包含:约52-65摩尔%SiO$_2$;约14-18摩尔%Al$_2$O$_3$;约5.5-7摩尔%Li$_2$O;约1-2摩尔%ZnO;约0.01-2摩尔%MgO;约4-12 摩尔%Na$_2$O;约0.1-4摩尔%P$_2$O$_5$;约0.01-0.16摩尔%SnO$_2$。在一些实施方式中,组合物可基本上不含B$_2$O$_3$,TiO$_2$,K$_2$O和ZrO$_2$中的任何一种或多种。

[0182]　在一个或多个实施方式中，组合物可包含0.5摩尔%或以上的$P_2O_5$，$Na_2O$以及任选的$Li_2O$，其中$Li_2O$（摩尔%）/$Na_2O$（摩尔%）<1。此外，这些组合物可基本上不含$B_2O_3$和$K_2O$。在一些实施方式中，组合物可包含$ZnO$，$MgO$和$SnO_2$。

[0183]　在一些实施方式中，组合物可包含：约58-65摩尔%$SiO_2$；约11-19摩尔%$Al_2O_3$；约0.5-3摩尔%$P_2O_5$；约6-18摩尔%$Na_2O$；约0-6摩尔%$MgO$；约0-6摩尔%$ZnO$。在一些实施方式中，组合物可包含：约63-65摩尔%$SiO_2$；约11-17摩尔%$Al_2O_3$；约 1-3摩尔%$P_2O_5$；约9-20摩尔%$Na_2O$；约0-6摩尔%$MgO$；约0-6摩尔%$ZnO$。

[0184]　在一些实施方式中，组合物可包含以下组成关系：$R_2O$（摩尔%）/$Al_2O_3$（摩尔%）<2，其中$R_2O=Li_2O+Na_2O$。在一些实施方式中，65摩尔%<$SiO_2$（摩尔%）+$P_2O_5$（摩尔%）<67摩尔%。在一些实施方式中，$R_2O$（摩尔%）+$R'O$（摩尔%）-$Al_2O_3$（摩尔%）+ $P_2O_5$（摩尔%））>3摩尔%，其中$R_2O=Li_2O+Na_2O$，并且$R'O$是组合物中存在的二价金属氧化物的总量。

[0185]　表1A示出了本文所述的化学强化之前基于玻璃的制品的其他示例组成。表1B列出了为表1A所列实例测得的选定物理性质。表1B所列的物理性质包括：密度；低温CTE和高温CTE；应变点，退火点和软化点；$10^{11}$泊温度，35kP温度，200kP 温度；液相线温度和锆石分解温度；锆石分解粘度和液相线粘度；泊松比；杨氏模量；折射率和应力光学系数。在一些实施方式中，本文所述的基于玻璃的制品和玻璃基材具有小于或等于30ppm/℃的高温CTE和/或70GPa或以上的杨氏模量，以及在一些实施方式中最高达80GPa的杨氏模量。

[0186]　表1A：化学强化之前的示例性组成

[0187]

| 组成（摩尔%） | 实施例 1 | 实施例2 | 实施例3 | 实施例4 | 实施例5 | 实施例6 | 实施例7 |
|---|---|---|---|---|---|---|---|
| $SiO_2$ | 63.77 | 64.03 | 63.67 | 63.91 | 64.16 | 63.21 | 63.50 |
| $Al_2O_3$ | 12.44 | 12.44 | 11.83 | 11.94 | 11.94 | 11.57 | 11.73 |
| $P_2O_5$ | 2.43 | 2.29 | 2.36 | 2.38 | 1.92 | 1.93 | 1.93 |
| $Li_2O$ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| $Na_2O$ | 16.80 | 16.81 | 16.88 | 16.78 | 16.80 | 17.63 | 16.85 |
| $ZnO$ | 0.00 | 4.37 | 0.00 | 4.93 | 0.00 | 5.59 | 5.93 |
| $MgO$ | 4.52 | 0.02 | 5.21 | 0.02 | 5.13 | 0.02 | 0.01 |
| $SnO_2$ | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| | | | | | | | |
| $R_2O/Al_2O_3$ | 1.35 | 1.35 | 1.43 | 1.41 | 1.41 | 1.52 | 1.44 |
| $Li_2O/Na_2O$ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| $(R_2O + RO) - Al_2O_3 - P_2O_5$ | 6.45 | 6.46 | 7.89 | 7.40 | 8.07 | 9.74 | 9.14 |

说　明　书

[0188]

| 组成（摩尔 %） | 实施例 8 | 实施例 9 | 实施例 10 | 实施例 11 | 实施例 12 | 实施例 13 | 实施例 14 |
|---|---|---|---|---|---|---|---|
| $SiO_2$ | 63.37 | 63.43 | 63.56 | 63.58 | 63.66 | 63.62 | 63.67 |
| $Al_2O_3$ | 11.72 | 12.49 | 12.63 | 12.59 | 12.91 | 12.85 | 12.89 |
| $P_2O_5$ | 2.00 | 2.32 | 2.46 | 2.46 | 2.43 | 2.45 | 2.47 |
| $Li_2O$ | 0.00 | 0.00 | 1.42 | 2.87 | 0.00 | 1.42 | 2.92 |
| $Na_2O$ | 16.84 | 17.16 | 15.45 | 14.04 | 16.89 | 15.48 | 13.92 |
| $ZnO$ | 6.00 | 4.54 | 4.43 | 4.41 | 4.04 | 4.12 | 4.06 |
| $MgO$ | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| $SnO_2$ | 0.05 | 0.04 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| | | | | | | | |
| $R_2O/Al_2O_3$ | 1.44 | 1.37 | 1.34 | 1.34 | 1.31 | 1.31 | 1.31 |
| $Li_2O/Na_2O$ | 0.00 | 0.00 | 0.09 | 0.20 | 0.00 | 0.09 | 0.21 |

[0189]

| 组成（摩尔 %） | 实施例 8 | 实施例 9 | 实施例 10 | 实施例 11 | 实施例 12 | 实施例 13 | 实施例 14 |
|---|---|---|---|---|---|---|---|
| $(R_2O + RO)$ - $Al_2O_3$ - $P_2O_5$ | 9.14 | 6.90 | 6.22 | 6.29 | 5.62 | 5.72 | 5.57 |

说　明　书

[0190]

| 组成（摩尔%） | 实施例 15 | 实施例 16 | 实施例 17 | 实施例 18 | 实施例 19 | 实施例 20 | 实施例 21 |
|---|---|---|---|---|---|---|---|
| $SiO_2$ | 63.55 | 63.80 | 63.76 | 63.88 | 63.74 | 64.03 | 63.68 |
| $Al_2O_3$ | 12.92 | 12.90 | 12.95 | 13.48 | 13.37 | 13.26 | 13.19 |
| $P_2O_5$ | 2.35 | 2.34 | 2.37 | 2.31 | 2.34 | 2.29 | 2.46 |
| $Li_2O$ | 0.00 | 1.47 | 2.94 | 0.00 | 1.48 | 2.94 | 0.00 |
| $Na_2O$ | 17.97 | 16.36 | 14.85 | 17.20 | 15.96 | 14.37 | 16.84 |
| $ZnO$ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.77 |
| $MgO$ | 3.17 | 3.08 | 3.09 | 3.08 | 3.08 | 3.06 | 0.02 |
| $SnO_2$ | 0.05 | 0.04 | 0.05 | 0.05 | 0.04 | 0.04 | 0.05 |
|  |  |  |  |  |  |  |  |
| $R_2O/Al_2O_3$ | 1.39 | 1.38 | 1.37 | 1.28 | 1.30 | 1.31 | 1.28 |
| $Li_2O/Na_2O$ | 0.00 | 0.09 | 0.20 | 0.00 | 0.09 | 0.20 | 0.00 |
| $(R_2O + RO)$ - $Al_2O_3$ - $P_2O_5$ | 5.87 | 5.67 | 5.56 | 4.48 | 4.81 | 4.83 | 4.98 |

[0191]

| 组成（摩尔%） | 实施例 22 | 实施例 23 | 实施例 24 | 实施例 25 | 实施例 26 | 实施例 27 | 实施例 28 |
|---|---|---|---|---|---|---|---|
| $SiO_2$ | 63.66 | 63.76 | 63.67 | 63.73 | 63.73 | 63.64 | 63.76 |
| $Al_2O_3$ | 14.15 | 15.31 | 13.87 | 14.82 | 12.93 | 16.62 | 16.59 |
| $P_2O_5$ | 2.47 | 2.44 | 2.47 | 2.43 | 2.48 | 2.47 | 2.47 |
| $Li_2O$ | 1.49 | 2.98 | 1.50 | 2.96 | 0.00 | 2.52 | 4.91 |
| $Na_2O$ | 15.31 | 13.79 | 15.36 | 13.93 | 16.83 | 14.68 | 12.20 |

[0192]

| 组成（摩尔%） | 实施例22 | 实施例23 | 实施例24 | 实施例25 | 实施例26 | 实施例27 | 实施例28 |
|---|---|---|---|---|---|---|---|
| ZnO | 2.85 | 1.64 | 0.00 | 0.00 | 2.98 | 0.00 | 0.00 |
| MgO | 0.03 | 0.03 | 3.09 | 2.08 | 1.00 | 0.03 | 0.03 |
| SnO$_2$ | 0.05 | 0.04 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| | | | | | | | |
| R$_2$O/Al$_2$O$_3$ | 1.19 | 1.10 | 1.22 | 1.14 | 1.30 | 1.03 | 1.03 |
| Li$_2$O/Na$_2$O | 0.10 | 0.22 | 0.10 | 0.21 | 0.00 | 0.17 | 0.40 |
| (R$_2$O + RO) - Al$_2$O$_3$ - P$_2$O$_5$ | 3.05 | 0.70 | 3.61 | 1.72 | 5.40 | -1.86 | -1.92 |

[0193]

| 组成（摩尔%） | 实施例29 | 实施例30 | 实施例31 | 实施例32 | 实施例33 | 实施例34 | 实施例35 |
|---|---|---|---|---|---|---|---|
| SiO$_2$ | 63.89 | 63.92 | 63.77 | 63.73 | 63.70 | 63.65 | 63.87 |
| Al$_2$O$_3$ | 16.55 | 15.29 | 15.27 | 15.30 | 15.27 | 15.22 | 15.29 |
| P$_2$O$_5$ | 2.47 | 2.24 | 2.31 | 2.39 | 2.40 | 2.48 | 2.37 |
| Li$_2$O | 7.27 | 3.46 | 2.98 | 4.02 | 4.46 | 4.96 | 5.39 |
| Na$_2$O | 9.74 | 13.46 | 13.99 | 12.91 | 12.51 | 11.99 | 11.44 |
| ZnO | 0.00 | 1.56 | 1.61 | 1.57 | 1.58 | 1.63 | 1.57 |
| MgO | 0.03 | 0.02 | 0.02 | 0.03 | 0.03 | 0.02 | 0.02 |
| SnO$_2$ | 0.04 | 0.04 | 0.04 | 0.05 | 0.04 | 0.05 | 0.04 |
| | | | | | | | |
| R$_2$O/Al$_2$O$_3$ | 1.03 | 1.11 | 1.11 | 1.11 | 1.11 | 1.11 | 1.10 |
| Li$_2$O/Na$_2$O | 0.75 | 0.26 | 0.21 | 0.31 | 0.36 | 0.41 | 0.47 |
| (R$_2$O + RO) - Al$_2$O$_3$ - P$_2$O$_5$ | -1.98 | 0.97 | 1.01 | 0.84 | 0.90 | 0.91 | 0.76 |

说　明　书

[0194]

| 组成（摩尔%） | 实施例 36 | 实施例 37 | 实施例 38 | 实施例 39 | 实施例 40 | 实施例 41 | 实施例 42 |
|---|---|---|---|---|---|---|---|
| $SiO_2$ | 63.69 | 63.75 | 63.70 | 63.62 | 63.74 | 63.77 | 63.77 |
| $Al_2O_3$ | 15.26 | 15.30 | 15.27 | 15.23 | 15.27 | 15.27 | 15.33 |
| $P_2O_5$ | 2.45 | 2.42 | 2.45 | 2.46 | 2.47 | 2.46 | 2.44 |
| $Li_2O$ | 2.96 | 2.98 | 3.94 | 3.98 | 4.93 | 4.93 | 2.91 |
| $Na_2O$ | 13.50 | 13.46 | 12.54 | 12.57 | 11.49 | 11.50 | 13.94 |
| $ZnO$ | 2.06 | 2.01 | 2.03 | 2.06 | 2.03 | 2.00 | 0.00 |
| $MgO$ | 0.02 | 0.03 | 0.02 | 0.03 | 0.03 | 0.03 | 1.57 |
| $SnO_2$ | 0.05 | 0.04 | 0.04 | 0.05 | 0.04 | 0.05 | 0.04 |
| | | | | | | | |
| $R_2O/Al_2O_3$ | 1.08 | 1.08 | 1.08 | 1.09 | 1.08 | 1.08 | 1.10 |
| $Li_2O/Na_2O$ | 0.22 | 0.22 | 0.31 | 0.32 | 0.43 | 0.43 | 0.21 |
| $(R_2O+RO)$ - $Al_2O_3$ - $P_2O_5$ | 0.83 | 0.77 | 0.80 | 0.95 | 0.73 | 0.73 | 0.66 |

[0195]

| 组成（摩尔%） | 实施例 43 | 实施例 44 | 实施例 45 | 实施例 46 | 实施例 47 | 实施例 48 | 实施例 49 |
|---|---|---|---|---|---|---|---|
| $SiO_2$ | 63.69 | 63.81 | 63.65 | 63.71 | 63.62 | 63.65 | 63.62 |
| $Al_2O_3$ | 15.25 | 15.26 | 15.33 | 15.32 | 15.24 | 15.68 | 15.67 |
| $P_2O_5$ | 2.43 | 2.41 | 2.46 | 2.44 | 2.47 | 2.44 | 2.48 |
| $Li_2O$ | 4.00 | 4.89 | 2.96 | 4.01 | 4.91 | 6.07 | 6.06 |
| $Na_2O$ | 13.01 | 12.03 | 13.29 | 12.25 | 11.42 | 10.93 | 10.53 |
| $ZnO$ | 0.00 | 0.00 | 2.24 | 2.20 | 2.27 | 1.17 | 1.57 |
| $MgO$ | 1.57 | 1.56 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 |
| $SnO_2$ | 0.05 | 0.04 | 0.05 | 0.04 | 0.05 | 0.04 | 0.05 |
| | | | | | | | |
| $R_2O/Al_2O_3$ | 1.12 | 1.11 | 1.06 | 1.06 | 1.07 | 1.08 | 1.06 |
| $Li_2O/Na_2O$ | 0.31 | 0.41 | 0.22 | 0.33 | 0.43 | 0.56 | 0.58 |

说　明　书

[0196]

| 组成（摩尔%） | 实施例43 | 实施例44 | 实施例45 | 实施例46 | 实施例47 | 实施例48 | 实施例49 |
|---|---|---|---|---|---|---|---|
| ($R_2O$ + RO) - $Al_2O_3$ - $P_2O_5$ | 0.90 | 0.81 | 0.73 | 0.73 | 0.91 | 0.08 | 0.04 |

