# EXHIBIT 6





Series

Screen Size

Color

Features

Y85  
AI Shots, Beauty Just For You

Y83  
All-New FullView™ Display





Y71 
Capture Fun Moments

Y65
Your Life, Your Shots





Y69
16MP Selfies, Brilliant Clarity

Y52
Fun Selfies For Life





Y55s
Capture Clear Shots

Y53
Capture Every Detail




Load More +

Compare ▶

(/en/about-vivo)
About Vivo
(/en/about-vivo)

(/en/support)
Support
(/en/support)

(/en/where-to-buy)
Where to Buy
(/en/where-to-buy)

(/en/news)
Press
(/en/news)

Products ⌄

About Vivo ⌄

Support ⌄

Keep me updated from Vivo

(https://www.link (https://www.facebook.com/vivo(https://instagram.com/vivo

Enter your email

Submit

Site Map (/en/sitemap)    |    Privacy Policy (/en/about-vivo/privacy-policy)    |    AMP Beta (http://www.vivo.com/en/AMP/index.html)    Global - English

Copyright © 2018 Vivo Communication Technology Co. Ltd. All rights reserved.