# EXHIBIT 7

Newsroom

Search Newsroom      Archive

PRESS RELEASE
May 12, 2017

# Apple awards Corning first Advanced Manufacturing Fund investment



## $200M Investment Supports Revolutionary Glass Production Methods



For over 10 years, Corning employees in Harrodsburg, Kentucky have helped create the beautiful cover glass found on iOS devices. 

Harrodsburg, Kentucky — Apple today announced Corning Incorporated will receive $200 million from Apple's new Advanced Manufacturing Fund

as part of the company's commitment to foster innovation among American manufacturers. The investment will support Corning's R&D, capital equipment needs and state-of-the-art glass processing. Corning's 65-year-old Harrodsburg facility has been integral to the 10-year collaboration between these two innovative companies and will be the focus of Apple's investment.



Corning recaptures glass material for use in the production process and to help reduce waste.

"Corning is a great example of a supplier that has continued to innovate and they are one of Apple's long-standing suppliers," said Jeff Williams, Apple's chief operating officer. "This partnership started 10 years ago with the very first iPhone, and today every customer that buys an iPhone or iPad anywhere in the world touches glass that was developed in America. We're extremely proud of our collaboration over the years and we are investing further with Corning who has such a rich legacy of innovative manufacturing practices."



Corning employees prepare glass sheets for finishing.

Apple has committed to investing at least $1 billion with US-based companies as part of the fund, which is designed to foster innovative production and highly skilled jobs that will help lay the foundation for a new era of technology-driven manufacturing in the US.

"Corning's longstanding relationship with Apple has not only led to significant glass innovations that have enabled new capabilities for consumers, it has also helped create nearly 1,000 American jobs and allowed us to continue growing and expanding in the US," said Wendell P. Weeks, Corning's chairman, chief executive officer and president. "This investment will ensure our plant in Harrodsburg remains a global center of excellence for glass technology."

In the US, Apple now supports 2 million jobs across all 50 states, including 450,000 jobs attributable to Apple's spend and investment with US-based suppliers. Last year alone, Apple spent over $50 billion with more than 9,000 domestic suppliers and manufacturers.

Since the inception of Gorilla Glass in 2007, the partnership between Apple and Corning has created and sustained nearly 1,000 US jobs across Corning's R&D, manufacturing and commercial functions, including over 400 in Harrodsburg. Corning has procured enough renewable energy to cover all of its Apple manufacturing in the US.

## Media

Photos from Corning's Harrodsburg plant
Download All ⊕

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms — iOS, macOS, watchOS and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

## Press Contacts

**Fred Sainz**
Apple
sainz@apple.com
(669) 227-0492

**Colin Johnson**
Apple
colin_johnson@apple.com
(408) 974-6284

**Apple Media Helpline**
media.help@apple.com
(408) 974-2042

The latest news for journalists.
Read more ›

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Newsroom |
| iPad | Genius Bar | Shop for College | Apple Store Account | Apple Leadership |
| iPhone | Today at Apple | | iCloud.com | Job Opportunities |
| Watch | Apple Camp | **For Business** | | Investors |
| TV | Field Trip | Apple and Business | **Apple Values** | Events |
| Music | Apple Store App | Shop for Business | Accessibility | Contact Apple |
| iTunes | Refurbished and Clearance | | Education | |
| HomePod | Financing | | Environment | |
| iPod touch | Apple GiveBack | | Inclusion and Diversity | |
| Accessories | Order Status | | Privacy | |
| Gift Cards | Shopping Help | | Supplier Responsibility | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    United States