IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNING INCORPORATED,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DONGGUAN JINGBO OPTOELECTRONICS CO., LTD.,<br><br>　　　　　　　　Defendant. | **DEFENDANT'S NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>**Civil Action No.: 6:18-cv-06866** |

　　PLEASE TAKE NOTICE that for the reasons set forth in its accompanying Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint, Dongguan Jingbo Optoelectronics, Co., Ltd. ("Jingbo") respectfully moves this Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(5) and 12(b)(6) dismissing the Complaint in its entirety, and granting such other and further relief as the Court deems just and proper.  As grounds for its request, Jingbo states that Plaintiff Corning Incorporated fails to state a claim upon which relief can be granted, and that Plaintiff Corning Incorporated did not properly serve Jingbo with the Complaint.

　　Jingbo anticipates it will file and serve a reply in support of its motion.  Jingbo requests oral argument.

Dated: March 16, 2020

| | |
|---|---|
| OF COUNSEL:<br>Mark J. Abate<br>Calvin E. Wingfield Jr.<br>Keith A. Zullow<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>mabate@goodwinlaw.com<br>cwingfield@goodwinlaw.com<br>kzullow@goodwinlaw.com | Respectfully submitted,<br><br>By: s/ William G. Bauer<br>William G. Bauer<br>Erin E. Elmouji<br>WOODS OVIATT GILMAN LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>(585) 987-2800<br>wbauer@woodsoviatt.com<br>eelmouji@woodsoviatt.com |