IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

CORNING INCORPORATED,

                Plaintiff,

    vs.

DONGGUAN JINGBO OPTOELECTRONICS CO., LTD.,

                Defendant.

**DECLARATION**

**Civil Action No.: 6:18-cv-06866**

I, Keith A. Zullow, hereby declare as follows:

1.    I am an attorney at the law firm of Goodwin Procter LLP, counsel for Defendant Dongguan Jingbo Optoelectronics, Co., Ltd. ("Jingbo").  I am a member in good standing of the Bar of the State of New York.

2.    I submit this Declaration in support of Defendant Dongguan Jingbo Optoelectronics, Company Limited's Motion to Dismiss pursuant to Rules 12(b)(5) and 12(b)(6). I submit this Declaration to authenticate and provide to the Court certain documents cited to and referenced in the motion and to provide any other information relevant thereto.

3.    I have personal knowledge of the facts stated in this Declaration and am competent to testify to the same.

4.    Attached hereto as **Exhibit A** is a true and correct copy of the General Commercial Framework Agreement, entered into as of June 3, 2017 between Corning and Jingbo.

5.    Attached hereto as **Exhibit B** is a true and correct copy of an email dated September 19, 2018, with translation, from Mr. Liu to Mr. Xu.

6. Attached hereto as **Exhibit C** is a true and correct copy of an email dated August 16, 2018, from Mr. McConnell to Mr. Xu attaching a letter from Messrs. McConnell and Schaeberle to Mr. Liang.

7. I, Keith A Zullow, hereby declare, under penalty of perjury and the laws of the United States of America, that the foregoing Declaration is true and correct.

Dated: March 16, 2020                                              s/ Keith A. Zullow
                                                                   Keith A. Zullow