[0197]

| 组成（摩尔%） | 实施例50 | 实施例51 | 实施例52 | 实施例53 | 实施例54 | 实施例55 | 实施例56 |
|---|---|---|---|---|---|---|---|
| $SiO_2$ | 63.60 | 63.89 | 63.84 | 63.90 | 63.88 | 64.74 | 60.17 |
| $Al_2O_3$ | 15.65 | 16.09 | 16.47 | 16.87 | 16.97 | 15.25 | 18.58 |
| $P_2O_5$ | 2.46 | 2.42 | 2.43 | 2.43 | 2.42 | 0.98 | 1.90 |
| $Li_2O$ | 6.13 | 6.80 | 7.84 | 8.75 | 9.78 | 5.28 | 5.16 |
| $Na_2O$ | 10.29 | 9.97 | 8.96 | 7.99 | 6.88 | 12.09 | 12.58 |
| ZnO | 1.81 | 0.78 | 0.39 | 0.00 | 0.00 | 1.61 | 1.55 |
| MgO | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| $SnO_2$ | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| $R_2O/Al_2O_3$ | 1.05 | 1.04 | 1.02 | 0.99 | 0.98 | 1.14 | 0.96 |
| $Li_2O/Na_2O$ | 0.60 | 0.68 | 0.87 | 1.10 | 1.42 | 0.44 | 0.41 |
| ($R_2O$ + RO) - $Al_2O_3$ - $P_2O_5$ | 0.14 | -0.94 | -1.68 | -2.54 | -2.70 | 2.78 | -1.16 |

[0198]

| 组成（摩尔%） | 实施例57 | 实施例58 | 实施例59 | 实施例60 | 实施例61 | 实施例62 | 实施例63 | 实施例64 |
|---|---|---|---|---|---|---|---|---|
| $SiO_2$ | 58.32 | 63.3 | 63.3 | 63.3 | 63.3 | 63.3 | 63.3 | 63.46 |
| $Al_2O_3$ | 18.95 | 15.25 | 15.65 | 16.2 | 15.1 | 15.425 | 15.7 | 15.71 |
| $P_2O_5$ | 2.42 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.45 |
| $Li_2O$ | 4.96 | 6 | 7 | 7.5 | 6 | 7 | 7.5 | 6.37 |
| $Na_2O$ | 13.74 | 10.7 | 9.7 | 9.45 | 10.55 | 9.475 | 8.95 | 10.69 |

[0199]

| 组成（摩尔%） | 实施例 57 | 实施例 58 | 实施例 59 | 实施例 60 | 实施例 61 | 实施例 62 | 实施例 63 | 实施例 64 |
|---|---|---|---|---|---|---|---|---|
| ZnO | 1.56 | 1.2 | 0.8 | 0 | 2.5 | 2.25 | 2 | 1.15 |
| MgO | 0.02 | 1 | 1 | 1 | 0 | 0 | 0 | 0.06 |
| $SnO_2$ | 0.03 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.04 |
|  |  |  |  |  |  |  |  |  |
| $R_2O/Al_2O_3$ | 0.99 | 1.10 | 1.07 | 1.05 | 1.10 | 1.07 | 1.05 | 1.09 |
| $Li_2O/Na_2O$ | 0.36 | 0.56 | 0.72 | 0.79 | 0.57 | 0.74 | 0.84 | 0.6 |
| $(R_2O + RO) - Al_2O_3 - P_2O_5$ | -1.09 | 1.15 | 0.35 | -0.75 | 1.45 | 0.80 | 0.25 | -1.1 |

[0200] 表1B：表1B所列玻璃的选定物理性质

[0201]

| | 实施例 1 | 实施例 2 | 实施例 3 | 实施例 4 | 实施例 5 | 实施例 6 | 实施例 7 |
|---|---|---|---|---|---|---|---|
| 密度（g/cm³） | 2.434 | 2.493 | 2.434 | 2.504 | 2.44 | 2.514 | 2.519 |
| 低温 CTE 25-300℃ (ppm/℃) | 8.9 | 8.62 | 8.95 | 8.6 | 8.82 | 8.71 | 8.54 |
| 高温 CTE (ppm/℃) | 17.67 | 19.1 | 17.16 | 21 | 18.12 | 20 | 20.11 |
| 应变点（℃） | 630 | 591 | 612 | 580 | 605 | 580 | 589 |
| 退火点（℃） | 683 | 641 | 662 | 628 | 651 | 629 | 639 |
| $10^{11}$泊温度（℃） | 770 | 725 | 748 | 710 | 734 | 711 | 721 |
| 软化点（℃） | 937 | 888 | 919 | 873 | 909 | 868 | 874 |
| $T^{35 kP}$（℃） |  |  |  | 1167 | 1180 | 1158 | 1160 |
| $T^{200 kP}$（℃） |  |  |  | 1070 | 1083 | 1061 | 1064 |
| 锆石分解温度（℃） |  | 1205 |  | 1220 | 1170 | 1185 | 1205 |

说　明　书

[0202]

| | 实施例1 | 实施例2 | 实施例3 | 实施例4 | 实施例5 | 实施例6 | 实施例7 |
|---|---|---|---|---|---|---|---|
| 锆石分解粘度(P) | | | | $1.56 \times 10^4$ | $4.15 \times 10^4$ | $2.29 \times 10^4$ | $1.74 \times 10^4$ |
| 液相线温度(℃) | | 980 | | 990 | 975 | 990 | 1000 |
| 液相线粘度(P) | | | | $1.15 \times 10^6$ | $2.17 \times 10^6$ | $9.39 \times 10^5$ | $7.92 \times 10^5$ |
| 泊松比 | 0.200 | 0.211 | 0.206 | 0.214 | 0.204 | 0.209 | 0.211 |
| 杨氏模量(GPa) | 69.2 | 68.8 | 69.4 | 68.5 | 69.6 | 68.3 | 69.0 |
| 589.3 nm 处的折射率 | 1.4976 | 1.5025 | 1.4981 | 1.5029 | 1.4992 | 1.5052 | 1.506 |
| 应力光学系数(nm/mm/MPa) | 2.963 | 3.158 | 3.013 | 3.198 | 2.97 | 3.185 | 3.234 |

[0203]

| | 实施例8 | 实施例9 | 实施例10 | 实施例11 | 实施例12 | 实施例13 | 实施例14 |
|---|---|---|---|---|---|---|---|
| 密度(g/cm3) | 2.516 | 2.501 | 2.498 | 2.493 | 2.493 | 2.492 | 2.486 |
| 低温 CTE 25-300 ºC (ppm/℃) | 8.35 | 8.67 | 8.87 | 8.49 | 8.65 | 8.71 | 8.49 |
| 高温 CTE (ppm/oC) | 20.11 | 20.6 | 20.94 | | 19.52 | 20.77 | |
| 应变点(℃) | 590 | 589 | 591 | 584 | 600 | 579 | 588 |
| 退火点(℃) | 641 | 639 | 640 | 628 | 652 | 620 | 630 |
| 1011 泊温度(℃) | 726 | 724 | 720 | 704 | 738 | 695 | 704 |
| 软化点(℃) | 888 | 890 | 865 | 857 | 900 | 867 | 860 |

[0204]

| | 实施例 8 | 实施例 9 | 实施例 10 | 实施例 11 | 实施例 12 | 实施例 13 | 实施例 14 |
|---|---|---|---|---|---|---|---|
| T35 kP (℃) | 1170 | 1176 | 1159 | 1139 | 1197 | 1169 | |
| T200 kP (℃) | 1073 | 1080 | 1061 | 1041 | 1099 | 1070 | |
| 锆石分解温度 (℃) | 1195 | 1195 | 1210 | 1225 | 1195 | 1195 | 1220 |
| 锆石分解粘度 (P) | 2.33 x104 | 2.58 x104 | 1.60 x104 | 9.94 x103 | 3.63 x104 | 2.35 x104 | |
| 液相线温度 (℃) | 1005 | 990 | 990 | 980 | 990 | 980 | 980 |
| 液相线粘度 (P) | 8.69 x104 | 1.48E+06 | 9.02E+05 | 7.10E+05 | 2.19E+06 | 1.33E+06 | |
| 泊松比 | 0.211 | 0.205 | 0.208 | 0.209 | 0.209 | 0.210 | 0.217 |
| 杨氏模量 (GPa) | 69.0 | 68.7 | 71.4 | 73.5 | 68.4 | 71.6 | 74.0 |
| 589.3 nm 处的折射率 | 1.506 | 1.5036 | 1.505 | 1.5063 | 1.5026 | 1.5041 | 1.5052 |
| 应力光学系数 (nm/mm/MPa) | 3.234 | 3.194 | 3.157 | 3.131 | 3.18 | 3.156 | 3.131 |

[0205]

| | 实施例 15 | 实施例 16 | 实施例 17 | 实施例 18 | 实施例 19 | 实施例 20 | 实施例 21 |
|---|---|---|---|---|---|---|---|
| 密度 (g/cm3) | 2.433 | 2.429 | 2.426 | 2.431 | 2.428 | 2.433 | 2.486 |
| 低温 CTE 25-300 ℃ (ppm/℃) | 9.15 | 9.16 | 8.83 | 8.97 | 8.97 | 8.79 | 8.45 |
| 高温 CTE (ppm/℃) | 20 | 20 | 21 | 17.3 | 20 | | |
| 应变点 (℃) | 615 | 606 | 599 | 633 | 616 | 611 | 602 |

说　明　书

[0206]

| | 实施例 15 | 实施例 16 | 实施例 17 | 实施例 18 | 实施例 19 | 实施例 20 | 实施例 21 |
|---|---|---|---|---|---|---|---|
| 退火点（℃） | 662 | 659 | 653 | 684 | 670 | 665 | 653 |
| 1011 泊温度（℃） | 747 | 745 | 741 | 771 | 758 | 751 | 739 |
| 软化点（℃） | 935 | 903 | 901 | 943 | 918 | 905 | 910 |
| T35 kP（℃） | 1182 | 1166 | 1152 | 1221 | 1185 | 1167 | 1207 |
| T200 kP（℃） | 1083 | 1066 | 1051 | 1122 | 1084 | 1066 | 1108 |
| 锆石分解温度（℃） | | | | | | | |
| 锆石分解粘度（P） | | | | | | | |
| 液相线温度（℃） | | | | | | | |
| 液相线粘度（P） | | | | | | | |
| 泊松比 | 0.203 | 0.207 | 0.205 | 0.209 | 0.199 | | 0.207 |
| 杨氏模量（GPa） | 68.9 | 71.2 | 72.7 | 69.4 | 70.9 | | 68.1 |
| 589.3 nm 处的折射率 | 1.4964 | 1.4981 | 1.4991 | 1.4965 | 1.4984 | 1.5006 | 1.5019 |
| 应力光学系数（nm/mm/MPa） | 2.994 | 3.022 | 2.982 | 2.979 | 2.99 | 0 | 3.173 |

[0207]

| | 实施例 22 | 实施例 23 | 实施例 24 | 实施例 25 | 实施例 26 | 实施例 27 | 实施例 28 |
|---|---|---|---|---|---|---|---|
| 密度（g/cm3） | 2.468 | 2.448 | 2.434 | 2.428 | 2.47 | 2.419 | 2.414 |

[0208]

| | 实施例 22 | 实施例 23 | 实施例 24 | 实施例 25 | 实施例 26 | 实施例 27 | 实施例 28 |
|---|---|---|---|---|---|---|---|
| 低温 CTE 25-300 ℃ (ppm/℃) | 8.6 | 8.23 | 8.91 | 8.25 | 8.66 | 8.52 | 8.17 |
| 高温 CTE (ppm/℃) | 19.52 | | 19.49 | | | | 19.47 |
| 应变点 (℃) | 596 | 595 | 638 | 616 | 608 | 640 | 620 |
| 退火点 (℃) | 644 | 649 | 695 | 656 | 654 | 700 | 677 |
| 1011 泊温度 (℃) | 728 | 741 | 785 | 732 | 736 | 798 | 771 |
| 软化点 (℃) | 905 | 922 | 941 | 925 | 911 | 978 | 946 |
| T35 kP (℃) | 1217 | 1227 | 1209 | 1215 | 1209 | 1283 | 1249 |
| T200 kP (℃) | 1115 | 1125 | 1109 | 1115 | 1107 | 1184 | 1150 |
| 锆石分解温度 (℃) | 1185 | 1185 | 1180 | 1185 | | | 1185 |
| 锆石分解粘度 (P) | 5.86E+04 | 6.91E+04 | 5.59E+04 | 5.72E+04 | | | 1.05E+05 |
| 液相线温度 (℃) | 975 | 980 | 1080 | 1025 | | | 940 |
| 液相线粘度 (P) | 4.14E+06 | 4.52E+06 | 3.56E+05 | 1.27E+06 | | | 2.92E+07 |
| 泊松比 | 0.210 | | 0.204 | 0.210 | 0.212 | | 0.213 |
| 杨氏模量 (GPa) | 71.4 | | 71.6 | 73.5 | 68.8 | | 76.9 |
| 589.3 nm 处的折射率 | 1.502 | 1.5025 | 1.4996 | 1.5008 | 1.5006 | 1.4987 | 1.5014 |
| 应力光学系数 (nm/mm/MPa) | 3.123 | 3.03 | 3.001 | 3.021 | 3.148 | 3.039 | 3.015 |

说 明 书

|  | 实施例 29 | 实施例 30 | 实施例 31 | 实施例 32 | 实施例 33 | 实施例 34 | 实施例 35 |
|---|---|---|---|---|---|---|---|
| 密度 (g/cm3) | 2.408 | 2.446 | 2.448 | 2.446 | 2.445 | 2.443 | 2.442 |
| 低温 CTE 25-300 ℃ (ppm/℃) | 7.86 | 8.29 | 8.38 | 8.17 | 8.14 | 8.04 | 7.97 |
| 高温 CTE (ppm/℃) | 18.57 |  |  |  |  | 19.71 |  |
| 应变点 (℃) | 610 | 591 | 595 | 585 | 580 | 574 | 577 |
| 退火点 (℃) | 665 | 645 | 649 | 638 | 633 | 627 | 629 |
| 1011 泊温度 (℃) | 755 | 736 | 740 | 726 | 722 | 717 | 717 |
| 软化点 (℃) | 924 | 915 | 919 | 894 | 894 | 895 | 890 |
| T35 kP (℃) | 1216 | 1223 | 1227 | 1216 | 1210 | 1203 | 1196 |
| T200 kP (℃) | 1120 | 1122 | 1126 | 1114 | 1108 | 1102 | 1095 |
| 锆石分解温 度 (℃) | 1210 | 1175 | 1180 | 1190 | 1195 | 1210 | 1205 |
| 锆石分解粘 度 (P) | 3.86E+04 | 7.72E+04 | 7.55E+04 | 5.29E+04 | 4.43E+04 | 3.14E+04 | 3.04E+04 |
| 液相线温度 (℃) | 1080 | 990 | 975 | 975 | 975 | 975 | 980 |
| 液相线粘度 (P) | 4.55E+05 | 3.28E+06 | 5.43E+06 | 3.80E+06 | 3.33E+06 | 3.02E+06 | 2.29E+06 |
| 泊松比 | 0.211 | 0.206 | 0.202 | 0.21 | 0.204 | 0.204 | 0.203 |
| 杨氏模量 (GPa) | 75.0 | 73.91 | 73.02 | 74.60 | 74.67 | 75.15 | 75.43 |
| 589.3 nm 处 的折射率 | 1.5053 | 1.503 | 1.5025 | 1.5035 | 1.5041 | 1.5046 | 1.5053 |

[0209]

|  | 实施例 29 | 实施例 30 | 实施例 31 | 实施例 32 | 实施例 33 | 实施例 34 | 实施例 35 |
|---|---|---|---|---|---|---|---|
| [0210] 应力光学系数 (nm/mm/MPa) | 3.002 | 3.074 | 3.083 | 3.071 | 3.059 | 3.016 | 3.053 |

|  | 实施例 29 | 实施例 30 | 实施例 31 | 实施例 32 | 实施例 33 | 实施例 34 | 实施例 35 |
|---|---|---|---|---|---|---|---|
| 密度 (g/cm3) | 2.408 | 2.446 | 2.448 | 2.446 | 2.445 | 2.443 | 2.442 |
| 低温 CTE 25-300 ℃ (ppm/℃) | 7.86 | 8.29 | 8.38 | 8.17 | 8.14 | 8.04 | 7.97 |
| 高温 CTE (ppm/℃) | 18.57 |  |  |  |  | 19.71 |  |
| 应变点 (℃) | 610 | 591 | 595 | 585 | 580 | 574 | 577 |
| 退火点 (℃) | 665 | 645 | 649 | 638 | 633 | 627 | 629 |
| 1011 泊温度 (℃) | 755 | 736 | 740 | 726 | 722 | 717 | 717 |
| 软化点 (℃) | 924 | 915 | 919 | 894 | 894 | 895 | 890 |
| T35 kP (℃) | 1216 | 1223 | 1227 | 1216 | 1210 | 1203 | 1196 |
| T200 kP (℃) | 1120 | 1122 | 1126 | 1114 | 1108 | 1102 | 1095 |
| 锆石分解温度 (℃) | 1210 | 1175 | 1180 | 1190 | 1195 | 1210 | 1205 |
| 锆石分解粘度 (P) | 3.86E+04 | 7.72E+04 | 7.55E+04 | 5.29E+04 | 4.43E+04 | 3.14E+04 | 3.04E+04 |
| 液相线温度 (℃) | 1080 | 990 | 975 | 975 | 975 | 975 | 980 |
| 液相线粘度 (P) | 4.55E+05 | 3.28E+06 | 5.43E+06 | 3.80E+06 | 3.33E+06 | 3.02E+06 | 2.29E+06 |

[0211]

|  | 实施例 29 | 实施例 30 | 实施例 31 | 实施例 32 | 实施例 33 | 实施例 34 | 实施例 35 |
|---|---|---|---|---|---|---|---|
| 泊松比 | 0.211 | 0.206 | 0.202 | 0.21 | 0.204 | 0.204 | 0.203 |
| 杨氏模量 (GPa) | 75.0 | 73.91 | 73.02 | 74.60 | 74.67 | 75.15 | 75.43 |
| 589.3 nm 处 的折射率 | 1.5053 | 1.503 | 1.5025 | 1.5035 | 1.5041 | 1.5046 | 1.5053 |
| 应力光学系 数 (nm/mm/MPa ) | 3.002 | 3.074 | 3.083 | 3.071 | 3.059 | 3.016 | 3.053 |

[0212]

|  | 实施例 36 | 实施例 37 | 实施例 38 | 实施例 39 | 实施例 40 | 实施例 41 | 实施例 42 |
|---|---|---|---|---|---|---|---|
| 密度 (g/cm3) | 2.453 | 2.453 | 2.452 | 2.451 | 2.449 | 2.449 | 2.425 |
| 低温 CTE 25-300 ℃ (ppm/℃) | 8.17 | 8.14 | 7.97 | 8.01 | 7.79 | 7.9 | 8.54 |
| 高温 CTE (ppm/℃) |  |  |  |  | 20.56 |  |  |
| 应变点 (℃) | 595 | 595 | 584 | 587 | 578 | 584 | 617 |
| 退火点 (℃) | 649 | 649 | 638 | 640 | 630 | 637 | 663 |
| 1011 泊温度 (℃) | 740 | 741 | 729 | 730 | 718 | 726 | 746 |
| 软化点 (℃) | 918 | 921 | 905 | 907 | 894 | 901 | 929 |
| T35 kP (℃) | 1229 | 1232 | 1212 | 1219 | 1200 | 1204 | 1232 |
| T200 kP (℃) | 1128 | 1131 | 1111 | 1118 | 1100 | 1103 | 1132 |
| 锆石分解温 度 (℃) | 1185 |  | 1200 |  | 1210 |  |  |

[0213]

说 明 书

[0214]

| | 实施例 36 | 实施例 37 | 实施例 38 | 实施例 39 | 实施例 40 | 实施例 41 | 实施例 42 |
|---|---|---|---|---|---|---|---|
| 锆石分解粘度 (P) | 7.20E+04 | | 4.26E+04 | | 3.00E+04 | | |
| 液相线温度 (℃) | 995 | | 990 | | 965 | | |
| 液相线粘度 (P) | 3.33E+06 | | 2.51E+06 | | 3.71E+06 | | |
| 泊松比 | 0.208 | | 0.206 | | 0.206 | | |
| 杨氏模量 (GPa) | 73.70 | | 74.67 | | 75.50 | | |
| 589.3 nm 处的折射率 | 1.5032 | | 1.5042 | | 1.5054 | | 1.5005 |
| 应力光学系数 (nm/mm/MPa) | 3.093 | | 3.071 | | 3.072 | | 3.033 |

[0215]

| | 实施例 43 | 实施例 44 | 实施例 45 | 实施例 46 | 实施例 47 | 实施例 48 | 实施例 49 | 实施例 50 |
|---|---|---|---|---|---|---|---|---|
| 密度 (g/cm3) | 2.424 | 2.422 | 2.455 | 2.454 | 2.454 | 2.434 | 2.439 | 2.443 |
| 低温热膨胀系数 25-300℃ (ppm/℃) | 8.48 | 8.34 | 8.03 | 7.88 | 7.76 | 7.87 | 7.71 | 7.63 |
| 高温热膨胀系数(ppm/℃) | | | | | | | | |
| 应变点温度 (℃) | 614 | 594 | 595 | 586 | 579 | 580 | 581 | 579 |
| 退火点温度 (℃) | 659 | 640 | 649 | 639 | 630 | 633 | 633 | 632 |

说　明　书

[0216]

| | 实施例 43 | 实施例 44 | 实施例 45 | 实施例 46 | 实施例 47 | 实施例 48 | 实施例 49 | 实施例 50 |
|---|---|---|---|---|---|---|---|---|
| 1011 泊温度 (℃) | 739 | 722 | 740 | 729 | 718 | 722 | 721 | 721 |
| 软化点温度 (℃) | 912 | 899 | 918 | 909 | 898 | 892 | 893 | 895 |
| 35 k 温度 (℃) | 1216 | 1204 | | 1212 | 1200 | 1203 | 1203 | 1203 |
| 200 kP 温度 (℃) | 1116 | 1102 | | 1113 | 1099 | 1105 | 1102 | 1103 |
| 锆石分解温度 (℃) | | | | | | | | |
| 锆石分解粘度 (P) | | | | | | | | |
| 液相线温度 (℃) | | | 985 | | 965 | 1005 | 1010 | 1030 |
| 液相线粘度 (P) | | | | | 4.E+06 | 1.78E +06 | 1.34E +06 | 8.98E +05 |
| 泊松比 | | | | | | 0.211 | 0.21 | 0.213 |
| 杨氏模量 (GPa) | | | | | | 76.32 | 76.60 | 76.81 |
| 589.3 nm 处的折射率 | 1.5014 | 1.5026 | 1.5036 | 1.5047 | 1.5061 | 1.505 | 1.5059 | 1.5064 |
| 应力光学系数 (nm/mm/MPa) | 2.965 | 2.981 | 3.082 | 3.057 | 3.063 | 3.025 | 3.004 | 3.046 |

[0217]

| | 实施例 51 | 实施例 52 | 实施例 53 | 实施例 54 | 实施例 55 | 实施例 56 | 实施例 57 |
|---|---|---|---|---|---|---|---|
| 密度 (g/cm3) | 2.424 | 2.431 | 2.403 | 2.4 | 2.45 | 2.462 | 2.468 |

[0218]

| | 实施例 51 | 实施例 52 | 实施例 53 | 实施例 54 | 实施例 55 | 实施例 56 | 实施例 57 |
|---|---|---|---|---|---|---|---|
| 低温 CTE 25-300 ℃ (ppm/℃) | 77.1 | 76.1 | 74.3 | 73.1 | 80.2 | 79.7 | 83.6 |
| 高温 CTE (ppm/℃) | | | | | | | |
| 应变点 (℃) | 588 | 599 | 611 | 612 | 580 | 611 | 597 |
| 退火点 (℃) | 640 | 651 | 665 | 665 | 631 | 663 | 649 |
| 1011 泊温度 (℃) | 728 | 738 | 753 | 752 | 718 | 750 | 735 |
| 软化点 (℃) | 900.4 | 907.5 | 916 | 912.5 | 892.2 | 915.6 | 899.4 |
| T35 kP (℃) | 1204 | 1209 | 1209 | 1202 | 1206 | 1205 | 1184 |
| T200 kP (℃) | 1106 | 1113 | 1113 | 1106 | 1102 | 1111 | 1093 |
| 锆石分解温度 (℃) | | | | | | | |
| 锆石分解粘度 (P) | | | | | | | |
| 液相线温度 (℃) | 1060 | 1115 | 1160 | 1205 | | | |
| 液相线粘度 (P) | 5.11E+05 | 1.90E+05 | 8.18E+04 | 3.32E+04 | | | |
| 泊松比 | 0.211 | 0.212 | 0.208 | 0.214 | | | |
| 杨氏模量 (GPa) | 77.01 | 78.05 | 77.57 | 78.74 | | | |
| 589.3 nm 处的折射率 | 1.5054 | 1.5055 | 1.5059 | 1.5072 | | | |
| 应力光学系数 (nm/mm/MPa) | 3.011 | 2.98 | 2.982 | 2.964 | | | |

说　明　书

[0219]

|  | 实施例 64 |
|---|---|
| 密度 (g/cm3) | 2.428 |
| CTE 25-300 ℃ (ppm/℃) | 7.8 |
| 应变点（℃） | 571 |
| 退火点（℃） | 622 |
| 1011 泊温度 （℃） |  |
| 软化点（℃） | 881.4 |
| T35 kP (℃) |  |
| T200 kP (℃) | 1645 |
| 锆石分解温 度（℃） |  |
| 锆石分解粘 度（P） |  |
| 液相线温度 （℃） | 1000 |
| 液相线粘度 （P） | 1524280 |
| 泊松比 | 0.211 |
| 杨氏模量 (GPa) | 76.3 |
| 589.3 nm 处 的折射率 | 1.51 |
| 应力光学系 数 (nm/mm/MPa ) | 3.02 |

[0220] 在基于玻璃的制品包含玻璃陶瓷的情况下,晶相可包括β-锂辉石、金红石、锌尖晶石或其他已知晶相及其组合。

[0221] 基于玻璃的制品可基本上为平面的,但其他实施方式可采用曲面基材或其他形状或造型的基材。在一些情况下,基于玻璃的制品可具有三维或2.5维形状。基于玻璃的制品可基本上为光学澄清、透明的,没有光散射。基于玻璃的制品的折射率可为约 1.45-1.55。如本文所用,折射率数值是就550nm波长而言的。

[0222] 作为附加或替代方式,基于玻璃的制品的厚度可沿着一个或多个维度保持恒定,或者出于美观和/或功能原因,可沿其一个或多个维度变化。例如,基于玻璃的制品的边缘与基于玻璃的制品更靠中心的区域相比更厚。基于玻璃的制品的长度、宽度和厚度维度也可根据制品应用或用途变化。

[0223]　　基于玻璃的制品可用其成形方式表征。例如,基于玻璃的制品可表征为可浮法成形(即通过浮法成形)、可下拉,特别是可熔合成形或可狭缝拉制(即通过下拉工艺如熔合下拉法或狭缝拉制法成形)。

[0224]　　可浮法成形的基于玻璃的制品可用光滑表面表征,通过使熔融玻璃在熔融金属(通常是锡)床上浮动形成均匀的厚度。在一个示例性过程中,将熔融玻璃进料到熔融锡床表面上,形成浮动玻璃带。随着玻璃带沿着锡浴流动,温度逐渐降低直至玻璃带固化成基于固体玻璃的制品,可以将制品从锡上举起到辊上。一旦离开浴,可以对基于玻璃的制品进行进一步冷却和退火以降低内应力。在基于玻璃的制品为玻璃陶瓷的情况下,可将浮法成形的基于玻璃的制品置于陶瓷化过程,通过该陶瓷化过程产生一种或多种晶相。

[0225]　　下拉法生产具有均匀厚度的基于玻璃的制品,所述基于玻璃的制品具有较纯净的表面。因为基于玻璃的制品的平均挠曲强度受到表面瑕疵的量和尺寸的控制,因此接触程度最小的纯净表面具有较高的初始强度。当随后对该高强度基于玻璃的制品进行进一步强化(例如化学强化)时,所得到的强度可以高于表面已经进行过磨光和抛光的基于玻璃的制品的强度。下拉基于玻璃的制品可以拉制成厚度小于约2mm。此外,下拉基于玻璃的制品具有非常平坦、光滑的表面,使得可用于其最终应用而无需高成本的研磨和抛光。在基于玻璃的制品为玻璃陶瓷的情况下,可将通过下拉工艺成形的基于玻璃的制品置于陶瓷化过程,通过该陶瓷化过程产生一种或多种晶相。

[0226]　　熔合拉制法使用例如拉制槽,该拉制槽具有用来接收熔融玻璃原材料的通道。通道沿着通道的长度,在通道两侧具有顶部开放的堰。当熔融材料充满通道时,熔融玻璃从堰上溢流。在重力的作用下,熔融玻璃从拉制槽的外表面作为两个流动玻璃膜流下。拉制槽的这些外表面向下和向内延伸,使得它们在拉制槽下方的边缘处结合。两个流动玻璃膜在该边缘处结合以熔合并形成单个流动的基于玻璃的制品。熔合拉制法的优点在于:由于从通道溢流的两个玻璃膜熔合在一起,因此所得到的基于玻璃的制品的任一外表面都没有与设备的任意部件相接触。因此,熔合拉制基于玻璃的制品的表面性质不受到此类接触的影响。在基于玻璃的制品为玻璃陶瓷的情况下,可将通过熔合法成形的基于玻璃的制品置于陶瓷化过程,通过该陶瓷化过程产生一种或多种晶相。

[0227]　　狭缝拉制法与熔合拉制法不同。在狭缝拉制法中,向拉制槽提供熔融原材料玻璃。拉制槽的底部具有开放狭缝,所述开放狭缝具有沿着狭缝的长度延伸的喷嘴。熔融玻璃流过狭缝/喷嘴,作为连续基于玻璃的制品下拉,并进入退火区。

[0228]　　基于玻璃的制品可进行酸抛光或其他处理,以消除或减少表面瑕疵的影响。

[0229]　　本公开的另一方面涉及包含本文所述的基于玻璃的制品的装置。例如,所述装置可包括含有显示器或需要经过强化的薄玻璃的任何装置。在一个或多个实施方式中,所述装置是电子装置,所述电子装置可包括移动装置,如移动电话、膝上型电脑、平板电脑、mp3播放器、导航装置等;或者所述装置是静态装置,如计算机、电子显示器、车载信息/娱乐系统、广告牌、销售点系统、导航系统等。在一些实施方式中,本文所述的基于玻璃的制品可结合至建筑制品(墙壁、固定装置、面板、窗户等)、运输制品(例如汽车应用、列车、航空器、海轮等的窗玻璃或内表面)、家用电器(例如洗涤器、烘干机、洗碗机、冰箱等)或其他需要一些抗裂性的任何制品。如图28 所示,电子装置1000可包含根据本文所述的一个或多个实施方式的基于玻璃的制品 100。装置100包含具有前表面1040、背表面1060或侧表面1080的外壳

1020；至少部分位于外壳内部或完全位于外壳内部的电子组件(未示出)，所示电子组件至少包括控制器、存储器；以及位于外壳前表面处或邻近外壳前表面的显示器1120。基于玻璃的制品100显示为置于外壳前表面处或外壳前表面上的覆盖，因而它在显示器 1120上面。在一些实施方式中，基于玻璃的制品可用作背部覆盖。

[0230]　　本公开的另一方面涉及形成抗裂基于玻璃的制品的方法。所述方法包括提供具有第一表面和第二表面的玻璃基基材，所述第一表面和第二表面限定约1毫米或以下的厚度，并如本文所述在玻璃基基材中产生应力分布，以提供抗裂基于玻璃的制品。在一个或多个实施方式中，产生应力分布包括将多个碱金属离子离子交换至玻璃基基材中，形成非零碱金属氧化物浓度，该浓度沿着厚度的主要部分(如本文所述)或沿着整个厚度变化。在一个示例中，产生应力分布包括将玻璃基基材浸入包含$Na^+$、$K^+$、$Rb^+$、$Cs^+$或其组合的硝酸盐的熔盐浴中，该熔盐浴具有约350℃或更高(例如约350-500℃) 的温度。在一个示例中，熔盐浴可包含$NaNO_3$、$KNO_3$或其组合，并且可具有约485℃或更低的温度。在另一个示例中，熔盐浴可包含$NaNO_3$和$KNO_3$的混合物，并具有约460℃的温度。玻璃基基材可在熔盐浴中浸没约2小时或以上，最高达约48小时 (例如约2-10小时，约2-8小时，约2-6小时，约3-10小时，或约3.5-10小时)。

[0231]　　在一些实施方式中，所述方法可包括在单浴中或者在一个以上的步骤中对玻璃基基材进行化学强化或离子交换，所述一个以上的步骤利用在多于一个浴中依次进行的浸没步骤。例如，可依次采用两个或更多个浴。所述一个或多个浴的组成可在相同浴中包括单一金属(例如$Ag^+$、$Na^+$、$K^+$、$Rb^+$或$Cs^+$)或者金属的组合。当采用多于一个浴时，各浴可彼此具有相同或不同的组成和/或温度。在每个这样的浴中的浸没时间可相同，也可变化，以提供所需的应力分布。

[0232]　　在所述方法的一个或多个实施方式中，可利用第二浴或后续的浴产生更大的表面CS。在一些情况下，所述方法包括将玻璃基基材浸入第二或后续浴中，以产生更大的表面CS，而不明显影响层的化学深度和/或DOC。在这样的实施方式中，第二或后续浴可包含单一金属(例如$KNO_3$或$NaNO_3$)或金属混合物($KNO_3$和$NaNO_3$)。第二或后续浴的温度可调节，以产生更大的表面CS。在一些实施方式中，玻璃基基材在第二或后续浴中的浸没时间也可调节，以产生更大的表面CS，而不影响层的化学深度和/或DOC。例如，在第二或后续浴中的浸没时间可少于10小时(例如约8小时或以下，约5小时或以下，约4小时或以下，约2小时或以下，约1小时或以下，约 30分钟或以下，约15分钟或以下，或者约10分钟或以下)。

[0233]　　在一个或多个替代实施方式中，所述方法可包括一个或多个热处理步骤，所述热处理步骤可与本文所述的离子交换工艺组合使用。热处理包括加热处理基于玻璃的制品，以获得所需的应力分布。在一些实施方式中，热处理包括退火、回火或将玻璃基基材加热到约300-600℃范围内的温度。热处理可持续1分钟至最多约18小时。在一些实施方式中，热处理可在一个或多个离子交换过程之后使用，或者在离子交换过程之间进行。

[0234]　　本文所述的玻璃组合物的一个或多个实施方式可用来制备本文所述的基于玻璃的制品，包括上面的实施例1-64和下面的实施例1-6，以及本文所述的组合物的各个范围。在一个实施方式中，基于玻璃的制品包含第一表面和与第一表面相对的第二表面，这两个表面限定厚度(t) (mm)；一个浓度的金属氧化物，所述浓度不为零，并且沿着约0·t至约0.3·t的厚度范围变化；以及中心张力(CT)区，其最大CT(MPa) 小于约71.5/√(t)，其中当

将所述制品弯曲以提供100MPa的拉伸应力时,所述制品的阈值失效冲击力大于500牛顿。在一个或多个具体的实施方式中,当将所述制品弯曲以提供100MPa的拉伸应力时,玻璃制品的阈值失效冲击力大于525,550,575,600, 625,650,675,700,725,750,775,800,825或800牛顿。根据一个或多个实施方式,具有上述阈值失效冲击力性质的基于玻璃的制品的厚度范围是0.1-3mm,更具体的是 0.2-2mm,0.2-1.9mm,0.2-1.8mm,0.2-1.7mm,0.2-1.6mm,0.2-1.5mm,0.2-1.4mm, 0.2-1.3mm,0.2-1.2mm,0.2-1.1mm,0.3-1mm,0.3-0.9mm,0.3-0.8mm,0.3-0.7mm, 0.3-0.6mm,0.3-0.5mm和0.3-0.4mm。在具体实施方式中,具有上述阈值失效冲击力性质的基于玻璃的制品的厚度是0.4mm,0.5mm,0.6mm,0.7mm,0.8mm,0.9mm,1 mm,1.1mm,1.2mm,1.3mm,1.4mm,1.5mm,1.6mm,1.7mm,1.8mm,2mm,2.1mm, 2.2mm,2.3mm,2.4mm,2.5mm,2.6mm,2.7mm,2.8mm,2.9mm或3mm。在上述实施方式中的任何一个实施方式中,具有上述阈值失效冲击力性质和厚度的基于玻璃的制品具有大于约200MPa的表面压缩应力。

[0235]　　本文所述的玻璃组合物的一个或多个实施方式可用来制备本文所述的基于玻璃的制品,包括上面的实施例1-64和下面的实施例1-6,以及本文所述的组合物的范围。在一个实施方式中,基于玻璃的制品包含第一表面和与第一表面相对的第二表面,这两个表面限定厚度(t)(mm);一个浓度的金属氧化物,所述浓度不为零,并且沿着约0·t至约0.3·t的厚度范围变化;以及中心张力(CT)区,其最大CT(MPa)小于约71.5/√(t),其中在将所述制品弯曲以提供100MPa的拉伸应力,使所述制品受到 800N的冲击力冲击后,所述制品的保留强度为125MPa或以上。在一个或多个实施方式中,在将所述制品弯曲以提供100MPa的拉伸应力,使所述制品受到800N的冲击力冲击后,所述制品的保留强度为135,145,150,160,170,180,190或200MPa或以上。

[0236]　　本文所述的玻璃组合物的一个或多个实施方式可用来制备本文所述的基于玻璃的制品,包括上面的实施例1-64和下面的实施例1-6,以及本文所述的组合物的范围。在一个实施方式中,基于玻璃的制品包含第一表面和与第一表面相对的第二表面,这两个表面限定小于约3毫米的厚度(t);沿着所述厚度延伸的应力分布,其中在从约0·t至最高0.3·t的厚度范围与大于0.7·t的厚度范围之间的应力分布的所有点包含正切,其斜率的绝对值大于约0.1MPa/μm,其中应力分布包含最大CS、DOC和小于约71.5/√(t)(MPa)的最大CT,其中最大CT与最大CS的绝对值之比在约0.01-0.2的范围内,其中DOC为约0.1·t或更大,且其中当将所述制品弯曲以提供100MPa的拉伸应力时,所述制品的阈值失效冲击力大于500牛顿。

[0237]　　在一个或多个具体的实施方式中,当将所述制品弯曲以提供100MPa的拉伸应力时,玻璃制品的阈值失效冲击力大于525,550,575,600,625,650,675,700,725,750, 775,800,825或800牛顿。根据一个或多个实施方式,具有上述阈值失效冲击力性质的基于玻璃的制品的厚度范围是0.1-3mm,更具体的是0.2-2mm,0.2-1.9mm,0.2-1.8 mm,0.2-1.7mm,0.2-1.6mm,0.2-1.5mm,0.2-1.4mm,0.2-1.3mm,0.2-1.2mm,0.2-1.1 mm,0.3-1mm,0.3-0.9mm,0.3-0.8mm,0.3-0.7mm,0.3-0.6mm,0.3-0.5mm和0.3-0.4 mm。在具体实施方式中,具有上述阈值失效冲击力性质的基于玻璃的制品的厚度是 0.4mm,0.5mm,0.6mm,0.7mm,0.8mm,0.9mm,1mm,1.1mm,1.2mm,1.3mm,1.4 mm,1.5mm,1.6mm,1.7mm,1.8mm,2mm,2.1mm,2.2mm,2.3mm,2.4mm,2.5 mm,2.6mm,2.7mm,2.8mm,2.9mm或3mm。在上述实施方式中的任何一个实施方式中,具有上述阈值失效冲击力性质和厚度的基于玻璃的制品具有大于约

200MPa的表面压缩应力。

[0238]　　本文所述的玻璃组合物的一个或多个实施方式可用来制备本文所述的基于玻璃的制品,包括上面的实施例1-64和下面的实施例1-6,以及本文所述的组合物的范围。在一个实施方式中,基于玻璃的制品包含第一表面和与第一表面相对的第二表面,这两个表面限定小于约3毫米的厚度(t);沿着所述厚度延伸的应力分布,其中在从约0·t至最高0.3·t的厚度范围与大于0.7·t的厚度范围之间的应力分布的所有点包含正切,其斜率的绝对值大于约0.1MPa/μm,其中应力分布包含最大CS、DOC和小于约71.5/√(t)(MPa)的最大CT,其中最大CT与最大CS的绝对值之比在约0.01-0.2的范围内,其中DOC为约0.1·t或更大,且其中在将所述制品弯曲以提供100MPa的拉伸应力,使所述制品受到800N的冲击力冲击后,所述制品的保留强度为125MPa或以上。在一个或多个实施方式中,在将所述制品弯曲以提供100MPa的拉伸应力,使所述制品受到800N的冲击力冲击后,所述制品的保留强度为135,145,150,160,170, 180,190或200MPa或以上。

[0239]　　本文所述的玻璃组合物的一个或多个实施方式可用来制备本文所述的基于玻璃的制品,包括上面的实施例1-64和下面的实施例1-6,以及本文所述的组合物的范围。在一个实施方式中,基于玻璃的制品包含第一表面和与第一表面相对的第二表面,这两个表面限定厚度(t)(mm);形成浓度梯度的金属氧化物,其中金属氧化物的浓度从第一表面至位于第一表面与第二表面之间的一个点减小,并从该点至第二表面增大,其中该点处的金属氧化物浓度不为零,且其中当将所述制品弯曲以提供100MPa 的拉伸应力时,所述制品的阈值失效冲击力大于500牛顿。

[0240]　　在一个或多个具体的实施方式中,当将所述制品弯曲以提供100MPa的拉伸应力时,玻璃制品的阈值失效冲击力大于525,550,575,600,625,650,675,700,725,750, 775,800,825或800牛顿。根据一个或多个实施方式,具有上述阈值失效冲击力性质的基于玻璃的制品的厚度范围是0.1-3mm,更具体的是0.2-2mm,0.2-1.9mm,0.2-1.8 mm,0.2-1.7mm,0.2-1.6mm,0.2-1.5mm,0.2-1.4mm,0.2-1.3mm,0.2-1.2mm,0.2-1.1 mm,0.3-1mm,0.3-0.9mm,0.3-0.8mm,0.3-0.7mm,0.3-0.6mm,0.3-0.5mm和0.3-0.4 mm。在具体实施方式中,具有上述阈值失效冲击力性质的基于玻璃的制品的厚度是 0.4mm,0.5mm,0.6mm,0.7mm,0.8mm,0.9mm,1mm,1.1mm,1.2mm,1.3mm,1.4 mm,1.5mm,1.6mm,1.7mm,1.8mm,2mm,2.1mm,2.2mm,2.3mm,2.4mm,2.5 mm,2.6mm,2.7mm,2.8mm,2.9mm或3mm。在上述实施方式中的任何一个实施方式中,具有上述阈值失效冲击力性质和厚度的基于玻璃的制品具有大于约200MPa的表面压缩应力。

[0241]　　本文所述的玻璃组合物的一个或多个实施方式可用来制备本文所述的基于玻璃的制品,包括上面的实施例1-64和下面的实施例1-6,以及本文所述的组合物的范围。在一个实施方式中,基于玻璃的制品包含第一表面和与第一表面相对的第二表面,这两个表面限定厚度(t)(mm);形成浓度梯度的金属氧化物,其中金属氧化物的浓度从第一表面至位于第一表面与第二表面之间的一个点减小,并从该点至第二表面增大,其中该点处的金属氧化物浓度不为零,且其中在将所述制品弯曲以提供100MPa 的拉伸应力,使所述制品受到800N的冲击力冲击后,所述制品的保留强度为125MPa 或以上。在一个或多个实施方式中,在将所述制品弯曲以提供100MPa的拉伸应力,使所述制品受到800N的冲击力冲击后,所述制品的保留强度为135,145,150,160,170, 180,190或200MPa或以上。

[0242]　本文所述的玻璃组合物的一个或多个实施方式可用来制备本文所述的基于玻璃的制品,包括上面的实施例1-64和下面的实施例1-6,以及本文所述的组合物的范围。在一个实施方式中,基于玻璃的制品包含应力分布,该应力分布包括CS区和CT区,其中CT区通过以下方程式来近似:应力$(x) = \text{MaxT} - (((\text{CT}_n \cdot (n+1)) / 0.5^n) \cdot | (x/t) - 0.5 |^n)$,其中MaxT是最大张力值,它是正值,单位为MPa;其中$\text{CT}_n$是n处的张力值,$\text{CT}_n$小于或等于MaxT,并且它是正值,单位为MPa;其中x是沿着厚度(t)的位置,单位为微米;其中n在1.5-5的范围内;并且其中当将所述制品弯曲以提供100MPa的拉伸应力时,所述制品的阈值失效冲击力大于500牛顿。

[0243]　在一个或多个具体的实施方式中,当将所述制品弯曲以提供100MPa的拉伸应力时,玻璃制品的阈值失效冲击力大于525,550,575,600,625,650,675,700,725,750,775,800,825或800牛顿。根据一个或多个实施方式,具有上述阈值失效冲击力性质的基于玻璃的制品的厚度范围是0.1-3mm,更具体的是0.2-2mm,0.2-1.9mm,0.2-1.8 mm,0.2-1.7mm,0.2-1.6mm,0.2-1.5mm,0.2-1.4mm,0.2-1.3mm,0.2-1.2mm,0.2-1.1 mm,0.3-1mm,0.3-0.9mm,0.3-0.8mm,0.3-0.7mm,0.3-0.6mm,0.3-0.5mm和0.3-0.4 mm。在具体实施方式中,具有上述阈值失效冲击力性质的基于玻璃的制品的厚度是 0.4mm,0.5mm,0.6mm,0.7mm,0.8mm,0.9mm,1mm,1.1mm,1.2mm,1.3mm,1.4 mm,1.5mm,1.6mm,1.7mm,1.8mm,2mm,2.1mm,2.2mm,2.3mm,2.4mm,2.5 mm,2.6mm,2.7mm,2.8mm,2.9mm或3mm。在上述实施方式中的任何一个实施方式中,具有上述阈值失效冲击力性质和厚度的基于玻璃的制品具有大于约200MPa的表面压缩应力。

[0244]　本文所述的玻璃组合物的一个或多个实施方式可用来制备本文所述的基于玻璃的制品,包括上面的实施例1-64和下面的实施例1-6,以及本文所述的组合物的范围。在一个实施方式中,基于玻璃的制品包含应力分布,该应力分布包括CS区和CT区,其中CT区通过以下方程式来近似:应力$(x) = \text{MaxT} - (((\text{CT}_n \cdot (n+1)) / 0.5^n) \cdot | (x/t) - 0.5 |^n)$,其中MaxT是最大张力值,它是正值,单位为MPa;其中$\text{CT}_n$是n处的张力值,$\text{CT}_n$小于或等于MaxT,并且它是正值,单位为MPa;其中x是沿着厚度(t)的位置,单位为微米;其中n在1.5-5的范围内;并且其中在将所述制品弯曲以提供100MPa的拉伸应力,使所述制品受到800N的冲击力冲击后,所述制品的保留强度为125MPa 或以上。在一个或多个实施方式中,在将所述制品弯曲以提供100MPa的拉伸应力,使所述制品受到800N的冲击力冲击后,所述制品的保留强度为135,145,150,160,170, 180,190或200MPa或以上。

[0245]　在上面刚刚描述的包括材料性质的实施方式中,当将所述制品弯曲以提供100MPa的拉伸应力时,所述制品的阈值失效冲击力大于某个力值,或者在将所述制品弯曲以提供100MPa的拉伸应力,使所述制品受到800N的冲击力冲击后,所述制品具有某个数值(或更大)的保留强度,这些性质可如下所述测试。根据一个或多个实施方式,"阈值失效冲击力"是指足以在制品表面产生可观察到的裂纹的最小冲击力,如前文结合图8所述。在一个或多个实施方式中,进行"阈值时效冲击力"测试的制品是样品片,其厚度为0.1mm,0.2mm,0.3mm,0.4mm,0.5mm,0.6mm,0.7mm,0.8 mm,0.9mm,1mm,1.1mm,1.2mm,1.3mm,1.4mm,1.5mm,1.6mm,1.7mm,1.8mm,1.9mm或2mm。

[0246]　保留强度利用四点弯曲测试法(如本文所述)或如本文所述的AROR测试法测量。用语"当将制品弯曲以提供100MPa的拉伸应力时"是指由于弯曲而外加于基于玻璃的制品的

拉伸应力。因此,当将制品弯曲时,形成一个顶点(apex),该顶点是根据本文所述的测试的
接触表面,当基于玻璃的制品弯曲时,所述顶点位于基于玻璃的制品的外表面,由于弯曲,
该顶点具有外加的拉伸应力。

[0247]　　本公开的其他方法涉及用于测量阈值时效冲击力的设备和方法。装置的可靠性测
试是了解它们在使用寿命内表现如何的不可缺少的部分。装置跌落测试常用于了解手持式
电子装置(例如智能电话、平板电脑、膝上型电脑等)在发生跌落事件(例如手机跌落在停车
场)后的可靠性,因为这些事件可能会损害装置的功能。对装置的一个忧虑是这些装置中使
用的覆盖玻璃的可靠性。手持式电子设备的覆盖玻璃的破坏或破裂可能导致装置不可用
和/或给使用者带来安全问题。了解覆盖材料的局限以及它与装置设计的关系如何是改进
覆盖玻璃性能的不可缺少的部分。

[0248]　　通常对实际装置进行跌落测试,以了解它们的可靠性。然而,这会花费变得非常
大,并且只有当装置的设计已经完成并且装置已经制造出来后才有可能。为了处理这些缺
陷,利用代用品测试载体(可重复使用的装置模拟品,模仿装置尺寸和重量)模拟装置用于
覆盖玻璃性能测试。这些代用品载体帮助理解玻璃满足客户要求的能力,帮助提供设计反
馈,以改善覆盖玻璃的存活率(例如斜面设计)。然而,代用品载体的构造以及进行(跌落)测
试不仅耗时,而且相当昂贵。因此,希望基于多数现场失效模式所看到的破坏引入和弯曲的
概念,提供耗时少、花费小的测试。

[0249]　　本公开的一个方面涉及用于测试基于玻璃的制品表面的设备,所述基于玻璃的制
品是例如用于移动电子装置的覆盖玻璃,使所述装置模拟已经观察到的现场发生的失效模
式,所述失效模式主要是应力(弯曲)与破坏引入的组合。这种已知的失效模式是用基于组
件水平的表面冲击测试重新构建的。已用这种设备进行了广泛的测试,现已知晓某些玻璃
组成和离子交换应力分布能够通过此测试改善覆盖玻璃的存活率。

[0250]　　在一个或多个实施方式中,所述设备涉及基于单摆的动态冲击测试,其具有从平
坦到弯曲的表面,其中基于玻璃的制品试样安装在单摆的摆锤上,然后利用摆锤使试样接
触冲击表面,所述冲击表面可以是光滑或粗糙的表面。在一个或多个实施方式中,为进行测
试,将样品装载在支架上,然后从单摆平衡位置往回拉,并释放,从而在冲击表面上形成动
态冲击。该测试模拟跌落事件,使玻璃/样品作为移动部件,而表面作为静态部件。可用的弯
曲表面模拟从现场失效获得的应力数(弯曲应力)。根据该装置的一个或多个实施方式,基
于玻璃的制品是移动部件,它向前行进以撞击所述冲击表面,所述冲击表面是静态部件,再
现从给定的高度跌落到表面(静态部件)上的装置(移动部件)。

[0251]　　已知失效模式随着破坏引入的速度和弯曲率变化。与用来表征盖板玻璃性能的基
于施加准静态负荷的其他组件水平测试[如环叠环(ROR)、压痕断裂阈值(IFT)和磨损环叠
环(ARoR—涉及破坏引入,然后通过施加准静态负荷来缓慢弯曲)]不同,此项测试具有动态
性质。此外,随着移动设备中对变得非常流行的薄盖板材料的需求不断增加,需要一种基于
组件水平的测试来评价不同的薄盖板材料,这变得很重要。此测试可用于预计这种薄玻璃
的可能跌落性能响应,因为它在评价低至0.3mm厚度的不同组成和经IOX处理的玻璃材料方
面显示出可信度。根据一个或多个实施方式,测试方法的简易性使得能够更快地评估玻璃
冲击能量和相关的冲击力,这与系统水平的跌落测试产生的结果具有很好的可比性。

[0252]　　下面参见图29-33,该图显示了用来对脆性基板进行冲击测试的装置1100的实施

方式，其包含单摆1102，该单摆包含与摆轴1106相连的摆锤1104。单摆上的摆锤是从摆轴悬挂下来并通过摆臂与摆轴相连的重物。因此，图中所示的摆锤1104通过摆臂1108与摆轴1106相连，摆臂可以是线或者一根或多根棒，例如图中所示的两根棒。图33显示得最清楚，摆锤1104具有虚线所示的平衡位置1105，此处角度β为 0。换句话说，摆臂1108不在抬起的位置。

[0253]　　摆锤1104就可以是脆性基板，它附连在摆臂1108的下端。在一个或多个实施方式中，摆锤1104包含基座1110，用来接收脆性基板。图34显示得更详细，用于接收脆性基板1112的基座1110具有至少两个端部1114,1116,内表面1113,以及外表面1115。基座1110具有第一端部1120和第二端部1122,弯曲表面1124限定了第一端部1120与第二端部1122之间的曲率半径。基座1110可以是任何合适的材料，用于提供平台，以固定基板进行冲击测试，这将在下文进一步描述。用于基座1110 的合适材料可包括木材、金属、陶瓷或其组合。弯曲表面1124具有顶点1125。

[0254]　　根据一个或多个实施方式的装置1100还包含第一固定装置1130和第二固定装置1132,用来固定脆性基板1112的至少两个端部1114,1116,并施力以使脆性基板1112 相对于弯曲表面1124弯曲，使脆性基板顺应曲率半径。通过弯曲脆性基板1112,脆性基板具有顶点1127,其顺应弯曲表面1124的顶点1125。在一个或多个具体的实施方式中，弯曲表面1124和脆性基板1112的曲率可以是固定半径或复合半径。第一固定装置1130和第二固定装置1132各自是夹具，并且在具体实施方式中是肘节夹，如图34所示。不过，也可使用其他类型的固定装置如�V形夹、C形夹或其他合适的固定装置来固定脆性基板的端部。

[0255]　　根据一个或多个实施方式的装置1100还包含粗糙表面，其可以是具有研磨表面的研磨片，放置成与基板1112的外表面1115相接触。研磨片通过双面胶带附着到(如下文所述的冲击物体1140的)冲击表面1150,研磨片的研磨表面朝向其上安装有基板1112的外表面1124。在其他具体实施方式中，研磨片包含砂纸，其粒度大小为 30-400粒度，或100-300粒度，例如180粒度。一种合适的砂纸是IndasaRhynowet® Plus Line P180粒度砂纸。根据一个或多个实施方式，将砂纸切成25㎜的方片，若方片在切割过程中弯曲，则将砂纸整平。

[0256]　　装置1100还包含如下设置的冲击物体1140:当从β角大于平衡位置1105的零度的位置释放摆锤1104时，摆锤1104的弯曲表面1124(或者安装在弯曲表面1124 上的基板1112)接触冲击物体1140的冲击表面1150(或者设置在冲击表面1150上的研磨片)。在所示实施方式中，冲击物体1140是附连到平台1142上的L形托架，冲击物体1140通过螺钉1114附连到平台1142上。冲击物体1140也能通过其他任何合适的机构如螺栓、铆钉、夹具等附连。平台1142包含止动器1146,其允许装置1100 保持在工作台1148的端部。在图示实施方式中，冲击物体1140固定，当摆锤1104 在冲击表面1150上接触冲击物体1140时，冲击物体1140不移动。冲击表面1150可以是在狭缝1152内可在x-y平面内移动的独立元件，图32显示得最清楚。或者，冲击表面1150不必相对于冲击物体1140移动。在一个或多个实施方式中，摆锤1104 和基座1110的尺寸和形状经过选择，使得当脆性基板附连到基座1110上且摆锤1104 从β角大于平衡位置1105的零度的位置释放时，脆性基板1112形成弯曲半径并受到冲击力，它们模拟移动电话或平板设备使用者将移动电话或平板设备跌落到地面时移动电话或平板设备的化学强化盖板玻璃的弯曲半径。

[0257]　　在一个或多个实施方式中，基座1110上的弯曲表面1124的曲率半径经过选择，当

基板绕弯曲表面1124弯曲时提供100MPa的弯曲张力,使得该张力是由弯曲基板的应力造成的外加张力。因此,当弯曲基板时,张力位于脆性基板的顶点1125。根据一个或多个实施方式,曲率半径在0.25-1.5m的范围内,例如在0.5-1m的范围内。

[0258]　　在一个或多个实施方式中,第一固定装置1130和第二固定装置1132隔开的距离是移动电话或平板设备的盖板玻璃的长度。在具体实施方式中,第一固定装置1130 和第二固定装置1132隔开的距离在50-500mm范围内。

[0259]　　本公开的另一方面涉及对脆性片材进行冲击测试的方法,该方法包括:弯曲具有接触表面的脆性片材,以提供具有曲率半径和位于接触表面上的顶点的弯曲片材;借助单摆,用冲击物体在顶点冲击弯曲片材。在一个实施方式中,弯曲片材附连到摆锤上。在一个实施方式中,对附连到摆锤上的弯曲片材定位,使得冲击物体与接触表面的顶点接触。在一个或多个实施方式中,脆性片材是玻璃,曲率半径是这样的范围,其模拟移动电话或平板设备使用者将移动电话或平板设备跌落到地面时移动电话或平板设备的化学强化盖板玻璃的弯曲半径,其中跌落事件使设备边缘先接触地面(与面部先跌落不同,在面部先跌落时,设备撞击地面的方向一般是接触表面总体上平行于地面)。

[0260]　　在一个或多个实施方式中,将研磨片置于冲击表面1150的一个位置,使其在摆臂1108摆动时接触脆性片材的顶点。在一个或多个实施方式中,脆性片材用双面胶带固定在冲击物上。

[0261]　　另一个实施方式涉及对脆性片材进行冲击测试的方法,该方法包括:将脆性片材附连到摆臂上,使脆性片材上的接触表面暴露出来;使摆锤与附连在摆锤上的脆性片材一起运动,使得接触表面接触冲击物体。在一个实施方式中,所述方法包括使脆性片材弯曲,以提供具有曲率半径和接触表面上的顶点的弯曲片材。在一个实施方式中,对附连到摆锤上的弯曲片材定位,使得冲击物体与接触表面的顶点接触。在一个或多个实施方式中,脆性片材是玻璃,曲率半径是这样的范围,其模拟移动电话或平板设备使用者将移动电话或平板设备跌落到地面时移动电话或平板设备的化学强化盖板玻璃的弯曲半径,其中跌落事件使设备边缘先接触地面(与面部先跌落不同,在面部先跌落时,设备撞击地面的方向一般是接触表面总体上平行于地面)。在一些实施方式中,在用冲击物体冲击顶点之前,将脆性片材固定到弯曲表面。

[0262]　　下面参见图29和图30,有关所述装置的操作的非限制性具体细节包括摆轴1106上的指针凹口1200,它能指向不同测试位置1202,即摆臂1108相对于平衡位置1105 定位于角度β的位置,以及单摆运动的起始位置。指针凹口1200能够实现与多个测试位置1202对齐,所述多个测试位置可以是任意合适数量的测试位置,例如1个,2 个,3个,4个,5个,6个,7个,8个,9个,10个等,可递增至50个或更多。装置1100还可包括锁,它可以是螺母1204的形式,用来将摆臂1108相对于其中心纵轴锁止于所需的旋转方向,从而使基座1110与冲击物体1140的冲击表面1150保持一致。

[0263]　　根据一个或多个实施方式,装置1100模拟实际电话跌落事件。入射冲击能E和平均冲击力$F_{avg}$通过以下方程式提供:

[0264]　　$E = mgL\{1-\cos\beta\}$

[0265]   $$|\vec{F}_{avg}| = \frac{|m\vec{v}_f - m\vec{v}_i|}{\Delta t}$$

[0266]   其中m＝单摆1102(包括摆臂1108、摆锤1104和基座1110)的质量,L＝摆臂长度,g ＝自由落体加速度,$v_f$是初始冲击速度(即玻璃刚接触冲击物体1140的冲击表面1150时的 速度),$v_i$是最终冲击速度(即玻璃离开冲击物体1140的冲击表面1150 时的速度,或者换句 话说,当玻璃刚离开冲击物体1140的冲击表面1150时的速度),$\Delta t$＝接触相互作用时间(即 玻璃接触冲击物体1140的冲击表面1150的过程所持续的时间)。接触相互作用时间通过高 速摄像机测量,观察玻璃接触冲击表面1150期间的帧数,再乘以高速摄像机每单位时间拍 摄的帧数。平均力方程适用于尚未破碎的样品,即测试前装到装置1100中的样品是尚未破 碎的样品。当摆臂的质量和长度已知时,将角度β设定到选定位置,可计算冲击力,并将其用 于模拟设备从具体高度跌落时对该设备的冲击。例如,当130g的移动电话设备从1米高度跌 落时,底板盖板玻璃经受的平均力经计算为800N。利用质量、摆臂长度和角度β,可用图29- 34 所示的装置1100重现此力。

[0267]   参见图35,图中点1500代表厚0.5mm的替代性铝硅酸盐玻璃基板的失效阈值力,该 玻璃基板在图29-33所示的装置上测试。图35显示了与平均冲击力相关的摆角。该替代性铝 硅酸盐玻璃的失效阈值力约为200牛顿。点1504是具有以下名义组成的 0.5mm厚的玻璃基 板的情况:57.5摩尔％$SiO_2$,16.5摩尔％$Al_2O_3$,16.5摩尔％$Na_2O$,2.8 摩尔％MgO,6.5摩尔％ $P_2O_5$和0.05摩尔％$SnO_2$。经此测试的玻璃基板(位于点1504) 的失效阈值小于500牛顿。根据 本文要求保护的玻璃制品制造的玻璃基板和根据以下实施例1-64及实施例1-6制备的玻璃 基板的数据示于点1506,它们具有超过800N 的冲击力。这些数值绘于图36,图中还包括另 一化学强化玻璃,标记为ALT2。如图 36所示,所有玻璃基板用结合图29-34所述的单摆装置 1100测试,弯曲半径为0.4mm,通过在玻璃基板顶点弯曲提供100MPa的外加拉伸应力。

[0268]   在各种样品上进行单摆装置测试之后,测试样品的强度,在图37中称作"保留强 度",它是指制品经弯曲以提供100MPa的拉伸应力时,基板受到指定的冲击力冲击之后的强 度。保留强度值用本文所述的四点弯曲测试法测量。在图37 中,竖直虚线表示800N的冲击 力,对试样的冲击力归一化到x轴上。ALT(替代性铝硅酸盐玻璃基板——菱形数据点)具有 最差的保留强度值,在800N的冲击力下无法测试,因为所有部分都在低得多的冲击力下失 效。用800N的冲击力冲击的 ALT2(三角形数据点)玻璃基板不具有大于125N的保留强度。但 是,根据本文要求保护的玻璃制品制造的玻璃基板和根据以下实施例1-64和实施例1-6制 备的玻璃基板显示为1506(方形数据点),它们均具有超过125MPa的保留强度,即大于 150MPa,有些大于200MPa。

[0269]   实施例

[0270]   通过以下实施例进一步阐述本实用新型的各个实施方式。在实施例中,在经过强 化之前,将实施例称作"基材"。在经过强化之后,将实施例称作"制品"或者"基于玻璃的制 品"。

[0271]   实施例1

[0272]   实施例1A-1G包括玻璃基材,其具有如下标称组成:约为63.46摩尔％的$SiO_2$、 15.71摩尔％的$Al_2O_3$、6.37摩尔％的$Li_2O$、10.69摩尔％的$Na_2O$、0.06摩尔％的MgO、1.15摩 尔％的ZnO、2.45摩尔％的$P_2O_5$以及0.04摩尔％的$SnO_2$。玻璃基材的厚度为 0.8mm。实施例

说　明　书

1A-1G的玻璃基材在包含100％NaNO₃且温度约为390℃的熔盐浴中进行离子交换,根据的条件见表2。所得到的基于玻璃的制品展现出最大CT值,其在图10中绘制成离子交换时间的函数。

[0273]　　　表2:实施例1A-1G的离子交换条件

|  | 实施例 | 浸入浴中的时间<br>（小时） | 最大 CT |
|---|---|---|---|
| [0274] | 1A | 0.5 | 30 |
|  | 1B | 1 | 42 |
|  | 1C | 1.5 | 52 |
|  | 1D | 2 | 56 |
|  | 1E | 3.75 | 67 |
|  | 1F | 8 | 63 |
|  | 1G | 16 | 55 |

[0275]　　　采用如本文所述的RNF方法测量实施例1E的应力分布。图11显示测得的应力与从实施例1E的基于玻璃的制品表面延伸进入基于玻璃的制品的深度的关系。如表3所示是处于特定深度的应力,包括位于"拐点"处的应力,在该深度,应力的斜率剧烈变化。在图11中,正数用于压缩用力,以及负数表示拉伸应力。这些相同的约定（压缩应力在y轴上表示为正值,以及拉伸应力在y轴上表示为负值）同样用于图1-3。但是,在余下的附图中,压缩应力在y轴上表示为负值,以及拉伸应力在y 轴上表示为正值。

[0276]　　　表3:实施例1E的特定深度的应力

[0277]

| 厚度(微米) | 应力(MPa) |
|---|---|
| 12("拐点") | 161 |
| 50 | 95 |
| 100 | 36 |
| 150 | 0 |

[0278]　　　实施例2

[0279]　　　实施例2A包括具有与实施例1相同组成的玻璃基材,并且厚度为0.8mm。玻璃基材在包含51％的KNO₃和49％的NaNO₃且温度约为380℃的单熔盐浴中离子交换3.75小时。所得到的基于玻璃的制品展现出如表4所示的应力分布。

[0280]　　　表4:实施例2A的应力分布

说　明　书

[0281]

| 表面压缩应力 | 500 MPa |
|---|---|
| 对于钾的钾 DOL | 12 微米 |
| 在钾的钾 DOL 处的应力 | 161 MPa |
| 最大 CT | 70 MPa |
| DOC | 150 微米 |

[0282]　　根据实施例2A的基于玻璃的制品经受如本文所述的AROR测试。一组基于玻璃的制品用5psi压力或负荷进行磨损,第二组基于玻璃的制品用25psi压力或负荷进行磨损,以及第三组基于玻璃的制品用45psi压力或负荷进行磨损。AROR数据如图12所示。如图12所示,根据实施例2A的所有基于玻璃的制品都展现出大于约20 kgf的平均失效负荷。

[0283]　　根据实施例2A的基于玻璃的制品在相同的移动电话装置上进行式样翻新。将电话装置从20厘米开始的高度增加跌落到180粒度砂纸上。如果基于玻璃的制品经受住了从一个高度(例如,20cm)开始的跌落,则将移动电话再次从更高的高度(例如,30cm、40cm、50cm等)跌落,直至高度为225cm。然后将通过测试的基于玻璃的制品跌落到30粒度砂纸上(相同的电话装置)。将基于玻璃的制品在180粒度砂纸和30粒度砂纸上没有通过测试的高度绘制在图13中。如图13所示,除了实施例2A的两个基于玻璃的制品之外的所有都通过了在高至约225cm的高度跌落到180 粒度砂纸(得到平均通过跌落高度约为216cm)。30粒度砂纸上的平均通过跌落高度是66cm,一些通过了高于100cm的跌落高度。

[0284]　　根据实施例2A的基于玻璃的制品在约为480mHz至约为3000mHz的频率范围展现出约为6.9-7.05的介电常数。根据实施例2A的基于玻璃的制品在约为480mHz 至约为3000mHz的频率范围展现出约为0.012-0.015的介电损耗正切。

[0285]　　根据实施例2A的基于玻璃的制品在约为380nm至约为1550nm的折射率约为 1.49-1.518,以及在约为380nm至约为800nm的波长范围的折射率约为1.497-1.518。

[0286]　　根据实施例2A的基于玻璃的制品经受如表5所示的各种化学处理。将基于玻璃的制品的化学耐用性与比较例2B、2C和2D进行对比。比较例2B是具有如下标称组成的玻璃基材:64.3摩尔%的$SiO_2$、7.02摩尔%的$B_2O_3$、14摩尔%的$Al_2O_3$、14 摩尔%的$Na_2O$、0.5摩尔%的$K_2O$、0.03摩尔%的$Fe_2O_3$和0.1摩尔%的$SnO_2$。比较例2C是具有如下标称组成的玻璃基材:64.75摩尔%的$SiO_2$、5摩尔%的$B_2O_3$、14 摩尔%的$Al_2O_3$、13.75摩尔%的$Na_2O$、2.4摩尔%的$MgO$和0.08摩尔%的$SnO_2$。比较例2D是具有如下标称组成的玻璃基材:57.5摩尔%的$SiO_2$、16.5摩尔%的$Al_2O_3$、 16.71摩尔%的$Na_2O$、2.8摩尔%的$MgO$、0.05摩尔%的$SnO_2$和6.5摩尔%的$P_2O_5$。

[0287]　　表5:实施例2A以及比较例2B、2C和2D的化学耐用性

说　明　书

[0288]

| 化学处理 | 重量损失（mg/cm2） | | | |
|---|---|---|---|---|
| | 比较例 2B | 比较例 2C | 比较例 2D | 实施例 2A |
| 5% w/w HCl, 95 ℃, 24 小时 | 29.3 | 6.7 | 50 | 5.77 |
| 5% w/w NaOH，95 ℃，6 小时 | 2.8 | 2.4 | 5.8 | 2.68 |
| 10% HF，室温，20 分钟 | 20.8 | 18.1 | 37.4 | 24.03 |
| 10%氢氟铵（ABF），室温，20 分钟 | 2 | 2.7 | 3.2 | 0.98 |

[0289]　实施例3

[0290]　实施例3A包括具有与实施例1相同组成的玻璃基材，并且厚度为0.8mm。比较例3B包括具有与比较例2D相同组成的玻璃基材，并且厚度为0.8mm。实施例3A 的玻璃基材采用单浴在单步骤中进行化学强化，如表6所述。比较例3B的玻璃基材以双步骤工艺进行离子交换，如表6所述。

[0291]　表6:实施例3A和比较例3B的离子交换条件

|  |  | 实施例 3A | 比较例 3B |
|---|---|---|---|
| 第 1 步骤 | 熔盐浴组成 | 49% NaNO3/51% KNO3 | 49% NaNO3/51% KNO3 |
| | 浴温度 | 380 ℃ | 460 ℃ |
| | 浸入时间 | 3.75 小时 | 14 小时 |
| 第 2 步骤 | 熔盐浴组成 | - | 99.5% KNO3/0.5% NaNO3 |
| | 浴温度 | - | 390 ℃ |
| | 浸入时间 | - | 0.25 小时 |
| 所得到的玻璃制品的性质 | 表面 CS | 500 MPa | 825 MPa |
| | 钾 DOL | 12 微米 | 10 微米 |
| | 钾 DOL 处的应力 | 160 MPa | 220 MPa |
| | DOC | 150 微米 | 100 微米 |

[0292]

[0293]　　根据实施例3A和比较例3B的基于玻璃的制品在相同的移动电话装置上进行式样翻新。将电话装置从20厘米开始的高度增加跌落到30粒度砂纸上。将基于玻璃的制品在30粒度砂纸上没有通过测试的高度绘制在图14中。如图14所示,实施例3A 的基于玻璃的制品展现出的通过测试的平均跌落高度(即,91cm)大于比较例3B 的通过测试的平均跌落高度(即,38cm)的2倍。

[0294]　　根据实施例3A和比较例3B的基于玻璃的制品经受AROR测试,采用25psi 的负荷或压力,如本文所述。实施例3A的基于玻璃的基材展现出约为30kgf的平均失效负荷,而比较例3B的基于玻璃的基材展现出约为27kgf的平均失效负荷,如图 15所示。当磨损负荷或压力增加到45psi时,实施例3A与比较例3B的平均失效负荷差异增加。具体来说,在45psi负荷或压力下,实施例3A展现出约为25.9kgf的平均失效负荷,而比较例3B展现出约为19.6kgf的平均失效负荷,如图16所示。

[0295]　　实施例4

[0296]　　玻璃基材具有如下标称组成:57.5摩尔％的$SiO_2$、16.5摩尔％的$Al_2O_3$、16.7 摩尔％的$Na_2O$、2.5摩尔％的$MgO$和6.5摩尔％的$P_2O_5$,并且厚度约为0.4mm、0.55 mm或者1mm,其经受化学强化。厚度和化学强化的条件如表7所示。

[0297]　　表7:实施例4A-4D的厚度和化学强化条件

说　明　书

| 实施例 | 厚度 | 浴组成 | 浴温度 |
|--------|------|--------|--------|
| 4A | 0.4 mm | 80% KNO3, 20% NaNO3 | 430 ℃ |
| 4B | 0.55 mm | 80% KNO$_3$, 20% NaNO$_3$ | 430 ℃ |
| 4C | 0.55 mm | 90% KNO$_3$, 10% NaNO$_3$ | 430 ℃ |
| 4D | 1.0 mm | 70% KNO$_3$, 30% NaNO$_3$ | 430 ℃ |

[0298]

[0299]　实施例4A浸入熔盐浴中,如表7所示,持续4小时、8小时、16小时、32 小时、64小时和128小时(实施例4A-1至4A-6)。实施例4B浸入熔盐浴中,如表 7所示,持续4小时、8小时、16小时、32小时、64小时和128小时(实施例4B-1 至4B-6)。实施例4C浸入熔盐浴中,如表7所示,持续1小时、2小时、4小时、8 小时、16小时和32小时(实施例4C-1至4C-6)。实施例4D浸入熔盐浴中,如表7 所示,持续4小时、8小时、16小时、32小时、64小时和128小时(实施例4D-1 至4D-6)。实施例4A-1至4A-6、4B-1至4B-6、6C-1至4C-6以及4D-1至4D-6的应力分布分别如图17、19、21和23所示。在图17、19、21和23中,玻璃制品的深度或厚度绘制在x轴上,以及应力绘制在y轴上。正的应力值是CT值,而负的应力值是CS值。

[0300]　对于实施例4A-1至4A-6、4B-1至4B-6、4C-1至4C-6以及4D-1至4D-6,CT和DOC值与浸入熔盐浴中的时间的关系分别如图18、20、22和24所示。

[0301]　实施例5

[0302]　具有如表8所示的标称组成以及约为0.8mm厚度的玻璃基材分别在熔盐浴中经受化学强化,所述熔盐浴包含NaNO$_3$和NaSO$_4$的混合物,以及温度为500℃,持续15分钟(比较例8A)和16小时(实施例8B)。

[0303]　表8:在化学强化之前,实施例5的玻璃基材的组成

说　明　书

[0304]

| 实施例=► | |
|---|---|
| 氧化物[摩尔%] | 5 |
| $SiO_2$ | 69.2 |
| $Al_2O_3$ | 12.6 |
| $B_2O_3$ | 1.8 |
| $Li_2O$ | 7.7 |
| $Na_2O$ | 0.4 |
| $MgO$ | 2.9 |
| $ZnO$ | 1.7 |
| $TiO_2$ | 3.5 |
| $SnO_2$ | 0.1 |
| $\dfrac{[Li_2O+Na_2O+MgO+ZnO+K_2O]}{[Al_2O_3+B_2O_3]}$ | $12.7/14.4 = 0.88$ |
| $\dfrac{[TiO_2+SnO_2]}{[SiO_2+B_2O_3]}$ | $3.6/71 = 0.051$ |

[0305]　　实施例5A和5B的基于玻璃的制品的应力分布如图25所示。如图25所示,比较例5A展现出已知的应力分布,而实施例5B展现出根据本文的一个或多个实施方式的应力分布。实施例5A和5B的基于玻璃的制品的存储拉伸能通过测得的SCALP 应力分布数据和上文的等式(2)计算得到。计算得到的存储拉伸能绘制成测得的CT (MPa)的函数,如图26所示。

[0306]　　如图26所示,对于给定CT值,比较例5A展现出比实施例5B(相同CT值) 大得多的存储拉伸能。在该图中,CT是样品中的最大CT。具体来说,在约为55MPa 的CT时,比较例5A展现出约为6.5J/m²的存储拉伸能,而实施例5B展现出约为 3.5J/m²的存储拉伸能。比较例5A和实施例5B破裂,以及实施例5B破裂的片数少于比较例5A(其破裂成明显更多的片数)。因此,不希望受限于理论,相信控制存储拉伸能可以提供一种方式来控制或预测破裂式样或者由于破裂产生的碎片的数量。在这些例子中,通过使得样品在离子交换浴中保持更长的时间同时使用相同的浴温度和组成,来改变CT。在图26中,点0,0不是实验得到的,而会是本领域技术人员会预期的情况,即当0CT时,会有0存储拉伸能。

[0307]　　具有如表8所示的标称组成以及约为1mm厚度的玻璃基材分别在熔盐浴中经受化学强化,所述熔盐浴包含$NaNO_3$,以及温度为430℃,持续4小时(比较例5C) 和61.5小时(实施例5D)。比较例5C展现出已知的应力分布,而实施例5D展现出根据本文的一个或多个实施方式的应力分布。采用实施例5A-5D所用的相同方法来计算得到实施例5C和5D的存储拉伸

能,并且绘制为测得的CT(MPa)的函数,如图27所示。

[0308]　如图27所示,对于给定CT,比较例5C展现出比实施例5D(相同CT值) 高得多的存储拉伸能值(同样的,如图27所示,这些是最大CT值,并且同样地,通过使用相同离子交换浴温度和组成,但是更长的时间来改变值)。比较例5C和实施例5D破裂,以及实施例5D破裂的片数少于比较例5C(其破裂成明显更多的片数)。

[0309]　实施例6

[0310]　表9列出了本文所述的玻璃基材的示例性组成(实施例6A-6J)。表10列出了由表9所列的例子确定的选定的物理性质。表10所列出的物理性质包括:密度;CTE;应变点、退火点和软化点;液相线温度;液相线粘度;杨氏模量;折射率;以及应力光学系数。

[0311]　表9:碱性铝硅酸盐玻璃组合物的例子。

[0312]

| 组成（摩尔%） | 实施例6A | 实施例6B | 实施例6C | 实施例6D | 实施例6E | 实施例6F | 实施例6G |
|---|---|---|---|---|---|---|---|
| Al$_2$O$_3$ | 16.67 | 16.73 | 16.70 | 16.73 | 16.17 | 16.13 | 15.73 |
| B$_2$O$_3$ | | | | | | | |
| Cs$_2$O | | | | 0.46 | | | |
| Li$_2$O | 7.46 | 7.41 | 7.30 | 7.42 | 7.45 | 7.54 | 7.45 |
| Na$_2$O | 8.75 | 8.28 | 7.77 | 7.85 | 8.30 | 7.76 | 8.77 |
| P$_2$O$_5$ | 3.46 | 3.95 | 3.94 | 3.92 | 3.45 | 3.94 | 3.38 |
| SiO$_2$ | 63.62 | 63.58 | 64.24 | 63.56 | 63.61 | 63.61 | 63.71 |
| SnO$_2$ | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | |
| ZnO | | | | | 0.98 | 0.97 | 0.96 |
| R$_2$O | 16.21 | 15.69 | 15.07 | 15.27 | 15.75 | 15.30 | 16.22 |
| B$_2$O$_3$ + P$_2$O$_5$ + SiO$_2$ + Al$_2$O$_3$ | 83.74 | 84.26 | 84.88 | 84.22 | 83.23 | 83.68 | 82.82 |

说　明　书

[0313]

| 组成（摩尔%） | 实施例6H | 实施例6I | 实施例6J |
|---|---|---|---|
| $Al_2O_3$ | 15.65 | 16.68 | 16.66 |
| $B_2O_3$ | | | |
| $Cs_2O$ | | | |
| $Li_2O$ | 7.47 | 9.99 | 12.38 |
| $Na_2O$ | 8.27 | 7.32 | 4.84 |
| $P_2O_5$ | 3.91 | 2.45 | 2.44 |
| $SiO_2$ | 63.67 | 63.50 | 63.63 |
| $SnO_2$ | 0.05 | 0.05 | 0.05 |
| $ZnO$ | 0.98 | | |

[0314]

| 组成（摩尔%） | 实施例6H | 实施例6I | 实施例6J |
|---|---|---|---|
| R2O | 15.74 | 17.31 | 17.22 |
| $B_2O_3$ + $P_2O_5$ + $SiO_2$ + $Al_2O_3$ | 83.23 | 82.64 | 82.73 |

[0315]　表10：表9所列玻璃的所选择的物理性质。

58

[0316]

| | 实施例 6A | 实施例 6B | 实施例 6C | 实施例 6D | 实施例 6E | 实施例 6F | 实施例 6G |
|---|---|---|---|---|---|---|---|
| 福切尔 A(Fulchers A) | -3.933 | -3.681 | -3.994 | -4.132 | -4.049 | -3.657 | -4.147 |
| 福切尔 B | 10000.7 | 9453.7 | 10199.7 | 10556.7 | 10414.5 | 9531.9 | 10785.5 |
| 福切尔 To | 50.4 | 85.5 | 41.3 | 22.6 | -0.8 | 50.1 | -38.5 |
| 200 P 温度（℃） | 1655 | 1666 | 1662 | 1664 | 1639 | 1650 | 1634 |
| 35000 P 温度（℃） | 1230 | 1235 | 1236 | 1239 | 1211 | 1212 | 1202 |
| 200000 P 温度（℃） | 1133 | 1138 | 1139 | 1142 | 1113 | 1114 | 1103 |
| 密度(g/cm$^3$) | 2.396 | 2.389 | 2.389 | 2.413 | 2.413 | 2.406 | 2.415 |
| CTE 25-300 ℃ (ppm/℃) | 73.9 | 71.7 | 72.5 | 72.8 | 71.5 | 69 | 74.7 |
| 应变点（℃） | 606 | 605 | 604 | 605 | 587 | 589 | 578 |
| 退火点（℃） | 661 | 662 | 661 | 661 | 642 | 644 | 631 |
| 软化点（℃） | 926.4 | 931.7 | 930.3 | 935.1 | 908.6 | 912.3 | 898.4 |

[0317]

|  | 实施例 6A | 实施例 6B | 实施例 6C | 实施例 6D | 实施例 6E | 实施例 6F | 实施例 6G |
|---|---|---|---|---|---|---|---|
| 液相线温度（℃） | 1080 | 1095 | 1090 | 1095 | 1080 | 1100 | 1055 |
| 液相线粘度（P） | 602823 | 482764 | 539563 | 515222 | 386294 | 264159 | 520335 |
| 应力光学系数（nm/mm/MPa） | 30.04 | 30.43 | 30.43 | 30.4 | 30.51 | 3.083 | 30.34 |
| 589.3 nm 的折射率 | 1.5016 | 1.5003 | 1.5003 | 1.5010 | 1.5037 | 1.5021 | 1.5035 |
| 杨氏模量(GPa) | 75.84 | 75.57 | 75.70 | 75.15 | 76.67 | 75.77 | 76.12 |

[0318]

|  | 实施例 6H | 实施例 6I | 实施例 6J |
|---|---|---|---|
| 福切尔 A(Fulchers A) | -3.649 | -3.231 | -2.918 |
| 福切尔 B | 9623.9 | 8275.1 | 7331.7 |
| 福切尔 To | 33.9 | 126.8 | 188.3 |
| 200 P 温度（℃） | 1651 | 1623 | 1593 |
| 35000 P 温度（℃） | 1209 | 1191 | 1171 |
| 200000 P 温度（℃） | 1109 | 1097 | 1080 |
| 密度(g/cm$^3$) | 2.408 | 2.401 | 2.394 |
| CTE 25-300 ℃ (ppm/℃) | 71.7 | 74.5 | 70.4 |
| 应变点（℃） | 579 | 607 | 607 |
| 退火点（℃） | 633 | 656 | 656 |

　　　　　　说　明　书　　　　　　

[0319]

|  | 实施例 6H | 实施例 6I | 实施例 6J |
|---|---|---|---|
| 软化点（ºC） | 898.7 | 900.7 | 900 |
| 液相线温度（ºC） | 1090 | 1180 | 1265 |
| 液相线粘度（P） | 290856 | 42277 | 7788 |
| 应力光学系数（nm/mm/MPa） | 3.028 | 2.937 | 2.926 |
| 589.3 nm 的折射率 | 1.5022 | 1.5071 | 1.5099 |
| 杨氏模量（GPa） | 75.84 | 78.60 | 79.91 |

[0320]　　用实施例6A-6H形成玻璃制品(具有片片形式和规定厚度),然后通过浸入具有规定温度的熔盐浴中进行化学强化,持续规定的持续时间。表11显示每个玻璃制品的厚度、化学强化条件,以及所得到的经强化的玻璃制品的测得的最大CT和DOC 值。

[0321]　　表11:化学强化条件和得到的玻璃制品的属性

[0322]

|  | 实施例 6A | 实施例 6B | 实施例 6C | 实施例 6D |
|---|---|---|---|---|
| 浸入温度为 390°C 的 100% NaNO₃ 的熔盐浴中，持续 4 小时 | | | | |
| 厚度（mm） | 1.07 | 1.11 | 1.11 | 1.05 |
| 最大 CT（MPa） | 81 | 76 | 72 | 74 |
| DOC 作为厚度的分数 | 0.19 | 0.19 | 0.19 | 0.17 |
| 浸入温度为 390°C 的 100% NaNO₃ 的熔盐浴中，持续 6 小时 | | | | |
| 厚度 | 1.08 | 1.1 | 1.12 | 1.04 |

61

说　明　书

| | 实施例 6A | 实施例 6B | 实施例 6C | 实施例 6D |
|---|---|---|---|---|
| （mm） | | | | |
| 最大 CT （MPa） | 89 | 80 | 87 | 86 |
| DOC 作 为厚度的 分数 | 0.18 | 0.2 | 0.19 | 0.19 |
| [0323] 浸入温度为 390°C 的 100% NaNO$_3$ 的熔盐浴 中，持续 8 小时 | | | | |
| 厚度 （mm） | 1.07 | 1.1 | 1.11 | 1.03 |
| 最大 CT （MPa） | 88 | 83 | 84 | 87 |
| DOC 作 为厚度的 分数 | 0.19 | 0.2 | 0.2 | 0.17 |

| | 实施例 6E | 实施 例 6F | 实施 例 6G | 实施 例 6H |
|---|---|---|---|---|
| 浸入温度为 390°C 的 100% NaNO$_3$ 的熔盐浴 中，持续 4 小时 | | | | |
| 厚度 （mm） | 1.05 | 1.02 | 1.09 | 1.09 |
| 最大 CT （MPa） | 81 | 82 | 77 | 73 |
| DOC 作 为厚度的 分数 | 0.17 | 0.16 | 0.17 | 0.18 |

[0324]

| | 实施例 6E | 实施例 6F | 实施例 6G | 实施例 6H |
|---|---|---|---|---|
| 浸入温度为 390°C 的 100% NaNO₃ 的熔盐浴中，持续 6 小时 | | | | |
| 厚度（mm） | 1.08 | 1.03 | 1.07 | 1.1 |
| 最大 CT（MPa） | 81 | 82 | 85 | 85 |
| DOC 作为厚度的分数 | 0.2 | 0.2 | 0.19 | 0.2 |
| 浸入温度为 390°C 的 100% NaNO₃ 的熔盐浴中，持续 8 小时 | | | | |
| 厚度（mm） | 1.06 | 1.04 | 1.09 | 1.1 |
| 最大 CT（MPa） | 84 | 87 | 84 | 83 |
| DOC 作为厚度的分数 | 0.18 | 0.18 | 0.2 | 0.19 |

[0325]

[0326] 对本领域的技术人员而言，显而易见的是可以在不偏离本实用新型的范围或精神的情况下对本实用新型进行各种修改和变动。例如，可以根据如下示例性实施方式结合各种特征。

[0327] 实施方式1，一种基于玻璃的制品，其包括：

[0328] 第一表面和与所述第一表面相对的第二表面，其限定了厚度（t）（mm）；

[0329] 金属氧化物的浓度，其是非零的并且沿着从约0t到约0.3t的厚度范围变化；以及

[0330] 中心张力（CT）区域，其包括小于约71.5/√（t）的最大CT（MPa），

[0331] 其中，当基于玻璃的制品破裂时，所述基于玻璃的制品破裂成小于或等于2块碎片/英寸²，其中，所使用的样品尺寸为5cm乘5cm（2英寸乘2英寸）平方。

[0332]    实施方式2,如实施方式1所述的基于玻璃的制品,其中,所述金属氧化物的浓度是非零的,并且沿着整个厚度变化。

[0333]    实施方式3,如前述任一项实施方式所述的基于玻璃的制品,其包括大于或等于约300MPa的表面压缩应力(CS)。

[0334]    实施方式4,如实施方式3所述的基于玻璃的制品,其中,所述表面CS大于或等于约400MPa。

[0335]    实施方式5,如前述任一项实施方式所述的基于玻璃的制品,其中,所述CT 区域包括金属氧化物浓度梯度。

[0336]    实施方式6,如前述任一项实施方式所述的基于玻璃的制品,其包括:

[0337]    第一金属氧化物浓度和第二金属氧化物浓度,

[0338]    其中,随着厚度在约为0t至约为0.5t的第一范围内变化,所述第一金属氧化物浓度从约为15摩尔%至约为0摩尔%的范围内变化,以及

[0339]    其中,随着厚度从距离所述第一表面和第二表面中的至少一个的约为0微米至约为25微米的第二范围内变化,所述第二金属氧化物浓度从约为0摩尔%至约为 10摩尔%的范围内变化。

[0340]    实施方式7,如实施方式6所述的基于玻璃的制品,其包括第三金属氧化物。

[0341]    实施方式8,一种基于玻璃的制品,其包括:

[0342]    第一表面和与所述第一表面相对的第二表面,其限定了厚度(t);以及

[0343]    金属氧化物的浓度,其是非零的并且沿着从约为0t到约为0.3t的厚度范围变化;

[0344]    大于或等于约200MPa的表面压缩应力;以及

[0345]    CT区域,其具有小于约71.5/√(t)的最大CT。

[0346]    实施方式9,如实施方式8所述的基于玻璃的制品,其中,所述金属氧化物浓度的厚度范围是约为0t至约为0.4t。

[0347]    实施方式10,如实施方式8或9所述的基于玻璃的制品,其中,所述金属氧化物浓度的厚度范围是约为0t至约为0.45t。

[0348]    实施方式11,如实施方式1-10中任一项所述的基于玻璃的制品,其中,所述金属氧化物的单价离子沿着厚度范围产生应力。

[0349]    实施方式12,如实施方式11所述的基于玻璃的制品,其中,所述金属氧化物的单价离子具有所述基于玻璃的制品的所述金属氧化物的所有单价离子中最大的离子直径。

[0350]    实施方式13,如实施方式1-12中任一项所述的基于玻璃的制品,其中,所述金属氧化物的浓度从第一表面降低到位于所述第一表面和第二表面之间的点的一个值,并且从该值增加到所述第二表面。

[0351]    实施方式14,如实施方式1-13中任一项所述的基于玻璃的制品,其中,所述基于玻璃的制品包括在约为460℃大于或等于约450μm²/小时的钠离子或钾离子扩散系数,以及大于约0.15t的DOC,以及其中,所述表面CS是最大CT的1.5倍或更大。

[0352]    实施方式15,如实施方式8-14中任一项所述的基于玻璃的制品,其中,表面 CS的绝对值大于最大CT的绝对值。

[0353]    实施方式16,如实施方式8-15中任一项所述的基于玻璃的制品,其中,所述表面CS大于或等于约300MPa,以及厚度小于或等于约2毫米。

[0354]　实施方式17,如实施方式8-16中任一项所述的基于玻璃的制品,其中,所述 CT区域包括金属氧化物,所述金属氧化物是非零的并且沿着约为0t至约为0.3t的厚度范围发生变化。

[0355]　实施方式18,如实施方式1-17中任一项所述的基于玻璃的制品,其中,最大 CT与表面CS的绝对值之比约为0.1至0.2。

[0356]　实施方式19,一种基于玻璃的制品,其包括:

[0357]　第一表面和与所述第一表面相对的第二表面,其限定了小于约3毫米的厚度 (t);以及

[0358]　沿着所述厚度延伸的应力分布,

[0359]　其中,在约为0t至高至0.3t以及大于约0.7t至t的厚度范围内的应力分布的所有点包括如下正切,其斜率的绝对值大于约0.1MPa/微米,

[0360]　其中,所述应力分布包括最大CS、DOC和小于约71.5/√(t)(MPa)的最大CT,其中,最大CT与最大CS的绝对值之比为0.01至约为2,以及其中,所述DOC大于或等于约0.1t,以及

[0361]　其中,当基于玻璃的制品破裂时,所述基于玻璃的制品破裂成小于或等于2 块碎片/英寸$^2$,其中,所使用的样品尺寸为5cm乘5cm(2英寸乘2英寸)平方。

[0362]　实施方式20,如实施方式1-7或实施方式19中任一项所述的基于玻璃的制品,其包括大于或等于约200MPa的表面CS,以及大于或等于约0.4t的化学层深度。

[0363]　实施方式21,一种基于玻璃的制品,其包括:

[0364]　第一表面和与所述第一表面相对的第二表面,其限定了厚度(t)(mm);

[0365]　金属氧化物的浓度,其是非零的并且沿着从约为0t到约为0.3t的厚度范围变化;以及

[0366]　中心张力(CT)区域,其包括小于约71.5/√(t)的最大CT(MPa),

[0367]　其中,所述制品展现出以下至少一种性质:

[0368]　(i)当制品被弯曲以赋予100MPa的拉伸应力时,阈值失效冲击力大于500牛顿;以及

[0369]　(ii)当制品被弯曲以赋予100MPa的拉伸应力时,在受到800N的冲击力之后,保留强度大于或等于125MPa。

[0370]　实施方式22,如实施方式21所述的基于玻璃的制品,其中,所述基于玻璃的制品的表面压缩应力大于约200MPa。

[0371]　实施方式23,一种基于玻璃的制品,其包括:

[0372]　第一表面和与所述第一表面相对的第二表面,其限定了小于约3毫米的厚度 (t);以及

[0373]　沿着所述厚度延伸的应力分布,

[0374]　其中,在约为0t至高至0.3t以及大于约0.7t至t的厚度范围内的应力分布的所有点包括如下正切,其斜率的绝对值大于约0.1MPa/微米,

[0375]　其中,所述应力分布包括最大CS、DOC和小于约71.5/√(t)(MPa)的最大CT,其中,最大CT与最大CS的绝对值之比约为0.01至约为2,以及其中,所述DOC大于或等于约0.1t,以及

[0376]    其中，所述制品展现出以下至少一种性质：

[0377]    (i)当制品被弯曲以赋予100MPa的拉伸应力时，阈值失效冲击力大于500牛顿；以及

[0378]    (ii)当制品被弯曲以赋予100MPa的拉伸应力时，在受到800N的冲击力之后，保留强度大于或等于125MPa。

[0379]    实施方式24，一种基于玻璃的制品，其包括：

[0380]    第一表面和与所述第一表面相对的第二表面，其限定了厚度(t)(mm)；以及

[0381]    形成浓度梯度的金属氧化物，

[0382]    其中，所述金属氧化物的浓度从第一表面降低到位于所述第一表面和第二表面之间的点的一个值，并且从该值增加到所述第二表面，

[0383]    其中，所述金属氧化物在该点的浓度不是零，以及

[0384]    其中，所述基于玻璃的制品包括约为大于0J/m²至小于25J/m²的存储拉伸能，以及小于约80GPa的杨氏模量。

[0385]    实施方式25，如实施方式1-18或24中任一项所述的基于玻璃的制品，其中，所述金属氧化物的浓度在整个厚度范围大于或等于约0.05摩尔%。

[0386]    实施方式26，如实施方式1-18、24或25中任一项所述的基于玻璃的制品，其中，所述金属氧化物在所述第一表面的浓度是所述金属氧化物在等于约0.5t处的深度的浓度的约为1.5倍或更大。

[0387]    实施方式27，如实施方式1-18、20或24-26中任一项所述的基于玻璃的制品，其中，所述金属氧化物的总浓度约为1摩尔%至约为15摩尔%。

[0388]    实施方式28，如实施方式1-18、20或24-27中任一项所述的基于玻璃的制品，其中，所述金属氧化物包括以下任意一种或多种：$Li_2O$、$Na_2O$、$K_2O$、$Rb_2O$和$Cs_2O$。

[0389]    实施方式29，如实施方式1-18、20或24-28中任一项所述的基于玻璃的制品，其包括从第一表面延伸到DOC的CS层，其中，DOC大于或等于约0.1t。

[0390]    实施方式30，如实施方式19、20或24-29中任一项所述的基于玻璃的制品，其中，所述CT区域包括最大CT，以及最大CT与表面CS的绝对值之比约为0.01 至0.2。

[0391]    实施方式31，一种基于玻璃的制品，其包括：

[0392]    第一表面和与所述第一表面相对的第二表面，其限定了小于约3毫米的厚度 (t)；以及

[0393]    沿着所述厚度延伸的应力分布，

[0394]    其中，在约为0t至高至0.3t以及大于约0.7t至t的厚度范围内的所有点的应力分布包括如下局部梯度，其绝对值大于约0.1MPa/微米，

[0395]    其中，所述应力分布包括最大CS、DOC和最大CT，其中，最大CT与最大 CS的绝对值之比约为0.01至约为2，以及其中，所述DOC大于或等于约0.1t，以及

[0396]    其中，所述基于玻璃的制品包括约为大于0J/m²至小于25J/m²的存储拉伸能，以及小于约80GPa的杨氏模量。

[0397]    实施方式32，如实施方式31所述的基于玻璃的制品，其包括沿着整个厚度连续变化的金属氧化物的非零浓度。

[0398]    实施方式33，如实施方式31或32所述的基于玻璃的制品，其包括沿着约为 10微米

的厚度区段连续变化的金属氧化物的非零浓度。

[0399]    实施方式34,如实施方式19、20、25或31-33中任一项所述的基于玻璃的制品,其中,最大CS包括大于或等于约300MPa。

[0400]    实施方式35,如实施方式8-18或31-34中任一项所述的基于玻璃的制品,其包括大于或等于约0.4t的化学层深度。

[0401]    实施方式36,如实施方式19、20、24-29、31-35中任一项所述的基于玻璃的制品,其包括CT区域,其中所述CT区域包括金属氧化物浓度梯度。

[0402]    实施方式37,如实施方式24-36中任一项所述的基于玻璃的制品,其中,最大CT小于约71.5/$\sqrt{(t)}$(MPa)。

[0403]    实施方式38,一种基于玻璃的制品,其包括:

[0404]    应力分布,其包括CS区域和CT区域,其中,CT区域近似为如下等式:应力(x)=MaxT-((($CT_n$•(n+1))/$0.5^n$)•$|(x/t)-0.5|^n$),

[0405]    其中,MaXT是最大拉伸值并且是单位为MPa的正值,

[0406]    其中,$CT_n$是在n处的拉伸值,$CT_n$小于或等于MaxT,并且是单位为MPa 的正值,

[0407]    其中,x是沿着厚度(t)的位置(单位,微米),以及x=0是位于所述基于玻璃的制品的表面处,以及

[0408]    其中,n是1.5至5。

[0409]    实施方式39,如实施方式38所述的基于玻璃的制品,其中,n是1.5至2。

[0410]    实施方式40,如实施方式38或39所述的基于玻璃的制品,其中,CT区域包括约为50MPa至约为250MPa的最大CT值,以及所述最大CT值位于约为0.4t 至约为0.6t的深度范围。

[0411]    实施方式41,如实施方式38-40中任一项所述的基于玻璃的制品,其中,对于约为0t至约为0.1t的厚度范围,应力分布包括如下斜率,其大小的绝对值约为20 MPa/微米至约为200MPa/微米。

[0412]    实施方式42,如实施方式38-41中任一项所述的基于玻璃的制品,其中,所述应力分布近似为从0.5t至表面测得的多个误差函数的组合。

[0413]    实施方式43,一种基于玻璃的制品,其包括:

[0414]    应力分布,其包括CS区域和CT区域,其中,CT区域近似为如下等式:应力(x)=MaxT-((($CT_n$•(n+1))/$0.5^n$)•$|(x/t)-0.5|^n$),

[0415]    其中,MaxT是最大拉伸值并且是单位为MPa的正值,

[0416]    其中,$CT_n$是在n处的拉伸值,$CT_n$小于或等于MaxT,并且是单位为MPa 的正值,

[0417]    其中,x是沿着厚度(t)的位置(单位,微米),以及x=0是位于所述基于玻璃的制品的表面处,

[0418]    其中,n是1.5至5,以及

[0419]    其中,所述制品展现出以下至少一种性质:

[0420]    (i)当制品被弯曲以赋予100MPa的拉伸应力时,阈值失效冲击力大于500牛顿;以及

[0421]    (ii)当制品被弯曲以赋予100MPa的拉伸应力时,在受到800N的冲击力之后,保留强度大于或等于125MPa。

说　明　书

[0422]　实施方式44,一种基于玻璃的制品,其包括:

[0423]　第一表面和与所述第一表面相对的第二表面,其限定了厚度(t)(mm);以及

[0424]　形成浓度梯度的金属氧化物,

[0425]　其中,所述金属氧化物的浓度从第一表面降低到位于所述第一表面和第二表面之间的一个值,并且从该值增加到所述第二表面,

[0426]　其中,所述金属氧化物在该点的浓度不是零,以及

[0427]　其中,所述制品展现出以下至少一种性质:

[0428]　(i)当制品被弯曲以赋予100MPa的拉伸应力时,阈值失效冲击力大于500牛顿;以及

[0429]　(ii)当制品被弯曲以赋予100MPa的拉伸应力时,在受到800N的冲击力之后,保留强度大于或等于125MPa。

[0430]　实施方式45,如实施方式21-23、43或44中任一项所述的基于玻璃的制品,其中,所述制品展现出大于600牛顿的阈值失效冲击力。

[0431]　实施方式46,如实施方式21-23、43或44中任一项所述的基于玻璃的制品,其中,所述制品展现出大于700牛顿的阈值失效冲击力。

[0432]　实施方式47,如实施方式21-23、43或44中任一项所述的基于玻璃的制品,其中,所述制品展现出大于800牛顿的阈值失效冲击力。

[0433]　实施方式48,如实施方式21-23、43或44中任一项所述的基于玻璃的制品,其中,所述制品展现出大于或等于150MPa的保留强度。

[0434]　实施方式49,如实施方式21-23、43或44中任一项所述的基于玻璃的制品,其中,所述制品展现出大于或等于200MPa的保留强度。

[0435]　实施方式50,如前述任一项实施方式所述的基于玻璃的制品,其中,所述t 包括小于或等于约3微米。

[0436]　实施方式51,如前述任一项实施方式所述的基于玻璃的制品,所述基于玻璃的制品是无定形的。

[0437]　实施方式52,如前述任一项实施方式所述的基于玻璃的制品,所述基于玻璃的制品是晶体。

[0438]　实施方式53,如前述任一项实施方式所述的基于玻璃的制品,其在约为380 nm至约为780nm的波长范围展现出大于或等于约88%的透光率。

[0439]　实施方式54,如前述任一项实施方式所述的基于玻璃的制品,其在CIE光源F02条件下还展现出如下CIELAB色空间坐标:L*值大于或等于约88,a*值约为 -3至约为+3,以及b*值约为-6至+6。

[0440]　实施方式55,如前述任一项实施方式所述的基于玻璃的制品,其中,所述基于玻璃的制品包括大于或等于约0.65MPa·m$^{1/2}$的断裂韧度(K$_{1C}$)。

[0441]　实施方式56,如前述任一项实施方式所述的基于玻璃的制品,其包括小于 80GPa的杨氏模量。

[0442]　实施方式57,如前述任一项实施方式所述的基于玻璃的制品,其中,所述t 包括小于或等于约1微米。

[0443]　实施方式58,如前述任一项实施方式所述的基于玻璃的制品,其包括大于或等于

约100kP的液相线粘度。

[0444]　实施方式59，如前述任一项实施方式所述的基于玻璃的制品，其包括以下任意一种或多种性质：

[0445]　包含$Al_2O_3$和$Na_2O$的总量大于约17摩尔％的组成，

[0446]　包含大于4摩尔％的$Na_2O$的组成，

[0447]　基本不含$B_2O_3$、$ZnO$或者基本同时不含$B_2O_3$和$ZnO$的组成，以及

[0448]　包含非零量的$P_2O_5$的组成。

[0449]　实施方式60，一种装置，其包括：

[0450]　具有前表面、后表面和侧表面的外壳；

[0451]　至少部分位于所述外壳内的电子组件；

[0452]　位于所述外壳的前表面或者与所述外壳的前表面相邻的显示器；以及

[0453]　布置在显示器上的覆盖基材，其中，所述覆盖基材包括前述任一项实施方式所述的基于玻璃的制品。



图1



图2

图3



图4



图5A



图5B

CN 206986034 U

说 明 书 附 图

76

图6





CN 206986034 U

说 明 书 附 图

CN 206986034 U

说 明 书 附 图

78

图8

顶表面上的损坏引入
在顶表面上引发的断裂
损坏穿透DOL

a

-或者-

b

c

断裂从顶上的弯曲（或者从中心张力）扩展



CN 206986034 U



图10



图11



图12



图13



图14



图15



图16



图17



图18



图19

说　明　书　附　图



图20



图21



图22



图23



图24



图25



图26



图27



图28



CN 206986034 U

说　明　书　附　图

30/38 页

99

图29



图30

说　明　书　附　图



图31



图32



图33

CN 206986034 U

说 明 书 附 图



图34

图35

105

CN 206986034 U

说 明 书 附 图

CN 206986034 U

说　明　书　附　图



图36



180粒度砂纸冲击后的保留强度